UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04CR10186JLT |
| v. ) | |
| ) | VIOLATIONS: |
| HARRY GUZMAN ) | 18 U.S.C. § 844(i) |
| ) | Arson Resulting in Death and |
| ) | Arson |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 844(i) - Arson Resulting in Death)

The Grand Jury charges that:

On or about April 3, 2003, at Lawrence, in the District of Massachusetts,

**HARRY GUZMAN,**

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property, located at 48-50 Manchester Street, Lawrence, MA, used in interstate commerce and in activities affecting interstate commerce, resulting in the death of two persons, Matilda Medina and Angelic Duran.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

**COUNT TWO:** (18 U.S.C. § 844(i)- **Arson**)

The Grand Jury charges that:

On or about June 9, 2003, at Lawrence, in the District of Massachusetts,

**HARRY GUZMAN**,

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property, located at 34 Washington Street, Lawrence, MA, used in interstate commerce and in activities affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 844(i).

## NOTICE OF SPECIAL FINDINGS

1. The allegations of Count One of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference.

2. At the time he committed the offense alleged in Count One, the defendant, **HARRY GUZMAN** was more than 18 years of age.

3. As to Count One:

### Factors Enumerated Under 18 U.S.C. § 3591(a)(2)

a. The defendant, **HARRY GUZMAN**, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and Matilda Medina and Angelic Duran died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

### Factors Enumerated Under 18 U.S.C. § 3592(c)(1) Through (16)

a. The defendant, **HARRY GUZMAN**, in the commission of the offense, knowingly created a grave risk of death to more than one person in addition to Matilda Medina and Angelic Duran (18 U.S.C. § 3592(c)(5)).

b. One of the victims, Angelic Duran, was particularly vulnerable due to youth (18 U.S.C. § 3592(c)(11)).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS, June 23, 2004
Returned into the District Court by Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

11:01A