# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her

deputies, and to:      Essex County House of Corrections

YOU ARE COMMANDED to have the body of Harry Guzman (YOB 1980; SS ending 3295) now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14, on the 5th floor, Boston, Massachusetts on Tuesday, June 29th, 2004, at 3:30 p.m. for the purpose of Initial Appearance and Arraignment in the case of UNITED STATES OF AMERICA V. Harry Guzman Docket Number 04cr10186 JLT

And you are to retain the body of said Harry Guzman while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Harry Guzman to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 28th day of June, 2004.

SEAL

TONY ANASTAS
CLERK OF COURT

By: S/
Gina Affsa, Deputy Clerk
To the Honorable Robert B. Collings

(habeas.wpd - 2/2000)                                        [kwhcap.] or
                                                             [kwhcat.]