# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                    CRIMINAL NO. 2004-10186-JLT

HARRY GUZMAN,
       Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

    The above-listed defendant was arraigned before me on June 29, 2004. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on June 29, 2004.

    Counsel are ORDERED to appear for an Initial Status Conference on **WEDNESDAY, AUGUST 11, 2004 AT 2:45 P.M.** at Courtroom #14 (5th floor),

John Joseph Moakley United States Courthouse, Boston, Massachusetts before the undersigned.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 29, 2004.