# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her

deputies, and to:        Essex County House of Corrections

YOU ARE COMMANDED to have the body of  Harry Guzman (YOB 1980; SS ending 3295)    now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.  14  , on the  5th  floor, Boston, Massachusetts on  Wednesday, July 14, 2004, at     2:30 p.m.         for the purpose of  a Detention Hearing   in the case of UNITED STATES OF AMERICA V.   Harry Guzman    Docket Number  04cr10186 JLT  

And you are to retain the body of said    Harry Guzman       while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said     Harry Guzman       to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this    6th      day of  July, 2004                              .

TONY ANASTAS
CLERK OF COURT

SEAL

By:    S/
Gina Affsa, Deputy Clerk
To the Honorable Robert B. Collings

(habeas.wpd - 2/2000)                                    [kwhcap.] or
                                                         [kwhcat.]