AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

HARRY GUZMAN

**WARRANT FOR ARREST**

CASE NUMBER: 04CR 10186 JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Harry Guzman___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
arson resulting in death and arson

in violation of Title __18__ United States Code, Section(s) __844(i)__

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: Supervisor

Date and Location: 6-23-04 Boston

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF
DEFENDANT ON 6/29/2004

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.