# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

       v.                          CRIMINAL NO. 2004-10186-JLT

HARRY GUZMAN,
           Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/23/2004 - Indictment returned.

6/29/2004 - Initial Appearance/Arraignment

7/1 - /28/2004 - Excluded as per L.R. 112.2(A)(2)

7/28 - 30/2004 - Filing to ruling on Motion #9.

8/11/2004 - Conference held.

8/12 - 10/29/2004 -    Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of October 29, 2004, ELEVEN (11) non-excludable days will have

occurred leaving FIFTY-NINE (59) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

August 11, 2004.