UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10186-JLT |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 844(i) |
| HARRY GUZMAN | ) | Arson Resulting in Death and |
| | ) | Arson |

## FIRST SUPERSEDING INDICTMENT

COUNT ONE: (18 U.S.C. § 844(i) - Arson Resulting in Death)

The Grand Jury charges that:

On or about April 3, 2003, at Lawrence, in the District of Massachusetts,

**HARRY GUZMAN,**

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property, located at 48-50 Manchester Street, Lawrence, MA, used in interstate commerce and in activities affecting interstate commerce, resulting in the death of two persons, Matilda Medina and Angelic Duran.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

**COUNT TWO: (18 U.S.C. § 844(i)- Arson)**

The Grand Jury charges that:

On or about June 9, 2003, at Lawrence, in the District of Massachusetts,

**HARRY GUZMAN,**

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property, located at 34 Washington Street, Lawrence, MA, used in interstate commerce and in activities affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 844(i).

## NOTICE OF SPECIAL FINDINGS

1. The allegations of Count One of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference.

2. At the time he committed the offense alleged in Count One, the defendant, **HARRY GUZMAN** was more than 18 years of age.

3. As to Count One:

**Factors Enumerated Under 18 U.S.C. § 3591(a)(2)**

a. The defendant, **HARRY GUZMAN**, intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and Matilda Medina and Angelic Duran died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

**Factors Enumerated Under 18 U.S.C. § 3592(c)(1) Through (16)**

a. The deaths occurred during the commission of an offense under section 844(i) of Title 18 (18 U.S.C. § 3592(c)(1)).

b. The defendant, **HARRY GUZMAN**, in the commission of the offense, knowingly created a grave risk of death to more than one person in addition to Matilda Medina and Angelic Duran (18 U.S.C. § 3592(c)(5)).

c. One of the victims, Angelic Duran, was particularly vulnerable due to youth (18 U.S.C. § 3592(c)(11)).

**A TRUE BILL**

_K Reynolds_
FOREPERSON OF THE GRAND JURY


_Robert E. Richardson_
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; _September 8_, 2004

Returned into the District Court by Grand Jurors and filed.

_Thomas F. Quinn_
DEPUTY CLERK

12:55 pm

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____   Category No. II   Investigating Agency  ATF

City  Lawrence          Related Case Information:

County  Essex           Superseding Ind./ Inf.  X       Case No.  04-10186-JLT
                        Same Defendant _____   New Defendant _____
                        Magistrate Judge Case Number _____
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Harry Guzman                    Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address  197 West Street, Lawrence, MA

Birth date (Year only): 1980   SSN (last 4 #): 3295   Sex M   Race: Hispanic   Nationality: U.S.

Defense Counsel if known: Carl N. Donaldson, Esq.    Address: 11 Beacon Street, Suite 600
                                                              Boston, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Robert E. Richardson           Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as  pre-trial detainee   in  Custody of U.S. Marshal
☐ Already in State Custody _____    ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/8/04      Signature of AUSA: /s/ Robert E. Richardson

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Harry Guzman

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 844(i) | Arson Resulting in Death | 1 |
| Set 2 | 18 U.S.C. § 844(i) | Arson | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS45.wpd - 1/15/04 (USAO-MA)