# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              CRIMINAL NO. 2004-10186-JLT

HENRY GUZMAN,
        Defendant.

## AMENDED ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

    The within Amended Order amends the previously-issued Order (#12). The Court orders the following period of time excludable from the time period within which trial must commence:

    6/23/2004 - Indictment returned.

    6/29/2004 - Initial Appearance/Arraignment

    7/1 - /28/2004 - Excluded as per L.R. 112.2(A)(2)

    8/11/2004 - Conference held.

    8/12 - 10/29/2004 -   Excluded as per 18 U.S.C. § 3161(h)(1)(F).

    Thus, as of October 29, 2004, THIRTEEN (13) non-excludable days will

have occurred leaving FIFTY-SEVEN (57) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 17, 2004.