UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DIVISION
DOCKET NO. 2004-10186JLT

UNITED STATES

v.

HARRY GUZMAN

## ASSENTED TO MOTION TO ENLARGE TIME TO FILE ANY NON-DISCOVERY TYPE MOTIONS

Now comes the Defendant, Harry Guzman in the above matter and files this Motion to Enlarge Time to File any Non-Discovery Type Motions. For good cause shown and in the interest of justice, Counsel for the Defendant attaches his affidavit in support of this Motion.

Respectfully Submitted,
Harry Guzman
By Harry Guzman's Attorney

Carl N. Donaldson (BBO#645384)
11 Beacon Street, Suite 600,
Boston, MA 02108
617-742-0474

Dated: October 29, 2004