UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DIVISION
DOCKET NO. 2004-10186JLT

UNITED STATES

v.

HARRY GUZMAN

## AFFIDAVIT OF CARL DONALDSON IN SUPPORT OF THE ASSENTED TO MOTION TO ENLARGE TIME TO FILE ANY NON-DISCOVERY TYPE MOTIONS

I, Carl N. Donaldson do hereby depose and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and the United States District Court, District of Massachusetts.

2. I have participated in the above referenced case from its inception to this current date.

3. Counsel for the Defendant requests that the attached Motion To Enlarge Time to File any Non-Discovery Type Motions be Enlarged for the following reasons:

    a. This case is very serious in nature in that it has the exposure demanding possible penalties including death;

    b. There is a substantial amount of discovery existing that is not at this time in the Assistant United States Attorney's possession;

    c. The discovery for the most part is being held, stored, or in the control of agencies located in various parts of the Commonwealth of Massachusetts;

    d. The Defendant is unable to file any non-discovery motions at this time without the requested documents;

    e. Defense counsel has communicated his requests for discovery from the US Attorney's office and is still awaiting that discovery;

    f. In the interest of justice and fairness to all parties, the only remedy is to enlarge the time to file any non-discovery type motions.

    g. No party, nor this Honorable Court will be prejudiced or compromised should this Motion be allowed.

Sworn under the Pains and Penalties of Perjury.

Respectfully Submitted,

_____
Carl N. Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES
11 Beacon Street, Suite 600,
Boston, MA 02108
617-742-0474

Dated: October 29, 2004

## CERTIFICATE OF SERVICE

I, Carl Donaldson hereby certify that on this 29th day of October 2004, I have served the Defendant's Motion To Enlarge Time by **Hand Delivery** to the following counsel of record:

Assistant United States Attorney Richardson
One Court House Way 9th Floor
Boston, MA

Dated: 10/29/04

_____
Carl N. Donaldson