SCANNED
DATE: 11-19-04
BY: CMB

OCT 21 2004

# CARL DONALDSON & ASSOCIATES
## ATTORNEYS AT LAW

11 Beacon Street, Suite 600, Boston, MA 02108
Telephone: (617) 742-0474 - Facsimile (617) 742-0353

**VIA HAND DELIVERY**
October 20, 2004
United States Attorney General's Office
Attention: Attorney Robert Richardson
One Courthouse Way
Boston, MA 02210

04 CR 101~~86~~-JLT

Re: *United States v. Harry Guzman*

Dear Attorney Richardson:

    I am writing this letter as a formal Discovery Letter to request pertinent discovery in the above referenced matter. Accordingly, please forward the following documents:

1. All notes taken by all Investigating Police Officers and Fire Department personnel with respect to their investigations regarding the Washington Street and Manchester Street fires that Harry Guzman is being charged with;

2. All reports by all Investigating Police and Fire Department Officers with respect to all investigations conducted regarding the Washington Street and Manchester Street fires;

3. All scientific tests and evidence performed by all agencies that investigated the Washington Street and Manchester Street fires;

4. All notes with respect to each and every person(s) who were investigated for the Washington Street and Manchester Street fires;

5. The names, titles, curriculum vitae of each and every investigator, police officer, or other authority who were involved in any capacity with respect to the Washington Street and Manchester Street fires;

6. The statements, notes, and reports of all individuals who were investigated with respect to all the fire investigations regarding the Washington Street and Manchester Street fires;

7. The names of all other persons investigated for fires in the Lawrence, and Methuen, Massachusetts area;

United States Attorney General's Office
Attention: Attorney Robert Richardson
Re: *United States v. Harry Guzman*
Date: October 20, 2004
Page #: 2

8. The tapes of all 911 calls regarding the matter in which the Defendant, Harry Guzman is being charged, along with the print out of the date and time of call and arrival at the scene of the address of 34 Washington Street, and Manchester Street, Lawrence, MA locations;

9. All search warrants that the Lawrence Police or other related State Agency obtained regarding Harry Guzman search warrants applied for and/or obtained regarding the investigation of the Washington and Manchester Street fires;

10. All tape recordings, video recordings along with the names and curriculum vitae(s) of the individuals who participated in the acquisition, production and preservation of said electronic activity;

11. All notes regarding the statements that any officer obtained from Mr. Guzman regarding the fire at Manchester Street and Washington Street along with the name, curriculum vitae, and title of the agent or officer taking such notes and/or statements (this should include all dates the notes were taken and where the interviews were conducted along with what individuals were present);

12. All other non-governmental documents, including but not limited to insurance company or independent agency reports and investigations regarding the Washington and Manchester Street fires; and

13. All investigative and training manuals used by all the officers involved above.

Please note that counsel for the defendant, Harry Guzman reserves the right to supplement this list at the appropriate time. Thank you for you anticipated response to this letter. Please contact me at your earliest convenience should you have any questions.

Sincerely,

Carl Donaldson