SCANNED
DATE: 11-19-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10186-JLT |
| | ) |
| HARRY GUZMAN | ) |

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the United States and the defendant Harry Guzman (collectively, the "parties") state as follows:

(1) The defendant believes that there are such issues.

(2) No, subject to (1) above.

(3) The defendant does not intend to raise a defense of public authority and is reserving his rights with respect to a defense of insanity.

(4) The government has not requested notice of an alibi by the defendant.

(5) The defendant intends to file both a motion to suppress evidence and a motion to sever counts.

(6) The defendant believes that a schedule should be set with respect to any discovery motion he files, as well as with respect to his anticipated motions to suppress and sever.

(7) In light of the fact that the Attorney General has not yet determined whether capital punishment will be sought with respect to Count One, such discussions have not yet occurred.

(8) The parties estimate that the trial will last

11/18/04
Noreen Russo

approximately two weeks if capital punishment is not sought and approximately four weeks if capital punishment is sought.

|  |  |
|---|---|
| HARRY GUZMAN<br>Defendant<br><br>By: _____<br>Carl N. Donaldson, Esq.<br>11 Beacon Street<br>Boston, MA 02108<br>Attorney for Harry Guzman | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: _____<br>Robert E. Richardson<br>Assistant U.S. Attorney |