UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS     DOCKET NO.: 04-10186-JLT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) |
| HARRY GUZMAN | ) |
| | ) |

## MOTION TO WITHDRAW AS CO-COUNSEL

Now comes Alfred E. Nugent, co-counsel for the defendant in the above entitled matter, and respectfully requests that this honorable court allow him to withdraw as co-counsel and assigns for reasons the following:

1. Due to very active trial schedules, co-counsel Alfred E. Nugent and lead counsel Carl Donaldson are unable to coordinate the investigation, preparation, and presentation of the Defendant's case.

Respectfully Submitted,

Alfred E. Nugent
11 Beacon Street-Suite 600
Boston, MA 02108
(617) 742-9664
BBO #: 374980

November 17, 2004

CERTIFICATE OF SERVICE

I, Alfred E. Nugent, hereby certify that on this date I have sent, postage pre-paid, a copy of the Defendant's Motion to Withdraw as Co-Counsel, a copy of the Certificate of Service, and a copy of my cover letter to the Clerk of Court to United States Attorney Robert E. Richardson c/o the United States Attorney's Office in Boston.

Signed, *[signature]*

November 17, 2004