# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                            CRIMINAL NO. 2004-10186-JLT

HARRY GUZMAN,
       Defendant.

## ORDER

COLLINGS, U.S.M.J.

After a Final Status Conference held this date, it is ORDERED that:

(1)    Any discovery motions (including motions for bills of particulars) be filed *on or before Thursday, December 2, 2004.*

(2)    Any motions to sever and any motions to suppress statements made by the defendant be filed *on or before the close of business on Thursday, December 9, 2004.*

(3)    Any other motions to suppress be filed *on or before the close of business on Wednesday, December 29, 2004.*

(4)    Any motions to dismiss be filed *on or before the close of business on*

*Thursday, January 13, 2005.*

The Court will issue a Final Status Report after any discovery motions have been decided.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  November 18, 2004.