UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DIVISION
DOCKET NO. 2004-10186JLT

UNITED STATES

v.

HARRY GUZMAN

## MOTION TO ENLARGE TIME TO FILE ALL MOTIONS

Now comes the Defendant, Harry Guzman in the above matter through his Counsel of record and files this Motion to Enlarge Time to File All Motions. For good cause shown and in the interest of justice, Counsel for the Defendant states the Defendant must have Learned Counsel at every stage of his defense pursuant to 18 U.S.C. § 3005. Moreover, the Honorable Court and the United States Attorney will not be prejudiced by allowing said Motion.

Counsel for the Defendant requests a hearing on the matter.

Respectfully Submitted,
Harry Guzman
By Harry Guzman's Attorney

Carl N. Donaldson (BBO#645384)
11 Beacon Street, Suite 600,
Boston, MA 02108
617-742-0474

Dated: December 2, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DIVISION
DOCKET NO. 2004-10186JLT

UNITED STATES

v.

HARRY GUZMAN

### AFFIDAVIT OF CARL DONALDSON IN SUPPORT OF THE ASSENTED TO MOTION TO ENLARGE TIME TO FILE ANY NON-DISCOVERY TYPE MOTIONS

I, Carl N. Donaldson do hereby depose and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and the United States District Court, District of Massachusetts.

2. I have participated in the above referenced case from its inception to this current date.

3. Counsel for the Defendant requests that the attached Motion To Enlarge Time to File all Motions be Enlarged for the following reasons:

    a. This case is very serious in nature in that it has the exposure demanding possible penalties including death;

    b. There is a substantial amount of discovery to be requested;

    c. The discovery for the most part is being held, stored, or in the control of agencies located in various parts of the Commonwealth of Massachusetts;

    d. Counsel for the Defendant believes that as a practical matter given the nature of said case that Learned Counsel must have input into the trial theory and strategies;

e. Defense counsel has communicated with the Public Defender's office and has learned that Learned Counsel has not been chosen at this time;

f. In the interest of justice and fairness to all parties, the only remedy is to enlarge the time to file any motions.

g. No party, nor this Honorable Court will be prejudiced or compromised should this Motion be allowed.

Sworn under the Pains and Penalties of Perjury.

Respectfully Submitted,

Carl N. Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES
11 Beacon Street, Suite 600,
Boston, MA 02108
617-742-0474

Dated: December 2, 2004

## CERTIFICATE OF SERVICE

I, Carl Donaldson hereby certify that on this 2nd day of December 2004, I have served the Defendant's Motion To Enlarge Time by **Hand Delivery** to the following counsel of record:

Assistant United States Attorney Richardson
One Court House Way 9th Floor
Boston, MA

Dated:  12/02/04

Carl N. Donaldson