UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL CASE NO. 2004-10186-JLT

V.

HARRY GUZMAN,
        Defendant

## NOTICE OF FURTHER STATUS CONFERENCE

PLEASE TAKE NOTICE that a Further Status Conference in above-entitled case has been scheduled for April 12, 2005 at <u>11:00 A.M.</u> before Magistrate Judge Robert B. Collings in Courtroom # 14 on the 5th floor.

SARAH THORNTON
CLERK OF COURT

By:    /s/ Noreen A. Russo
      Noreen A. Russo, Deputy Clerk
      To the Honorable Robert B. Collings

DATE: March 11, 2005

Notice mailed to:

**Carl N. Donaldson, Esq.**
11 Beacon Street, Suite 600
Boston, MA 02108

N:\Notice\notice.guzman.wpd