

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10186-JLT |
| | ) | |
| HARRY GUZMAN | ) | |

DEFENDANT'S STATUS REPORT TO THE COURT

On January 6, 2005, this Court appointed David A. Ruhnke, Esq. as learned defense counsel. On January 12, 2005, Mr. Ruhnke filed a motion seeking to have the case declared complex, and seeking to continue proceedings in the case for approximately 180 days, so as to permit defense counsel to undertake discovery, engage experts and research issues. The motion was filed with the assent of the government. On January 25, 2005, the motion was allowed by Judge Tauro.

On February 2, 2005, the Court allowed appointment of the undersigned as second counsel.

By letter dated February 23, 2005, defense counsel sought discovery from the government. By reply dated April 8, 2005, the government provided reports, copies of photographs, several CDs and two videotapes. The defense is reviewing these materials, and, as needed, will expeditiously address disputed issues pursuant to LR 116.3. Among other issues, defendant anticipates filing motions, inter alia, contesting the declination of disclosure under LR 116.6, and arguing that this Court's decision

4/12/05
N. Russo

in United States v. Essam Almohandis, 307 F.Supp. 2d 253; 2004 U.S. Dist. LEXIS 3054 (D.Mass. 2004), compels disclosure of rough notes of interview of defendant (the government taking the view that "rough notes underlying the reports of any of the [defendant's] statements" are not discoverable.) Defendant anticipates filing these discovery motions within two weeks.

The period between January 12, 2005 (the filing of the aforementioned request by defendant for a six month continuance in the case) and the projected status date in July has already been excluded under the Speedy Trial Act.

Mr. Ruhnke is unable to appear today as he is on trial in a capital case in the Southern District of New York.

                              CARL N. DONALDSON, ESQ.
                              DAVID A. RUHNKE, ESQ.
                              CHARLES P. McGINTY, ESQ.
                              Co-counsel for Harry Guzman

By  /s/ Charles P. McGinty
    Charles P. McGinty
    B.B.O. #333480
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA 02110
    Tel: 617-223-8061

April 12, 2005