UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10186-JLT |
| | ) |
| **HARRY GUZMAN** | ) |

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR PRODUCTION OF
<u>NOTES OF DEFENDANT'S STATEMENTS</u>**

The defendant, having been provided with copies of reports describing statements he has made to law enforcement officers, has moved for production of rough notes underlying any of the statements. The government has carefully reviewed this Court's thoughtful consideration in <u>United States v. Almohandis</u>, 307 F.Supp.2d 253 (D. Mass. 2004), of whether such notes are discoverable under Fed. R. Crim. P. 16(a)(1)(B)(ii) as "a[] written record containing the substance of any relevant oral statement . . . ." Although the government respectfully disagrees with the Court's conclusion in that case, for purposes of this matter the government will withdraw its objection and produce to the defendant copies of such rough notes as exist.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                                              Boston, Massachusetts
                                                           May 16, 2005

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on counsel of record for the defendant.


                                                    /s/ Robert E. Richardson
                                                    ROBERT E. RICHARDSON