UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10186-JLT |
| | ) | |
| HARRY GUZMAN | ) | |

ASSENTED-TO MOTION TO CHANGE DATE OF STATUS HEARING

    Defendant Harry Guzman, by his counsel, respectfully moves to change the status date in this matter, now scheduled for Friday, July 22, 2005 at 4:15 p.m., to Wednesday, July 20, in the afternoon, if possible.  David Ruhnke, Esq., has a teaching commitment in Virginia on July 22 and must travel on July 21.  The government assents to this motion.

                                      CARL N. DONALDSON, ESQ.
                                      DAVID A. RUHNKE, ESQ.
                                      CHARLES P. McGINTY, ESQ.
                                      Co-counsel for Harry Guzman

                          By:  /s/ Charles P. McGinty

                                      Charles P. McGinty
                                      B.B.O. #333480
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA 02110
                                      Tel: 617-223-8061

June 17, 2005