UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                                        )        CRIMINAL NO. 04-10186-JLT<br>)<br>HARRY GUZMAN                  ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE MOTIONS

Defendant Harry Guzman, by his counsel, respectfully moves for an additional four business days to file his non-capital motions (until July 19, 2005), with the exception of his motion to suppress statements, for which defendant asks for an additional three weeks (until August 3, 2005).  If the Court permits this motion, defendant will have filed his non-capital motions, with one exception, by the date of the further status conference with this Court on July 19, 2005.

As grounds for this motion, defense counsel state that they are working diligently on the motions, and need these extra days to complete the work.

The government, by Assistant United States Attorney Robert Richardson, assents to this motion.

                    CARL N. DONALDSON, ESQ.
                    DAVID A. RUHNKE, ESQ.
                    CHARLES P. McGINTY, ESQ.
                    Co-counsel for Harry Guzman

By:  /s/ Charles P. McGinty

     Charles P. McGinty
     B.B.O. #333480
     Federal Defender Office
     408 Atlantic Avenue, 3rd Floor
     Boston, MA 02110
     Tel: 617-223-8061

July 13, 2005