UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 04-10186-JLT
                              )
HARRY GUZMAN                  )
```

<u>DEFENDANT'S MOTION TO SEVER OFFENSES</u>

Pursuant to Fed. R. Crim. P. 14, Harry Guzman moves to sever the trial of the two counts in the indictment.

In support of this motion, defendant states the following:

1. Count one of the indictment alleges that Guzman, acting as a principal or an aider abetter, set a building fire in which two people died on April 3, 2003.

2. Count two of the indictment alleges that Guzman, acting as a principal, set a building fire on June 9, 2003.

3. The nature of the evidence as to each count is distinct.

4. Joinder of counts one and two for trial would be unfairly prejudicial under the facts and circumstances of this case.

5. Evidence of the June 9, 2003 fire is not independently admissible at the trial of the April 3, 2003 fire.  It should be excluded pursuant to F.R.E. 404(b) and 403.

6. The risk of unfairly prejudicial spillover from the evidence on the non capital charge to the capital charge and the risk of an improper and unfair inference of propensity from joinder requires severance of counts one and two pursuant to

F.R.Cr.P. 14

    In further support of this motion defendant submits a preliminary memorandum of law.

    Defendant reserves the right to amend or supplement this motion in response to the government's reply and to the extent that additional discovery and investigation make necessary.

                          HARRY GUZMAN
                          By his attorneys,
                          David A Ruhnke, Esq.
                          Carl N. Donaldson, Esq.
                          Charles P. McGinty

                          /s/ Charles McGinty
                          Charles P. McGinty
                             B.B.O. #333480
                          Federal Defender Office
                          408 Atlantic Avenue, 3rd Floor
                          Boston, MA  02110
                          Tel: 617-223-8061

Date:  July 19, 2005