UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10186-JLT |
| ) | |
| HARRY GUZMAN ) | |

<u>DEFENDANT'S MOTION TO SUPPRESS: VIDEOTAPED SURVEILLANCE</u>

Defendant Harry Guzman respectfully moves, pursuant to the Fourth Amendment of the United States Constitution and Fed. R. Crim. P. 12, to suppress videotaped surveillance of his person and of his residence at 197 West Street, Lawrence, Massachusetts conducted on June 1, 3, 4, 8, and 9, 2003 (and on all other dates when the surveillance was conducted), and all evidence seized, obtained or derived from that unlawful surveillance.  Among other grounds, defendant submits that the prolonged video surveillance trained on him and on his residence by law enforcement authorities violated his right to privacy in his residence and in the curtilage of his residence, and his right to be free from warrantless police intrusion.

In further support of this motion defendant submits a memorandum of law.

              HARRY GUZMAN
              By his attorneys,
              David A Ruhnke, Esq.
              Carl N. Donaldson, Esq.
              Charles P. McGinty

```
                                        /s/ Charles McGinty
                                        Charles P. McGinty
                                            B.B.O. #333480
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

Date:  July 20, 2005
```