UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10186-JLT |
| | ) | |
| HARRY GUZMAN | ) | |

MOTION FOR ADDITIONAL TIME TO FILE MOTION (#2)

Defendant Harry Guzman, by his counsel, respectfully moves for an additional five business days to file his motion to suppress statements (until August 10, 2005). Undersigned counsel needs additional time to circulate the motion among co-counsel, prior to filing. Defense counsel states that he has filed today a Motion for Discovery, consistent with the filing schedule set by the Court at the conference on July 19, 2005.

Undersigned counsel was unable to contact government counsel regarding an assent to this motion. He is away from the office until August 10, 2005.

CARL N. DONALDSON, ESQ.
DAVID A. RUHNKE, ESQ.
CHARLES P. McGINTY, ESQ.
Co-counsel for Harry Guzman

/s/ Charles P. McGinty

Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

August 2, 2005