UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA          )
                                  )
          v.                      )     CRIMINAL NO. 04-10186-JLT
                                  )
HARRY GUZMAN                      )
```

<u>DEFENDANT'S MOTION TO SUPPRESS STATEMENTS</u>

Defendant Harry Guzman respectfully moves, pursuant to the Fifth Amendment of the United States Constitution and Fed. R. Crim. P. 12, to suppress statements allegedly made on June 9, 2003 and November 12, 2003, and all fruits of the statements.  The grounds for this motion are more fully set forth in the memorandum submitted in support of this motion.

<u>REQUEST FOR EVIDENTIARY HEARING</u>

Defendant respectfully requests an evidentiary hearing on this motion.

```
                         HARRY GUZMAN
                         By his attorneys,

                         David A Ruhnke, Esq.
                         Carl N. Donaldson, Esq.
                         Charles P. McGinty

                         /s/ Charles P. McGinty

                         Charles P. McGinty
                            B.B.O. #333480
                         Federal Defender Office
                         408 Atlantic Avenue, 3rd Floor
                         Boston, MA  02110
                         Tel: 617-223-8061
```

August 10, 2005