UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10186-JLT |
| | ) | |
| **HARRY GUZMAN** | ) | |

**GOVERNMENT'S MOTION TO ENLARGE TIME**

The government respectfully moves this Court to enlarge by one day its time to file its response to Defendant's Motion for Discovery Re: Cruz (the "Motion"), from August 16, 2005 to and including August 17, 2005.  As grounds therefor, the government states that undersigned counsel has been handling several unexpected matters this week, including preparing a brief for filing in the First Circuit that was not anticipated at the time the scheduling with respect to this motion was established at the last status conference, and that the additional time is necessary in order to prepare a response that will provide meaningful assistance to the Court in deciding the issues raised in the Motion.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/Robert E. Richardson
     Robert E. Richardson
     Assistant U.S. Attorney