```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**  )
                             )
     v.                        )   CRIMINAL NO. 04-10186-JLT
                             )
**HARRY GUZMAN**              )

### ASSENTED-TO MOTION TO ENLARGE TIME

    The government respectfully moves this Court to enlarge by two weeks, to and including September 14, 2005, its time to file its responses to the defendant's motions seeking suppression of videotape evidence and statements, the severing of counts, and the dismissal of the charges.  As grounds therefor, the government states that, in addition to the within matter, undersigned counsel has been handling three active appellate matters since returning from vacation on August 8, 2005, as well as preparing responses to other motions in this and other matters pending in the district court, and that the additional time is necessary in order to prepare responses that will provide meaningful assistance to the Court in deciding the issues raised in the defendant's motions.

    The defendant, through counsel, has expressed his assent to the allowance of this motion.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                    By:  /s/Robert E. Richardson
                          Robert E. Richardson

Assistant U.S. Attorney

Assistant U.S. Attorney