```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**   )
                               )
      v.                         )   CRIMINAL NO. 04-10186-JLT
                               )
**HARRY GUZMAN**               )

### MOTION TO FILE RESPONSE LATE

    The government respectfully moves this Court to permit the government to file two days late its opposition to the defendant's motion to suppress statements.  As grounds therefor, the government states that one of the affiants has been serving on a protection detail at the United Nations for approximately the past two weeks, and communicating with said affiant for purposes of finalizing his affidavit proved more difficult than foreseen.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                      By:   /s/Robert E. Richardson
                           Robert E. Richardson
                           Assistant U.S. Attorney