UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10186-JLT |
| ) | |
| HARRY GUZMAN ) | |

ASSENTED-TO MOTION TO CHANGE DATE OF MOTION HEARING

    Defendant Harry Guzman, by his counsel, respectfully moves to change the hearing date in this matter, now scheduled for Monday, October 3, 2005 at 3:15 p.m., to Wednesday, October 12, if possible.  David Ruhnke, Esq., is unavailable to attend on October 3 and wishes to be present.

    The government assents to this motion.

                                   CARL N. DONALDSON, ESQ.
                                   DAVID A. RUHNKE, ESQ.
                                   CHARLES P. McGINTY, ESQ.
                                   Co-counsel for Harry Guzman

                           By:  /s/ Charles P. McGinty

                                   Charles P. McGinty
                                   B.B.O. #333480
                                   Federal Defender Office
                                   408 Atlantic Avenue, 3rd Floor
                                   Boston, MA 02110
                                   Tel: 617-223-8061

September 27, 2005