# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

       V.                        CRIMINAL NO. 2004-10186-JLT

HARRY GUZMAN,
      Defendant.


# *FIRST ORDER ON DEFENDANT'S MOTION FOR DISCOVERY RE: CRUZ*

COLLINGS, U.S.M.J.

After a hearing held this date, the Court enters the within First Order on Defendant's Motion for Discovery Re: Cruz.

The Government is ORDERED to produce the a copy of the actual tape and the complete transcript of that tape recording of Cruz as to which it has previously produced a partial transcript. Counsel for the defendant are ORDERED not to disclose[1] the tape (as opposed to the transcript) to their client or to any other person without leave of Court.

---

[1] By "disclose", the Court means any act by which any person other than counsel for the defendant could hear the voices on the tape.

The Government is ORDERED to disclose to the Court in an *in camera* filing how many other tapes exist within their custody, control and/or possession on which Cruz was intercepted, and as to those, how many have been translated and transcribed.  As to any which have not been translated and transcribed, the Government shall reveal the length (real time) of the tapes.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  October 12, 2005.