UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10186-JLT |
| ) | (UNDER SEAL) |
| HARRY GUZMAN   ) | |

EX PARTE MOTION TO IMPOUND

Defendant, Harry Guzman, respectfully moves to file the attached document ex parte and under seal. The attached document is submitted in support of docket entry # 61.

HARRY GUZMAN
By his attorneys,

DAVID A. RUHNKE, ESQ.
CARL N. DONALDSON, ESQ.
CHARLES P. McGINTY, ESQ.

*/s/ Charles P. McGinty*

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

October 17, 2005

[Handwritten annotation dated OCT 17 2005: "The Ex Parte Motion to Impound is NOT SEALED. The attachment is SEALED. /s/ JLT"]