# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                           CRIMINAL NO. 2004-10186-JLT

HARRY GUZMAN,
        Defendant.

## *ORDER AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on July 19, 2005.[1] Counsel for the defendant appeared.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    No.

(2)    No.

---

[1] Between the time of the Final Status Conference and the issuance of this report, the Court has been hearing and deciding discovery motions. All discovery matters have been resolved as of today's date.

(3) No.

(4) The government has not requested notice of alibi.

(5) All non-discovery type motions have been be filed.

(6) No.

(7) A trial will be necessary. It would take four weeks if the Government does not seek the death penalty; eight weeks if the Government does seek the death penalty. These time estimates do not include the time it will take to select a jury.

(8) *See* Order entered January 25, 2005.

(9) *See* (7), *supra.*

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) *See* ¶ (7), *supra.*

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 to set a firm trial date.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE TAURO'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

November 2, 2005.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge