UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 04-cr-10186-JLT |
| v. | * | |
| | * | |
| HARRY GUZMAN, | * | |
| | * | |
| | * | |

ORDER

January 25, 2006

TAURO, J.

After a Conference held on January 25, 2006, this court hereby orders that:

1. A hearing will be held on April 5, 2006, and April 6, 2006, to hear evidence and arguments on all outstanding motions.

2. All motions to be heard at the abovementioned hearing must be filed by February 17, 2006.

3. All responses to the abovementioned motions must be filed by March 6, 2006.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge