UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10186-JLT |
| | ) | |
| HARRY GUZMAN | ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE MOTION

Defendant Harry Guzman, by his counsel, respectfully moves for an additional two weeks (until March 3, 2006) to file his motion relating to arson evidence.  As grounds for this motion, defendant states that the government is producing further expert discovery which defendant wishes to review before filing his motion.

The government, by Assistant United States Attorney Robert Richardson, assents to this motion.

                                        DAVID A. RUHNKE, ESQ.
                                        CHARLES P. McGINTY, ESQ.
                                        Co-counsel for Harry Guzman

                          By:  /s/ Charles P. McGinty

                               Charles P. McGinty
                               B.B.O. #333480
                               Federal Defender Office
                               408 Atlantic Avenue, 3rd Floor
                               Boston, MA 02110
                               Tel: 617-223-8061

February 17, 2006