UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10186-JLT |
| ) | |
| HARRY GUZMAN ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE MOTION

    Defendant Harry Guzman, by his counsel, respectfully moves for an additional ten days (until March 13, 2006) to file his motion relating to arson evidence. As grounds for this motion, defendant states that the government produced on March 1, 2006 some additional expert discovery which defendant wishes to review before filing his motion.

    The government, by Assistant United States Attorney Robert E. Richardson, assents to this motion.

    DAVID A. RUHNKE, ESQ.
    CHARLES P. McGINTY, ESQ.
    Co-counsel for Harry Guzman

    By: /s/ Charles P. McGinty

    Charles P. McGinty
    B.B.O. #333480
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA 02110
    Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 3, 2006.

                                        /s/ Charles P. McGinty

                                        Charles P. McGinty