# ATTACHMENT A

# LAWRENCE FIRE DEPARTMENT
## FIRE INVESTIGATION UNIT
65 Lowell Street
Lawrence Massachusetts
01841

**From:** Lieutenant Sebastian Bongiorno CFI
**Subject:** Fire Origin and Cause
**Fire Date:** April 3, 2003
**Location:** 48-50 Manchester Street
**Incident Number:** 03001739

On April 3+4, 2003, an investigation was started to determine the origin and cause of a house fire, which occurred on April 3 at 48-50 Manchester Street, Lawrence Massachusetts. The fire was reported to Fire Alarm Headquarters via several "911" telephone calls at approximately 258$^{AM}$. The Fire Investigation Unit was notified at approximately 315$^{AM}$ on April 3, 2003 and Lieutenant Sebastian Bongiorno responded. The fire location was a fully occupied five-unit residential structure. The point of origin of the fire was on the second level of the outdoor porches at the rear of the building. The fire was incendiary in nature. Deputy Chief John Marsh was in charge of first on scene fire suppression personnel. The weather conditions were clear and seasonable cool and were not a factor during the incident.

There were no fire suppression injuries or casualties reported to the Fire Investigation Unit. There were two civilian fatalities as a result of the fire. Trooper James Welch responded from the State Fire Marshals office and along with Lt. Bongiorno were the lead investigators for the 'fire origin and cause' investigation. Also taking part in the 'fire origin and cause' investigation at various times were Captain William Lannon of the Lawrence Fire Department, Detective Tim Levesque of the Lawrence Police Department, Sergeant Robert Bachelder and Trooper Donald Bossi along with his "accelerant detecting" canine "Tubbs" from the State Fire Marshals office. Members of the Lawrence Fire Department assisted the fire investigators as needed. Trooper Michael O'Connor from MA. State Police Crime Scene Services photographed the scene. Lieutenant Bongiorno took supplemental photographs during the 'fire origin and cause' investigation. Barry Gannon an electrical consultant for the State Fire Marshals office assisted in the 'fire origin and cause' investigation. Detectives from the Essex County District Attorney's Office assisted by several Lawrence Police Department detectives conducted a parallel but independent investigation focusing on the circumstances surrounding the two civilian fatalities. Fire investigators conducted a systematic examination of the fire scene starting at the area of least or no fire damage and progressing towards the area of most significant and or lowest point of fire damage.

The structure was of wood frame balloon type construction and three stories in height. One unit was occupied by the owner and four units were rental units. The first floor level was of one large apartment occupied by the owner and encompassed the entire first floor. The second and third floor levels were duplex type rental units and the units mirrored each other in configuration. For reference purposes, the front of the building will be referred to as the "A" side and continuing in a clockwise direction the left side referred to as the "B" side. The rear section of the building is not a straight wall but is recessed at the mid point. These sections will be referred to as "C1" thru "C5" and the right side referred to as the "D" side unless otherwise noted.



The building faced to the north and was set upon a concrete foundation with a partial full height basement primarily towards the front of the house. The building had a flat roof with a tar and gravel layer covered with a rubber composition top layer. The building had vinyl siding on top of wooden clapboards. The electrical power entered the building via an overhead service drop at the "D-A" corner and terminated at a 300 amp main switch and seven individual circuit boxes with circuit breakers providing over current-protection. A natural gas service entered the building along the "A" wall and supplied a furnace that heated the building with forced hot water baseboard heat. Natural gas also fueled hot water heaters for the building. The furnace and the hot water heaters were located in the center of the basement.

Exterior examination of the building revealed following:

The "B" side had no fire damage to the first or second floors. The third floor window frames were moderately charred especially at the top as a result fire venting from the openings and completely burned through the cockloft at the roofline.

On the "A" side, there was no fire damage to the first floor. Windows on the second floor left side apartments showed no fire damage. Windows to the right side apartments were moderately charred especially at the top as a result fire venting from the openings. On the third floor, the far left window of the left side apartment was lightly charred especially at the top from fire venting out the window. Moving to the right, the next three windows were moderately charred especially at the top as a result of fire venting out the windows. Moving on to the right the two windows of the right side apartment were heavily charred especially at the top as a result fire venting from the openings and completely burned through the cockloft and eaves at the roofline.

On the "D" side, the first floor level showed no signs of fire damage. At the second floor level only the window frame closest to the "A" corner was moderately charred especially at the top as a result of fire venting out the windows. At the third floor level all the window frames were heavily charred especially at the top as a result of fire venting out the windows and completely burned through the cockloft at the roofline.

On the "C" side, the "C5" section had no fire damage to the first or second floors. On the third floor level of the "C5" section only the window frame was moderately charred especially at the top as a result of fire venting out the windows.

The "C1" section had no fire damage to the first or second floors. On the third floor level of the "C1" section the wall was partially missing. This was the result of fire suppression activities.

On the "C4" section the vinyl siding layer was completely consumed by the fire and or radiant heat. The wooden clapboard layer of the "C4" section had no fire damage from the foundation level to approximately six feet upwards and was burnt or missing from that point up to the roof line.

On the "C2" section the vinyl siding layer was completely consumed by the fire and or radiant heat. Further examination of the "C2" section showed the concrete foundation charred at the "C2-C3" corner. The char pattern continued up vertically charring the wooden clapboard layer up to the roofline. This char pattern is the result of fallen burning material from the roof and porch areas along the "C" side of the building.

The "C3" section had wooden exterior porches at each level with wooden stairs from the ground to the first level and wooden staircases connecting the first, second and third levels in a zigzag pattern. The third level porch had a wood roof at the roofline.

Starting at ground level examination of the "C3" section revealed the following. At the "C3-C4" area there was no fire damage at ground level. There was no fire damage to the wooden stairs leading to the first level. At the ground level of the "C3-C2" area there was charring to the wooden skirt at the base of the porch. This was a result fallen burning material from the roof and porch areas along the "C" side of the building.

On the first floor porch, fire damage in the form of charring started approximately midway up the staircase to the second floor level.

The second floor level was heavily fire damaged with the vinyl siding layer completely consumed and the wooden clapboard layer heavily charred. The heaviest charring on the second floor level was at the "C3-C4" area.

The third floor deck and third floor porch roof collapsed and "pancaked" onto the second floor porch level. The "C2-C3-C4" sections at the third floor level were heavily fire damaged.

Examination of the roof from an aerial platform showed the roof intact along the front portion of the "D-A-B" sections of the building. The roof was collapsed from the midpoint of the "B" wall to a point at the "C3-C4" area.

Interior examination of the building revealed the following:

Interior examination of the building started in the basement where there was no direct fire damage but heavy water damage.

LEFT SIDE APARTMENTS- [48 Manchester Street]
The first floor level was of one large apartment used by the owner and encompassed the complete first floor. The apartment was accessed via the common hallway on the left "A" side of the building. The hallway at this level showed no signs of fire damage. The apartment sustained heavy water damage and the ceilings and walls were opened by fire suppression personnel during suppression and overhaul operations.

A bedroom at the "B-C" corner of the apartment showed no signs of fire damage within the room but the joist area above the ceiling was fire damaged. The fire damage to these joists was heaviest on the portion facing the "C" side of the building and diminished uniformly progressing towards the "A" side. The sheetrock was removed from the "D" wall of the room and fire damage in this space was a result of the fire communicating from the exterior of the "C" side of the building.

The bathroom in the apartment was located at approximately the midpoint of the "C" wall. The area showed no direct fire damage but the joist area above the ceiling was fire damaged. The fire damage to these joists was heaviest on the portion facing the "C" side of the building and diminished uniformly progressing towards the "A" side.

A bedroom at the "C-D" corner of the apartment showed no signs of fire damage within the room but the joist area above the ceiling was fire damaged. The fire damage to these joists was heaviest on the portion facing the "C" side of the building and diminished uniformly progressing towards the "A" side.

Continuing to the second floor left side apartment via the common hallway on the left "A" side of the building the following was noted. The stairwell leading from the first floor to the second floor showed no signs of direct fire damage. The doorway leading into the apartment showed sooting and light charring around the upper portion of the doorframe.

The apartment sustained heavy water damage and the ceilings and walls were opened by fire suppression personnel during suppression and overhaul operations. Joists in the ceiling area of the kitchen showed heaviest charring towards the "C" side of the building and diminished uniformly progressing towards the "A" side.

A bedroom at the "B-C" corner of the apartment showed light signs of fire damage within the room. The joist area above the ceiling was moderately fire damaged. The fire damage to these joists was heaviest on the portion facing the "C" side of the building and diminished uniformly progressing towards the "A" side. The sheetrock was removed from the "D" wall of the room and fire damage in this space was a result of the fire communicating from the exterior of the "C" side of the building.

Continuing to the third floor left side apartment via the common hallway on the left "A" side of the building the following was noted. The stairwell leading from the second floor to the third floor showed signs of direct fire damage. The charring and heat damage increased in a vertical pattern ascending the stairwell.

The apartment was heavily fire damaged. The most significant damage was from the midpoint of the "B" side to the rear "C" side with portions of the ceiling/roof burned through and collapsed. The partition wall between third floor left and right apartments was completely consumed by the fire.

RIGHT SIDE APARTMENTS- [50 Manchester Street]
The second floor right side apartment was accessed via the common hallway on the right "A" side of the building. The stairwell leading from the first floor to the second floor showed no signs of direct fire damage. The doorway leading into the apartment showed sooting and moderate charring around the upper portion of the doorframe.

The apartment sustained heavy water damage and the ceilings and walls were opened by fire suppression personnel during suppression and overhaul operations. Joists in the ceiling areas of the kitchen and bathroom showed heaviest charring towards the "C" side of the building and diminished uniformly progressing towards the "A" side.

Continuing to the third floor right side apartment via the common hallway on the right "A" side of the building the following was noted. The stairwell leading from the second floor to the third floor showed signs of direct fire damage. The charring and heat damage increased in a vertical pattern ascending the stairwell. The doorway leading into the apartment showed heavy sooting and heavy charring around the upper portion of the doorframe.

The third floor apartment was the location of the two civilian fatalities. The apartment consisted of a living room/den at the "D-A" corner, a bedroom at approximately the midpoint of the "D" wall, a kitchen with attached bathroom in the center area "B-C" corner of the apartment and a bedroom in the "D-C" corner [location of fatalities]. Along the "C" wall of the kitchen there was a small alcove with a door exiting to the rear [ "C" ] outdoor porches.

The living room and bathroom were heavily fire damaged. The bedroom at the midpoint "D" wall was heavily fire damaged with a portion of the ceiling/roof burned through towards the "C" side. The kitchen was heavily fire damaged with the ceiling/roof burned through and collapsed. The partition wall between third floor left and right apartments was completely consumed by the fire.

After the initial exterior and interior examination of the fire building and all its contents and reviewing the statements of the occupants of the fire building, first on scene fire suppression and law enforcement personnel, and other witnesses. All burn and char patterns indicate that the area of origin of the fire was the rear porch's on the "C" side of the building. With the assistance of fire department equipment and personnel, a further exterior examination of the "C" side of the building was conducted.

The first floor porch area was examined. The "C2-C3" side of ⬤ deck showed moderate heat damage and light charring. The "C2-C3" side safety railing and its siding showed moderate heat damage and light charring from the inner side. The "C3-C4" side of the deck showed moderate heat damage. The "C3-C4" side safety railing and its siding showed moderate heat damage and light charring. The staircase leading from the first level to the second level showed no fire damage from the deck to approximately six feet up. From that point up, the tops of the steps were lightly charred.

Prior to examining the remainder of the rear porch area, the ground area immediately in front of the porch's was examined. This area contained debris and structural components from the building roof and siding, porch roof and decking and miscellaneous items stored on the rear porches.

The "C-2, C-3" area was then examined. Trooper Bossi and Tubbs the accelerant-detecting canine was worked through the debris in this area before examining it. Tubbs made no alerts. The debris was removed in a systematic de-layering manner and sifted through with rakes and other hand tools. Debris removed was examined to determine its pre fire location. Burn and char patterns were analyzed. After the area was cleaned, Tubbs examined the area again and alerted in four areas. Samples were taken from the points of the alerts. Theses samples were sent to the State Police crime lab for further analysis and one sample from the "C3-C4" corner was identified as a "gasoline residue".

The "C-3, C-4" area was then examined in the same manner as the previous areas and there were no alerts by Tubbs.

The deck of the third floor porch was collapsed and pan caked atop the second floor porch. It was examined in place before being lifted and lowered to the ground for further examination. This area was structurally unstable as a result the fire and the collapsed third floor components and this prohibited Trooper Bossi and Tubbs the accelerant-detecting canine from examining building components in place. The "C2-C3" side of the deck was heavily charred and the joist and decking were moderately burned through. The "C2-C3" side safety railing and its siding showed heavy charring and moderate burn through from the inner side. The "C3-C4" side of the deck showed heavy charring and substantial burn through of the joists and decking in this area. A sample of the decking was taken at this point and later lab analysis was negative for the presence of hydrocarbons. The "C3-C4" side safety railing and its siding showed heavy charring and extensive burn through from the inner side. At the third floor level, the complete [vinyl siding, wood clapboards and wood sheathing] "C3" wall was consumed by the fire.

The stairway that connected the second floor to the third floor was collapsed and pan caked atop the second floor porch. It was examined in place before being lifted and lowered to the ground for further examination. The staircase was heavily charred across and around its entire length.

C-SIDE REAR PORCH AREA    Case 1:04-cv-11136-GAO

The deck of the second floor porch area was examined next. The "C2-C3" side of the deck was heavily charred with moderate burn through of the deck surface. The "C2-C3" side safety railing and its siding showed heavy charring and moderate burn through from the inner side. The "C3-C4" side of the deck showed heavy charring and substantial burn through of the decking in this area. The "C3-C4" side safety railing and its siding showed heavy charring and extensive burn through from the inner side. At the second floor level the "C3" wall vinyl siding and wood clapboards were consumed by the fire and the wood sheathing layer was heavily charred. In addition, at this level the "C2+C4" walls vinyl siding was consumed by the fire and the clapboard layer heavily charred.

There were several lighting fixtures in the rear porch area. The fixtures and all related wiring were examined by Barry Gannon an electrical consultant from the State Fire Marshals office. Electricity was eliminated as a source of ignition.

In summary:
- Based on the examination of the fire building and all its contents and in particular the "C" side rear porches;
- Reviewing the statements of the occupants of the fire building at the time of the fire;
- Reviewing the statements of first on scene fire suppression;
- Reviewing the statements of first on scene law enforcement personnel;
- Reviewing the statements of neighbors and other witnesses;
- Examination of all physical evidence;
- Examination of all burn and char patterns;
- The point of origin of the fire was the second level rear porch in the "C3-4" corner.
- Elimination of electricity as an ignition source by the electrical consultant;
- The fire was incendiary in nature;
- The source of ignition was an open flame deliberately applied to available combustibles.

Lt. Sebastian Bongiorno CFI