UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 04-cr-10186-JLT |
| | * | |
| v. | * | |
| | * | |
| | * | |
| HARRY GUZMAN, | * | |
| | * | |

ORDER

June 8, 2006

TAURO, J.

After a hearing held on June 7, 2006 and June 8, 2006, this court hereby orders that:

1. Defendant's Motion to Suppress Statements [#50] is ALLOWED with respect to the June 9, 2003 statement, and DENIED with respect to the November 12, 2003 statement.

2. Defendant's Motion to Sever Offenses [#43] is ALLOWED.

3. Defendant's Motion to Exclude Testimony Relating to the Cause and Origin of the Fire Charged in Count One [#76] is ALLOWED to the to the extent that Mr. Bongiorno is barred from offering an opinion as to whether the fire was incendiary. In all other respects, this motion is DENIED.

4. Trial on Count One will begin on September 25, 2006, at 10:00 a.m.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge