CASE NO: (~~CIVIL~~) (CRIMINAL) CR 04-10186-JLT

TITLE: U.S.A.   v   VS HARRY GUZMAN

MTN. SUPPRESS (~~JURY PANEL~~) AND DAUBERT HRG.

(1. _____    (7. _____
(2. _____    (8. _____
(3. _____    (9. _____
(4. _____    (10. _____
(5. _____    (11. _____
(6. _____    (12. _____

Alternate # 1                  Alternate # 2

Alternate # 3                  Alternate # 4

(~~PLTF~~) (GOV'T)   W I T N E S S E S      DEFENDANT

1. MATHEW GRAVINI, 6/7           1. ROBERT M. IRWIN, 6/7
2. KONSTANTINOS BALOWS, 6/7      2. _____
3. SEBASTIAN BONGIORNO, 6/7;6/8  3. _____
4. _____        4. _____
5. _____        5. _____
6. _____        6. _____
7. _____        7. _____
8. _____        8. _____
9. _____        9. _____
10. _____       10. _____
11. _____       11. _____
12. _____       12. _____
13. _____       13. _____
14. _____       14. _____