UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )   CRIMINAL NO. 04-10186-JLT
                            )
HARRY GUZMAN                )

DEFENDANT'S MOTION IN LIMINE

Defendant Harry Guzman respectfully moves in limine to preclude the government from presenting in its opening, or eliciting from any witness, any testimony pertaining or relating to the following matters:

1. Evidence Relating to the Fire Charged in Count 2: Since this Court severed Count 2 from this trial, the government should be barred from arguing or eliciting testimony or evidence relating to the Count 2 fire, or to any other uncharged fire. The government should additionally be ordered to instruct each witness not to mention or allude to any fire except as charged in Count 1.

2. Canine Alert: The government alleges that a canine alerted to the presence of accellerant at the fire charged in Count 1, but asserts that the alert was not at the point of origin of the fire, nor was it related to the start of the fire. Since the canine alert is unrelated to the cause of the fire, the government should be barred from presenting any testimony

relating the alleged alert or about alleged trace amounts of accellerant found at the place of the alert.

3.  <u>Any Electrical Causes for the Fire</u>:  The government's fire examiner, Sebastian Bongiorno, testified at the <u>Daubert</u> hearing that an electrical inspector ruled out electrical causes for the origin of the fire.  The inspector did not prepare a report of his opinion, although Bongiorno told him that he "wanted a written report."  Testimony of Bongiorno, June 7, 2006 at 158.  The electrical inspector has not been disclosed as a testifying expert here.  Fed. R. Crim. P. 16 bars the government from offering the expert at this late date, and Mr. Bongiorno should not be the vehicle to introduce the expert opinion of another.  For these reasons, testimony about electrical causes of the fire should be barred.

        DAVID A. RUHNKE, ESQ.
        CHARLES P. McGINTY, ESQ.
        Co-counsel for Harry Guzman

By:  /s/ Charles P. McGinty

     Charles P. McGinty
       B.B.O. #333480
     Federal Defender Office
     408 Atlantic Avenue, 3rd Floor
     Boston, MA 02110
     Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 18, 2006.

        /s/ Charles P. McGinty

        Charles P. McGinty