**CONFIDENTIAL JUROR QUESTIONNAIRE – UNITED STATES v. HARRY GUZMAN**
**THIS TRIAL IS EXPECTED TO LAST APPROXIMATELY TWO WEEKS**

1. Your name: _____

2. Your juror number  _____

3. Your age: _____

4. Your <u>highest</u> level of education and any degrees or technical certifications:

   _____

5. What town do you live in? _____

6. Have you ever lived in the Lawrence, Massachusetts area?
   ☐ Yes   ☐ No

7. In this case, the government has charged a man named Harry Guzman with arson of a building in Lawrence, Massachusetts, in which two persons were killed, Matilda Medina and her infant daughter, Angelica Duran,   Have you heard or read anything about this case?
   ☐ Yes   ☐ No   ☐ Uncertain

8. Do you think you would have difficulty serving as a juror in a case involving the death of a two month old infant and her mother?
   ☐ Yes   ☐ No   ☐ Uncertain

9. Do you think someone charged with a serious crime, like arson resulting in the death of two persons, including an infant, is probably guilty or he wouldn't have been charged?
   ☐ Yes   ☐ No   ☐ Uncertain

10. Harry Guzman is Hispanic.  Do you think that Hispanic men are more likely than men of other ethnic groups to commit a crime of this sort?
    ☐ Yes   ☐ No   ☐ Uncertain

11. Have you, any member of your immediate family, or close friend, ever been the victim of a crime, or have you ever experienced a fire at home or at work?
    ☐ Yes   ☐ No

    If yes, please explain:_____
    _____
    _____
    _____
    _____

12. Have you, or any member of your immediate family, or close friend, ever worked as a firefighter or, as an EMT or ambulance corps member, responding to a fire?  Have you or any member of your immediate family, or close friend ever been involved in fire code enforcement or similar activity?
    ☐ Yes   ☐ No

    If yes, please explain:
    _____
    _____

13. Have you or any family member or close friend ever worked in law enforcement, including any local, county and state police forces or federal law enforcement agencies, or as a federal or state prosecutor, or as a probation, parole, or corrections officer, or have you ever applied for any similar position?
    ☐ Yes   ☐ No

    If yes, please explain:_____
    _____
    _____
    _____

14. As a matter of your own personal opinion, do you believe that a member of law enforcement is:

    ☐   More likely to tell the truth than other witnesses;

    ☐   About as likely to tell the truth as other witnesses;

    ☐   Less likely to tell the truth than other witnesses.

15. Do you think you know anyone who works in this courthouse?
    ☐ Yes   ☐ No

16. Did you overhear, or discuss anything about this case while in the courthouse today?
    ☐ Yes   ☐ No

17. Is there any reason at all that causes you to doubt your own ability to serve as a fair juror in this case?
    ☐ Yes   ☐ No

**I HEREBY CERTIFY, UNDER PENALTIES OF PERJURY, THAT THE ABOVE ANSWERS ON THIS QUESTIONNAIRE ARE TRUE:**

_____      Date: _____
(YOUR SIGNATURE)