UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10186-JLT |
| | ) | |
| HARRY GUZMAN | ) | |

<u>MOTION FOR PRODUCTION OF PROFFER NOTES AND PORTIONS
OF PRESENTENCE REPORT RELATING TO COOPERATING WITNESS</u>

Defendant, Harry Guzman, respectfully moves this Court to order (1) disclosure of notes, reports or recordings of all proffers of the government's cooperating witness (whose identity the government has disclosed to defense counsel) and (2) disclosure by either the U.S. Probation Department or the United States Attorney's Office (subject to any appropriate protective order) of such portions of the presentence report of the CW as address his criminal conduct and history, his personal history, his drug use, and any psychiatric history relating to his ability to recall and relate facts reliably or to testify responsibly and truthfully.

As grounds for this motion, defendant states: the government intends to call a former cellmate of defendant to testify about a purported jailhouse "confession" by defendant.  The CW apparently first described the "confession" quite late in the course of his debriefings.  This makes relevant the course of his debriefings to see whether he had earlier disavowed knowing anything Guzman,

or whether he was earlier questioned about Guzman.  To the extent the proffer materials disclose that government agents knew that the CW was housed with Guzman, they raise issues under <u>Massiah</u>, that the government may have unlawfully interrogated defendant through a jailhouse snitch.

Defendant moves for disclosure of portions of the CW's presentence report pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and <u>Massiah v. United States</u>, 377 U.S. 201 (1964).

For all the reasons set forth above, counsel moves this Court to order disclosure of all proffer notes and reports of CW, as well as the described portions of his presentence report.

>                           DAVID A. RUHNKE, ESQ.
>                           CHARLES P. McGINTY, ESQ.
>                           Co-counsel for Harry Guzman
>
>
>                     By:   /s/ Charles P. McGinty
>
>                           Charles P. McGinty
>                             B.B.O. #333480
>                           Federal Defender Office
>                           408 Atlantic Avenue, 3rd Floor
>                           Boston, MA 02110
>                           Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 18, 2006.

>                           /s/ Charles P. McGinty
>
>                           Charles P. McGinty