UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 04-cr-10186-JLT |
| | * | |
| v. | * | |
| | * | |
| | * | |
| HARRY GUZMAN, | * | |
| | * | |

ORDER

September 18, 2006

TAURO, J.

After a pre-trial conference held on September 18, 2006, this court hereby orders that:

1. Defendant's Motion to Suppress Videotape Surveillance [#46] is DEFERRED until Count #2 of the indictment is reached;

2. Defendant's Motion to Dismiss: Interstate Commerce [#45] is DENIED;

3. Defendant's Motion for Production of Proffer Notes and Portions of Presentence Report Relating to Cooperating Witness [#85] is ALLOWED as stated in open court. The Government may submit a proposed protective order;

4. Defendant's Motion for Hearing Outside the Presence of the Jury in Accordance with Neil v. Biggers [#83] is ALLOWED. Hearing is scheduled for Monday, September 25, 2006, after voir dire;

5. Defendant's Motion for a Single-Page Juror Questionnaire [#84] is DENIED. Both parties may submit proposed questions for use during voir dire;

6. Defendant's Motion in Limine [#82]:

      (1) <u>Evidence Relating to the Fire Charged in Count 2</u> is ALLOWED.

      (2) <u>Canine Alert</u> is WITHDRAWN--The government will not present any evidence involving canine alert.

      (3) <u>Any Electrical Causes for the Fire</u> is ALLOWED, but is open to reconsideration if the Government can provide additional proof of proper notification;

7.    The Government will submit a witness list and estimated times of direct and cross-examination by Thursday, September 21, 2006 at 12:00 p.m; and

8.    Trial on Count One will begin on September 25, 2006, at 10:00 a.m.

IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro
                                           United States District Judge