UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**  )
                              )
    **v.**              )
                              )   Criminal No. 04-10186-JLT
                              )
**HARRY GUZMAN**              )

### GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

The defendant Harry Guzman moved this Court for production of reports of proffers and portions of the presentence report of a cooperating witness (the "Materials"). This Court, in allowing the defendant's motion (subject to undesigned counsel's conferring with government counsel in the matter in which the proffers were made and the presentence report prepared), invited the government to submit a proposed protective order regarding the Materials. Accordingly, the government respectfully submits herewith its proposed protective order.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                UNITED STATES ATTORNEY

      By:  /s/Robert E. Richardson
           ROBERT E. RICHARDSON
           Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have this day caused a copy of the foregoing document to be served by Electronic filing on counsel for Harry Guzman.

                /s/Robert E. Richardson
                ROBERT E. RICHARDSON