UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 04-10186-JLT |
| | ) |
| | ) |
| HARRY GUZMAN | ) |

### PROTECTIVE ORDER

The defendant Harry Guzman having moved this Court for the disclosure of reports of proffers and portions of a presentence report, all concerning a cooperating witness (the "Materials"),

IT IS HEREBY ORDERED THAT:

1. Counsel for defendant Harry Guzman shall not disclose the Materials, or the information contained therein, to any person not directly employed by said counsel.

2. Counsel for the defendant Harry Guzman shall not reproduce the Materials except as may be needed to permit lawyers, paralegals or support personnel working directly for defense counsel in the preparation of this case.

3. Absent further order of the Court, counsel for the defendant Harry Guzman shall not disclose the Materials or the information contained therein to the defendant Harry Guzman and shall not disseminate a copy of the Materials to the defendant Harry Guzman.

4. Any person: (i) to whom the Materials or any information contained therein is disseminated pursuant to paragraph 1 of this Order; or (ii) to whom a copy of the Materials (or any part thereof or any information contained therein) is given pursuant to paragraph 2 of this Order, shall be informed of the provisions of this protective order, shall be advised that it applies to them, and shall be required to review and sign a copy of the protective order to memorialize their understanding and agreement to it.

5. At the conclusion of this case, all materials covered by this protective order shall be returned to the Office of the United States Attorney along with a certification signed under the pains and penalties of perjury that all materials covered by the protective order are being returned and that any copies of materials covered by this protective order that have been

disseminated to any person identified in paragraph 2 have been returned or destroyed.

Entered as an Order of this Court this 21 day of September, 2006.

BY THE COURT

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE