# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
     )
     v.     )     **CRIMINAL NO. 04-10186-JLT**
     )
HARRY GUZMAN     )

## GOVERNMENT'S WITNESS LIST

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following list of potential witnesses for the trial of the above matter, in the approximate order the government currently anticipates and the approximate length of direct examination the government estimates. The government respectfully reserves the right to supplement this list and/or to call additional witnesses in light of developments prior to or at trial.

Francis Bradley - Lawrence Police Department - 20 minutes
Michael Colantuoni - Lawrence Police Department - 15 minutes
Marlene Bistany - Lawrence Police Department - 20 minutes
John Marsh - Lawrence fire Department - 20 minutes
John McInnis - Lawrence fire department - 15 minutes
Carmen Tavares - 45 minutes
Gerardo Hiraldo - 30 minutes
Pedro Ulloa - 30 minutes
Belkis Hernandez - 30 minutes
Josefi Cepeda - 20 minutes
Julian Quezada - 30 minutes
Celso Benitez - 45 minutes
Wilsson Duran - 45 minutes
Sebastian Bongirono - former Lawrence Fire Department - 60 minutes
Matthew Gravini - Massachusetts State Police - 30 minutes
Luisito Rivera - 45 minutes
Ron Plourde - Lawrence Police Department
Pedro Garcia - 45 minutes
Jose Rivera - 30 minutes
Amaryllis Torres - 10 minutes
Jose Cruz - 10 minutes
Jose Javier - 10 minutes

Juan Ramos - 75 minutes
Bradley Upton - Middleton - 20 minutes
Konstantino Balos - ATF - 60 minutes
Thomas Wlodyka - ATF - 30 minutes
Robert Irwin - Massachusetts State Police - 25 minutes
Donald Bossi - Massachusetts State Police - 20 minutes
William Lannon - Lawrence Fire Department - 15 minutes
Melissa O'Meara - Massachusetts State Police - 25 minutes

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day caused a copy of the foregoing document to be served by Electronic Filing on counsel for Harry Guzman.

/s/Robert E. Richardson
ROBERT E. RICHARDSON