UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 04-10186-JLT |
| ) | |
| **HARRY GUZMAN,** ) | |
| **Defendant** ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Tauro, J.) September 18, 2006 order excluding evidence of the defendant's June 9, 2003 possession of a juice container containing gasoline, and from the district court's September 21, 2006 electronic Order (docketed on September 21, 2006), denying the government's motion for reconsideration.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on September 22, 2006, this Notice of Appeal, with attached Certification, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney