# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 04-10186-JLT** |
| | ) | |
| **HARRY GUZMAN,** | ) | |
| **Defendant** | ) | |

## CERTIFICATION

The government has filed a notice of appeal of the district court's September 18, 2006 order

excluding evidence of the defendant's June 9, 2003 possession of a juice container containing

gasoline, and from the district court's September 21, 2006 electronic Order (docketed on September

21, 2006), denying the government's motion for reconsideration.  Pursuant to 18 U.S.C. §3731, the

United States Attorney hereby certifies to the district court that the appeal is not taken for the

purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney