APPEAL, VICTIM

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10186-JLT-ALL
## Internal Use Only

Case title: USA v. Guzman

Date Filed: 06/23/2004

Assigned to: Judge Joseph L. Tauro

**Defendant**

**Harry Guzman** (1)   represented by **Carl N. Donaldson**
Carl Donaldson & Associates
11 Beacon St.
Suite 600
Boston, MA 02108
US
617-742-0474
Fax: 617-742-0353
Email: counselone@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Charles P. McGinty**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02110
617-223-8061
Fax: 617-223-8080
Email: charles_mcginty@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**David A. Ruhnke**
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
973-744-1000
Fax: 973-746-1490
Email:

davidruhnke@ruhnkeandbarrett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Alfred E. Nugent**
11 Beacon Street
Suite 600
Boston, MA 02108
617-742-9664
Fax: 617-742-0563
Email: nugent@aenugent.com
*TERMINATED: 11/24/2004*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:844(i) Arson Resulting in Death (1) | |
| 18:844 F. (i)-ARSON RESULTING IN DEATH (1s) | |
| 18:844(i) Arson (2) | |
| 18:844 F. (i)-ARSON (2s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

| **Plaintiff** | |
|---|---|
| USA | represented by **Robert E. Richardson** United States Attorney's Office |

Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3247
Fax: 617-748-3951
Email: robert.richardson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2004 | 1 | INDICTMENT as to Harry Guzman (1) count(s) 1, 2. (Gawlik, Cathy) (Entered: 06/23/2004) |
| 06/23/2004 |  | Arrest Warrant Issued as to Harry Guzman. (Gawlik, Cathy) (Entered: 06/23/2004) |
| 06/23/2004 |  | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Harry Guzman (Gawlik, Cathy) (Entered: 06/23/2004) |
| 06/28/2004 | 2 | Writ of Habeas Corpus ad Prosequendum Issued as to Harry Guzman for 6/29/04 at 3:30 PM before Judge Robert B. Collings, USMJ. (Affsa, Gina) (Entered: 06/28/2004) |
| 06/29/2004 |  | NOTICE OF ATTORNEY APPEARANCE: Alfred E. Nugent appearing for Harry Guzman (Affsa, Gina) (Entered: 06/29/2004) |
| 06/29/2004 |  | NOTICE OF ATTORNEY APPEARANCE: Carl N. Donaldson appearing for Harry Guzman (Affsa, Gina) (Entered: 06/29/2004) |
| 06/29/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings:Initial Appearance and Arraignment as to Harry Guzman on Count 1,2 held on 6/29/2004. Defendant is here on a writ of habeas corpus from state court and is present with Carl Donaldson and Alfred Nugent, his chosen retained counsel. AUSA Robert Richardson is present for the gov't and David Picozzi for pretrial services. The defendant is advised of the charges, rights and the maximum penalties. The defendant pleads not guilty to all counts on arraignment. The court sets an initial status conference for August 11th, 2004 at 2:45 PM. The gov't moves for detention and continuance. The court sets a detention hearing for Friday, July 2nd, at 2:30 PM. The clerk shall issue a writ of habeas corpus once again for the defendant as the state court has not nolo pros'd the state case yet and the defendant is not currently being held in federal custody. (Digital recording) (Affsa, Gina) (Entered: 06/30/2004) |
| 06/29/2004 | 4 | Judge Robert B. Collings : MEMORANDUM AND ORDER entered following arraignment as to Harry Guzman (Affsa, Gina) (Entered: 06/30/2004) |

| | | |
|---|---|---|
| 06/30/2004 | 3 | Writ of Habeas Corpus ad Prosequendum Issued as to Harry Guzman for 7/2/04 (Affsa, Gina) (Entered: 06/30/2004) |
| 07/02/2004 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings:Hearing as to Harry Guzman held on 7/2/2004. AUSA Richardson and pretrial are present. Defendant Guzman is in the courtroom. Mr. Donaldson appears by telephone and informs the court that he is not ready to go forward on the matter of detention at this time. The court informs him that he needs to file a motion to continue next time. The court continues the detention hearing to July 14, 2004 at 2:30 pm. The court informs Mr. Donaldson that he has the option to have an Order of Detention without prejudice entered and then he can reopen the matter of detention when he is ready. If he choses to do same he can file a motion before July 14th. (Digital Recording) (Affsa, Gina) (Entered: 07/06/2004) |
| 07/06/2004 | 5 | Writ of Habeas Corpus ad Prosequendum Issued as to Harry Guzman for July 14, 2004 at 2:30 PM. (Affsa, Gina) (Entered: 07/06/2004) |
| 07/09/2004 | 6 | Arrest Warrant Returned Executed on June 29, 2004. as to Harry Guzman. (Abaid, Kim) (Entered: 07/13/2004) |
| 07/14/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Robert B. Collings:Case called for Detention Hearing as to Harry Guzman on 7/14/2004. Defendant consents to an order of detention without prejudice. Order to issue. AUSA reports that defendant is now in federal custody as state charges have been nol prossed. (DIGITAL RECORDING.) (Entered: 07/14/2004) |
| 07/14/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Robert B. Collings:In Camera Hearing as to Harry Guzman held on 7/14/2004. Only the defendant, his retained attorneys (Attorneys Nugent and Donaldson) and his mother are present. Court provides counsel with a copy of a letter to the Court from Owen Walker, Esquire, the Federal Defender, which neither counsel had received. Court orders that the letter of Mr. Walker be filed and SEALED. Court affords defendant and defendant's counsel an opportunity to read the letter. Court hears from both Attorney Nugent and Attorney Donaldson. Court fully explains to the defendant the provisions of 18 U.S.C. Section 3005 which obligates the court in a case in which the death penalty may be imposed to, "upon the defendant's request," assign two lawyers, one of whom is "learned in the law applicable to capital cases." The Court informs the defendant that it can act pursuant to section 3005 only if the defendant makes a request. The Court also explains the procedures in place by which the Attorney General decides whether or not to seek the death penalty, including the fact that defendant's counsel may be given the opportunity to appear before the local U.S. Attorney and will be given the opportunity to appear before Department of Justice officials in Washington to argue why the death penalty should not be sought and that the defendant should consider whether or not he wishes to request "learned counsel" to assist in that effort. The Court also explains why out-of-state lawyers are usually appointed as "learned" counsel in death penalty cases in |

| | | |
|---|---|---|
| | | Massachusetts. At the conclusion of the hearing, the defendant, in consultation with his retained attorneys, indicated that he does not, at this time, request that any attorneys be assigned pursuant to 18 U.S.C. Section 3005. The Court concludes that the defendant's decision is knowing and voluntary, and that the defendant is exercising his Sixth Amendment right to retain counsel of his choice. The Court, therefore, will take no action pursuant to Section 3005 absent a request from the defendant. The request of the Federal Defender to have the Federal Defender's Office appointed "...to meet with Mr. Guzman and his family" is DENIED. (DIGITAL RECORDING.) (Entered: 07/14/2004) |
| 07/14/2004 | 7 | Sealed Document (O'Leary, Dennis) (Entered: 07/15/2004) |
| 07/14/2004 | 8 | Judge Robert B. Collings : MEMORANDUM AND ORDER OF DETENTION PURSUANT TO 18 U.S.C. ?3142(e) as to Harry Guzman. (Dolan, Kathleen) (Entered: 07/15/2004) |
| 08/02/2004 | 9 | Letter regarding Rule 116.1 discovery as to Harry Guzman (Abaid, Kim) (Entered: 08/03/2004) |
| 08/11/2004 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Status Conference as to Harry Guzman held on 8/11/2004. Order to issue. Final Status Conference set for 11/18/2004 12:00 PM in Courtroom 14 before Robert B. Collings. (Tape #Digital Recording.) (Brown, Rex) Modified on 8/13/2004 (Brown, Rex). (Entered: 08/11/2004) |
| 08/11/2004 | | Notice of correction to docket made by Court staff. Correction: Clerk's Note dated corrected because: contained inaccurate judge association data as to Harry Guzman. (Brown, Rex) (Entered: 08/13/2004) |
| 08/11/2004 | 10 | Judge Robert B. Collings : REPORT After Initial Status Conference Pursuant to Local Rule 116.5(A) as to Harry Guzman ; Final Status Conference set for 11/18/2004 12:00 PM in Courtroom 14 before Robert B. Collings. (Dolan, Kathleen) (Entered: 08/17/2004) |
| 08/11/2004 | 11 | Judge Robert B. Collings : ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Harry Guzman. (Dolan, Kathleen) (Entered: 08/17/2004) |
| 08/11/2004 | 12 | Judge Robert B. Collings : ORDER ON EXCLUDABLE DELAY as to Harry Guzman. Time excluded from 6/23/04 until 6/23/04. Time excluded from 6/29/04 until 6/29/04. Time excluded from 7/1/04 until 7/30/04. Time excluded from 8/11/04 until 10/29/04. Thus, as of October 29, 2004, ELEVEN (11) non-excludable days will haveoccurred leaving FIFTY-NINE (59) days left to commence trial so as to be withinthe seventy-day period for trial set by statute. (Dolan, Kathleen) (Entered: 08/19/2004) |
| 09/03/2004 | 13 | Sealed TRANSCRIPT of Hearing as to Harry Guzman held on July 14, 2004 before Judge Collings. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Marianne Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/03/2004) |

| | | |
|---|---|---|
| 09/08/2004 | 14 | FIRST SUPERSEDING INDICTMENT as to Harry Guzman (1) count(s) 1s, 2s. (Diskes, Sheila) (Entered: 09/09/2004) |
| 09/08/2004 | 15 | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: PRETRIAL as to Harry Guzman (Diskes, Sheila) (Entered: 09/09/2004) |
| 09/17/2004 | 16 | Judge Robert B. Collings : AMENDED ORDER ON EXCLUDABLE DELAY as to Harry Guzman. Time excluded from 6/23/04 until 6/23/04. Time excluded from 6/29/04 until 6/29/04. Time excluded from 7/1/04 until 7/28/04. Time excluded from 8/11/04 until 8/11/04. Time excluded from 8/12/04 until 10/29/04. Thus, as of October 29, 2004, THIRTEEN (13) non-excludable days willhave occurred leaving FIFTY-SEVEN (57) days left to commence trial so as tobe within the seventy-day period for trial set by statute. (Dolan, Kathleen) (Entered: 09/20/2004) |
| 09/23/2004 | | Electronic NOTICE OF HEARING as to Harry Guzman. Arraignment on Superseding Indictment set for 9/28/2004 10:30 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 09/23/2004) |
| 09/28/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment on SUPERSEDING INDICTMENT as to Harry Guzman (1) Count 1s, 2s held on 9/28/2004. Defendant pleads not guilty to all counts. (Digital Recording) (Russo, Noreen) (Entered: 09/29/2004) |
| 10/29/2004 | 17 | Assented-To MOTION for Extension of Time to File any non-discovery type motions as to Harry Guzman . (Abaid, Kim) (Entered: 11/01/2004) |
| 10/29/2004 | 18 | AFFIDAVIT of Carl Donaldson by Harry Guzman (Abaid, Kim) (Entered: 11/01/2004) |
| 11/18/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Final Status Conference as to Harry Guzman held on 11/18/2004. R. Richardson for Gov't, C. Donaldson for Mr. Guzman. 29th of December, 2004 for Motions to Suppress and January 13, 2005 for Motion to Dismiss. Court indicates the dates set today is firm. Will hold the case until seen discovery motion and AUSA has responded. Then will go to District Court Judge. Mr. Guzman requesting appointment of learned counsel. Court will request forthwith. (Digital Recording) (Russo, Noreen) (Entered: 11/18/2004) |
| 11/18/2004 | 19 | Letter re Discovery as to Harry Guzman (Abaid, Kim) (Entered: 11/22/2004) |
| 11/18/2004 | 20 | JOINT MEMORANDUM of the parties re initial status conference by Harry Guzman (Abaid, Kim) (Entered: 11/22/2004) |
| 11/18/2004 | 22 | Magistrate Judge Robert B. Collings : ORDER entered ORDER SETTTING CASE FOR HEARING as to Harry Guzman. (Russo, Noreen) (Entered: 11/23/2004) |

| | | |
|---|---|---|
| 11/18/2004 | 23 | Magistrate Judge Robert B. Collings : ORDER entered as to Harry Guzman. (Russo, Noreen) (Entered: 11/23/2004) |
| 11/19/2004 | 21 | MOTION to Withdraw as Co-Counsel by Alfred E. Nugent. as to Harry Guzman . (Abaid, Kim) (Entered: 11/22/2004) |
| 11/24/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Ex Parte Hearing as to learned counsel as to Harry Guzman held on 11/24/2004. Gov't not present, C. Donaldson for Deft, A. Nugent for Deft. Deft is present. Deft is given a financial affidavit and fills it out, court allows defendants motion to seal financial affidavit. Court finds that deft is unable to afford L. Counsel, court will appoint L. Counsel. Asks Mr. McGinty from he federal defender's office to convey to Attorney Owen Walker the wish for an opinion and submit names for the court to appoint. Court takes up issue of Motion to withdrea Counsel for Mr. Nugent. Donaldson says that Mr. Nugent has done more than enough. Mr. Guzman says he not objection and will allow that motion to withdraw. As soon as get the name of L. Counsel Court will find out of District Judge approves and Counsel will be notified. Donaldson requests 2 counsel and Court says no will see after the L. Counsel is picked. (Digital Recording) (Russo, Noreen) (Entered: 11/24/2004) |
| 11/24/2004 | | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting 21 Motion to Withdraw as Attorney. as to Harry Guzman (1). (Russo, Noreen) (Entered: 11/24/2004) |
| 11/24/2004 | 24 | Sealed Document (Russo, Noreen) (Entered: 11/29/2004) |
| 12/01/2004 | | Judge Robert B. Collings: ELECTRONIC ORDER entered granting 17 Motion for Extension of Time as to Harry Guzman (1) to the extent that any motions to suppress must be filed and/or served by cob 12/29/2004 and any motions to dismiss must be filed by cob 1/13/2005; otherwise DENIED. (Entered: 12/01/2004) |
| 12/02/2004 | 25 | MOTION for Extension of Time to File All Motions as to Harry Guzman . (Abaid, Kim) Modified on 12/6/2004 (Abaid, Kim). (Entered: 12/03/2004) |
| 12/03/2004 | | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting in part and denying in part 25 Motion for Extension of Time as to Harry Guzman (1). "Allowed only to the extent that the deadline for filing any motions to dismiss related solely to the death penalty is ENLARGED to the close of business on February 18, 2005, otherwise DENIED." (Russo, Noreen) (Entered: 12/06/2004) |
| 01/06/2005 | 26 | Magistrate Judge Robert B. Collings : ORDER entered. CJA 30: Appointment of Attorney David A. Ruhnke for Harry Guzman in Death Penalty Proceedings as to Harry Guzman. (Russo, Noreen) (Entered: 01/12/2005) |
| 01/13/2005 | 27 | MOTION - With the Assent of the United States - To Declare This Matter a Complex Case Within the Meaning of the Speedy Trial Act of 1974 and to Adjourn the Case to a Status Conference to be Conducted in Approximately |

| | | |
|---|---|---|
| | | 180 Days as to Harry Guzman. (Abaid, Kim) (Entered: 01/14/2005) |
| 01/18/2005 | 28 | SEALED MOTION - EX PARTE - as to Harry Guzman. (Abaid, Kim) (Entered: 01/18/2005) |
| 01/25/2005 | 29 | SEALED MOTION as to Harry Guzman. (Abaid, Kim) (Entered: 01/25/2005) |
| 01/25/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 27 Motion - With the Assent of the United States - to Declare this Matter a Complex Case Within the Meaning of the Speedy Trial Act of 1974 and to Adjourn the Case to a Status Conference to be Conducted in Approximately 180 Days as to Harry Guzman (1); and granting 28 Sealed Motion as to Harry Guzman (1). (Abaid, Kim) (Entered: 01/25/2005) |
| 01/28/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 29 Sealed Motion as to Harry Guzman (1) (Abaid, Kim) (Entered: 01/28/2005) |
| 02/01/2005 | 30 | SEALED MOTION as to Harry Guzman. (Abaid, Kim) (Entered: 02/01/2005) |
| 02/01/2005 | | Attorney update in case as to Harry Guzman. Attorney Charles P. McGinty for Harry Guzman added. (Abaid, Kim) (Entered: 03/14/2005) |
| 02/02/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 30 Sealed Motion as to Harry Guzman (1) (Abaid, Kim) (Entered: 02/03/2005) |
| 02/04/2005 | 31 | SEALED MOTION as to Harry Guzman. (Abaid, Kim) (Entered: 02/08/2005) |
| 02/08/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 31 Sealed Motion as to Harry Guzman (1) (Abaid, Kim) (Entered: 02/10/2005) |
| 03/11/2005 | 32 | NOTICE OF HEARING as to Harry Guzman Further Status Conference set for 4/12/2005 @ 11:00 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 03/11/2005) |
| 04/12/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Further Status Conference as to Harry Guzman held on 4/12/2005. R. Richardson for Gov't. Charles McGinty for Def't. Court sets deadline of July 13, 2005 for non discovery motions directed to non capital aspects of the case. Budget to be handled by Federal Defender office. May 6, 2005 deadline for discovery motions. Further Status Conf. set down for July 22, 2005 @ 4:15 P.M. (Digital Recording.) (Russo, Noreen) (Entered: 04/12/2005) |
| 04/12/2005 | 35 | STATUS REPORT by Harry Guzman (Abaid, Kim) (Entered: 05/02/2005) |
| 04/29/2005 | | Judge Robert B. Collings: Electronic Scheduling ORDER entered as to Harry Guzman. The defendant shall file any discovery type motions on or before the close of business on May 6, 2005. The defendant shall file any non-discovery type motions directed to the non-capital aspects of the case on or before the close of business on July 13, 2005. A further conference is set |

| Date | Doc # | Description |
|---|---|---|
|  |  | for July 22, 2005 at 4:15 P.M. (Entered: 04/29/2005) |
| 04/29/2005 | 33 | MOTION for Discovery *Of Notes Of Defendant's Statements* as to Harry Guzman. (McGinty, Charles) Additional attachment(s) added on 5/3/2005 (Abaid, Kim). (Entered: 04/29/2005) |
| 04/29/2005 | 34 | MOTION to Compel *Disclosure Of Information Pursuant To LR 116.6(A)* as to Harry Guzman. (McGinty, Charles) Additional attachment(s) added on 5/3/2005 (Abaid, Kim). (Entered: 04/29/2005) |
| 05/13/2005 | 36 | Opposition by USA as to Harry Guzman re 34 MOTION to Compel *Disclosure Of Information Pursuant To LR 116.6(A)* (Richardson, Robert) (Entered: 05/13/2005) |
| 05/13/2005 | 40 | Government's Ex Parte MOTION to Seal and Impound as to Harry Guzman. (Russo, Noreen) Additional attachment(s) added on 6/6/2005 (Russo, Noreen). (Entered: 06/02/2005) |
| 05/13/2005 | 39 | SEALED DOCUMENT as to Harry Guzman. (Russo, Noreen) (Entered: 06/02/2005) |
| 05/16/2005 | 37 | RESPONSE to Motion by USA as to Harry Guzman re 33 MOTION for Discovery *Of Notes Of Defendant's Statements* (Richardson, Robert) (Entered: 05/16/2005) |
| 05/18/2005 |  | Judge Robert B. Collings : Electronic ORDER entered granting [38] Motion to Seal as to Harry Guzman (1). "ALLOWED; SO ORDERED." (Russo, Noreen) (Entered: 06/02/2005) |
| 05/24/2005 |  | Judge Robert B. Collings : Electronic ORDER entered denying 33 Motion for Discovery as to Harry Guzman (1). DENIED without prejudice as moot in view of the Government's response 37. (Russo, Noreen) (Entered: 05/27/2005) |
| 06/06/2005 |  | Notice of correction to docket made by Court staff. Correction: Docket # 38 removed and new number 40 assigned to address issue of sealed document as to Harry Guzman. (Russo, Noreen) (Entered: 06/06/2005) |
| 06/07/2005 |  | Judge Robert B. Collings: Electronic ORDER entered denying 34 Motion to Compel as to Harry Guzman (1). The Court sustains the Government's declination pursuant to L.R. 116.6(A) on the basis of the facts contained in the sealed Affidavit of Special Agent Konstantinos Balos (#39). (Entered: 06/07/2005) |
| 06/17/2005 | 41 | Assented to MOTION to Continue *Motion to Change Date of Status Hearing* as to Harry Guzman. (McGinty, Charles) (Entered: 06/17/2005) |
| 06/24/2005 |  | Judge Robert B. Collings : Electronic ORDER entered granting 41 Motion to Continue as to Harry Guzman (1). "ALLOWED, to 7/19/2005 @ 3:30 P.M." (Russo, Noreen) (Entered: 06/24/2005) |
| 07/13/2005 | 42 | Assented to MOTION for Extension of Time to July 19, 2005 to File *Motions* as to Harry Guzman. (McGinty, Charles) (Entered: 07/13/2005) |

| | | | |
|---|---|---|---|
| 07/14/2005 | | | Judge Robert B. Collings : Electronic ORDER entered granting 42 Motion for Extension of Time to File as to Harry Guzman (1). "ALLOWED". (Russo, Noreen) (Entered: 07/14/2005) |
| 07/19/2005 | | 43 | MOTION to Sever *Offenses* as to Harry Guzman. (McGinty, Charles) (Entered: 07/19/2005) |
| 07/19/2005 | | 44 | MEMORANDUM in Support by Harry Guzman re 43 MOTION to Sever *Offenses* (McGinty, Charles) (Entered: 07/19/2005) |
| 07/19/2005 | | 45 | MOTION to Dismiss : *Interstate Commerce* as to Harry Guzman. (McGinty, Charles) (Entered: 07/19/2005) |
| 07/19/2005 | | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Interim Status Conference as to Harry Guzman held on 7/19/2005. Robert Richardson for Gov't, D. Runke, C. McGinty and C. Donaldson for Def't. Defense Counsel(s) indicate Motion(s) to Sever, Motion to Suppress Video, and Motion to Dismiss for Lack of Jurisdiction are being filed 7/19/2005 and a Motion to Suppress Statements to be filed within 2 weeks. One further discovery motion will be filed within 2 weeks. Court allows until August 2, 2005 for that motion to be filed. Court allows Oppositions by Gov't on the Motion to Sever Offenses, Motion to Suppress Video, Motion to Dismiss on Commerce Clause Grounds, and Motion to Suppress Oral Statements to be due by cob August 31, 2005. Court allows Gov't response to Discovery motion to August 16, 2005. Defense is not planning on raising defense of insanity. Gov't is not requesting notice of alibi. Trial (non-capital) would be 2 to 4 weeks (capital) 4 to 8 weeks - excluding time to select jury. (Digital Recording.) (Russo, Noreen) (Entered: 07/20/2005) |
| 07/20/2005 | | 46 | MOTION to Suppress *Videotaped Surveillance* as to Harry Guzman. (McGinty, Charles) (Entered: 07/20/2005) |
| 07/20/2005 | | 47 | MEMORANDUM in Support by Harry Guzman re 46 MOTION to Suppress *Videotaped Surveillance* (McGinty, Charles) (Entered: 07/20/2005) |
| 08/02/2005 | | 48 | MOTION for Discovery *Re Cruz* as to Harry Guzman. (Attachments: # 1)(McGinty, Charles) (Entered: 08/02/2005) |
| 08/02/2005 | | 49 | MOTION for Extension of Time to File *Motion for Additional Time to File Motion (#2)* as to Harry Guzman. (McGinty, Charles) (Entered: 08/02/2005) |
| 08/10/2005 | | 50 | MOTION to Suppress *Defendant's Motion to Suppress Statements* as to Harry Guzman. (McGinty, Charles) (Entered: 08/10/2005) |
| 08/10/2005 | | 51 | MEMORANDUM in Support by Harry Guzman re 50 MOTION to Suppress *Defendant's Motion to Suppress Statements Defendant's Memorandum in Support of Motion to Suppress Statements* (Attachments: # 1)(McGinty, Charles) (Entered: 08/10/2005) |
| 08/16/2005 | | 52 | MOTION for Extension of Time to August 17, 2005 to File response to Defendant's Discovery Motion Re: Cruz as to Harry Guzmanby USA. (Richardson, Robert) (Entered: 08/16/2005) |

| 08/17/2005 | 53 | Opposition by USA as to Harry Guzman re 48 MOTION for Discovery *Re Cruz* (Richardson, Robert) (Entered: 08/17/2005) |
|---|---|---|
| 08/30/2005 | | Judge Robert B. Collings: Electronic ORDER entered granting 49 Motion for Extension of Time to File as to Harry Guzman (1) nunc pro tunc. (Entered: 08/30/2005) |
| 08/30/2005 | | Judge Robert B. Collings: Electronic ORDER entered granting 52 Motion for Extension of Time as to Harry Guzman (1) nunc pro tunc. (Entered: 08/30/2005) |
| 08/31/2005 | 54 | Assented to MOTION for Extension of Time to September 14, 2005 to File file responses to defendant's motions as to Harry Guzmanby USA. (Richardson, Robert) (Entered: 08/31/2005) |
| 09/13/2005 | | Judge Robert B. Collings: Electronic ORDER entered granting 54 Motion for Extension of Time as to Harry Guzman (1). (Entered: 09/13/2005) |
| 09/14/2005 | 55 | Opposition by USA as to Harry Guzman re 45 MOTION to Dismiss : *Interstate Commerce* (Richardson, Robert) (Entered: 09/14/2005) |
| 09/14/2005 | 56 | Opposition by USA as to Harry Guzman re 43 MOTION to Sever *Offenses* (Richardson, Robert) (Entered: 09/14/2005) |
| 09/14/2005 | 57 | Opposition by USA as to Harry Guzman re 46 MOTION to Suppress *Videotaped Surveillance* (Richardson, Robert) (Entered: 09/14/2005) |
| 09/16/2005 | 58 | MOTION for Leave to File *Opposition to Motion to Suppress Statements Late* as to Harry Guzmanby USA. (Richardson, Robert) (Entered: 09/16/2005) |
| 09/16/2005 | 59 | Opposition by USA as to Harry Guzman re 50 MOTION to Suppress *Defendant's Motion to Suppress Statements* (Attachments: # 1)(Richardson, Robert) (Entered: 09/16/2005) |
| 09/20/2005 | | ELECTRONIC NOTICE OF HEARING as to Harry GuzmanMOTION Hearing on 48 set for 10/3/2005 @ 3:15 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 09/20/2005) |
| 09/27/2005 | 60 | Assented to MOTION to Continue *Assented-to Motion to Change Date of Motion Hearing* as to Harry Guzman. (McGinty, Charles) (Entered: 09/27/2005) |
| 09/28/2005 | | Judge Robert B. Collings : ElectronicORDER entered granting 60 Motion to Continue as to Harry Guzman (1). "ALLOWED to October 12, 2005 @ 2:15 P.M." (Russo, Noreen) (Entered: 09/29/2005) |
| 10/12/2005 | 61 | MOTION to Compel *Defendant's Renewed Motion to Compel Disclosure of Information Pursuant to Local Rule 116.6(A)* as to Harry Guzman. (McGinty, Charles) (Entered: 10/12/2005) |
| 10/12/2005 | | ElectronicClerk's Notes for proceedings held before Judge Robert B. Collings :Motion Hearing as to Harry Guzman held on 10/12/2005 re 48 MOTION for Discovery Re Cruz filed by Harry Guzman. R. Richardson for |

| | | |
|---|---|---|
| | | Gov't, C. McGinty for Def't, along with D. Runkle, and C. Donaldson. Court directs that complete transcript and tape be turned over subject to a protective order that the tape is not to be turned over or played for the def't without prior permission of court (by motion); gov't to tell court in camera the extent of tapes & transcrips of Cruz intercepts; court takes remainder of motion (number 3 of conclusion statement in Motion 48) under advisement. (Digital Recording) (Russo, Noreen) (Entered: 10/12/2005) |
| 10/12/2005 | 62 | SEALED MOTION as to Harry Guzman. (Abaid, Kim) (Entered: 10/12/2005) |
| 10/12/2005 | 63 | SEALED MOTION as to Harry Guzman. (Abaid, Kim) (Entered: 10/12/2005) |
| 10/12/2005 | 64 | SEALED MOTION as to Harry Guzman. (Abaid, Kim) (Entered: 10/12/2005) |
| 10/12/2005 | 65 | Sealed Document (Abaid, Kim) (Entered: 10/12/2005) |
| 10/12/2005 | 66 | Judge Robert B. Collings : ORDER entered. FIRST ORDER ON DEFENDANT'S MOTION FOR DICOVERY RE: CRUZgranting in part and denying in part 48 Motion for Discovery as to Harry Guzman (1) (Russo, Noreen) (Entered: 10/13/2005) |
| 10/13/2005 | | Judge Robert B. Collings: ElectronicORDER entered granting 62 Ex Parte Motion to Impound as to Harry Guzman (1). The impounded document (SEALED MOTION #63) is RESERVED for decision by the trial judge. (Entered: 10/13/2005) |
| 10/13/2005 | | Judge Robert B. Collings: ElectronicORDER entered granting 64 Ex Parte Motion to Impound as to Harry Guzman (1). The Ex Parte Affidavit of Charles P. McGinty (#65) is SEALED and IMPOUNDED. (Entered: 10/13/2005) |
| 10/17/2005 | 67 | EX PARTE MOTION to IMPOUND as to Harry Guzman. (Russo, Noreen) (Entered: 10/20/2005) |
| 10/17/2005 | | Judge Robert B. Collings : ElectronicORDER entered granting in part and denying in part 67 Motion to Seal as to Harry Guzman (1). "The Ex Parte Motion to Impound is NOT SEALED. The attachment is SEALED." (Russo, Noreen) (Entered: 10/20/2005) |
| 10/17/2005 | 68 | Sealed Document re 67 as to Harry Guzman. (Russo, Noreen) (Entered: 10/20/2005) |
| 10/18/2005 | 69 | FIRST IN CAMERA FILING of United States Filed Under Seal.(Russo, Noreen) (Entered: 10/25/2005) |
| 10/26/2005 | 70 | Opposition by USA as to Harry Guzman re 61 MOTION to Compel *Defendant's Renewed Motion to Compel Disclosure of Information Pursuant to Local Rule 116.6(A)* (Richardson, Robert) (Entered: 10/26/2005) |

| | | |
|---|---|---|
| 11/02/2005 | | Judge Robert B. Collings: ElectronicORDER entered denying 61 Motion to Compel as to Harry Guzman (1). The denial is without prejudice to filing a renewed motion after the trial judge sets a firm trial date. (Entered: 11/02/2005) |
| 11/02/2005 | 71 | Judge Robert B. Collings: ORDER entered. FINAL ORDER ON DEFENDANT'S MOTION FOR DISCOVERY RE: CRUZ #48 (Russo, Noreen) (Entered: 11/04/2005) |
| 11/02/2005 | 72 | Judge Robert B. Collings : ORDER entered. ORDER AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C) as to Harry Guzman (Russo, Noreen) (Entered: 11/04/2005) |
| 11/02/2005 | | Case as to Harry Guzman no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 11/04/2005) |
| 11/21/2005 | | NOTICE OF HEARING as to Harry Guzman Pretrial Conference set for 12/8/2005 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 11/21/2005) |
| 11/21/2005 | | Set Hearing as to Harry Guzman: Pretrial Conference set for 12/8/2005 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 11/21/2005) |
| 12/15/2005 | | ELECTRONIC:NOTICE OF HEARING as to Harry Guzman Pretrial Conference set for 1/25/2006 12:00 PM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 12/15/2005) |
| 01/25/2006 | 73 | Judge Joseph L. Tauro : ORDER entered as to Harry Guzman. A hearing will be held on April 5, 2006 and April 6, 2006, to hear evidence and arguments on all outstanding motions. All motions heard at the abovementioned hearing must be filed by February 17, 2006. All responses to the abovementioned motions must be filed by March 6, 2006. (Abaid, Kim) (Entered: 01/26/2006) |
| 01/25/2006 | | Set/Reset Deadlines/Hearings as to Harry Guzman: Motions due by 2/17/2006. Evidentiary Hearing set for 4/5/2006 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 01/26/2006) |
| 01/27/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Pretrial Conference as to Harry Guzman held on 1/27/2006; government informs the Court that the case will proceed without the capital punishment charge; a hearing will be held on April 5,6 and if necessary 7th on the pending motions and the proposed Daubert Motion. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 01/27/2006) |
| 02/06/2006 | | ***Set/Clear Flags as to Harry Guzman (Hurley, Virginia) (Entered: 02/06/2006) |
| 02/17/2006 | 74 | Assented to MOTION for Extension of Time to File *Motion* as to Harry Guzman. (McGinty, Charles) (Entered: 02/17/2006) |

| | | |
|---|---|---|
| 03/03/2006 | 75 | Assented to MOTION for Extension of Time to March 13, 2006 to File *Motion* as to Harry Guzman. (McGinty, Charles) (Entered: 03/03/2006) |
| 03/06/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 75 Motion for Extension of Time to File as to Harry Guzman (1) (Abaid, Kim) (Entered: 03/06/2006) |
| 05/09/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Harry GuzmanDaubert Hearing set for 6/7/2006 and for 6/8/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 05/09/2006) |
| 05/22/2006 | 76 | MOTION to Exclude *Testimony Relating to the Cause and Origin of the Fire Charged in Count One* as to Harry Guzman. (McGinty, Charles) (Entered: 05/22/2006) |
| 06/06/2006 | 77 | Opposition by USA as to Harry Guzman re 76 MOTION to Exclude *Testimony Relating to the Cause and Origin of the Fire Charged in Count One* (Attachments: # 1)(Richardson, Robert) (Entered: 06/06/2006) |
| 06/07/2006 | 79 | WITNESS LIST re: Motion to Suppress and Daubert Hearing. (Abaid, Kim) (Entered: 06/12/2006) |
| 06/08/2006 | 78 | Judge Joseph L. Tauro : ORDER entered - 50 Motion to Suppress Statements is ALLOWED with respect to the June 9, 2003 statement, and DENIED with respect to the November 12, 2003 statement. 43 Motion to Sever Offenses is ALLOWED. 76 Motion to Exclude Testimony Relating to the Cause and Origin of the Fire Charged in Count One is ALLOWED to the extent that Mr. Bongiorno is barred from offering an opinion as to whether the fire was incendiary. In all other respects, this motion is DENIED. Trial on Count One will begin on September 25, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 06/08/2006) |
| 06/08/2006 | | ELECTRONIC NOTICE OF HEARING as to Harry Guzman Jury Trial set for 9/25/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 06/08/2006) |
| 06/08/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Motion Hearing as to Harry Guzman held on 6/7/2006 re 76 MOTION to Exclude *Testimony Relating to the Cause and Origin of the Fire Charged in Count One* filed by Harry Guzman, (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 06/08/2006) |
| 06/08/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Motion Hearing Day 2 as to Harry Guzman held on 6/8/2006 re 76 MOTION to Exclude *Testimony Relating to the Cause and Origin of the Fire Charged in Count One* filed by Harry Guzman, (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 06/08/2006) |
| 09/07/2006 | 80 | TRANSCRIPT of Motion Hearing (Day One) as to Harry Guzman held on June 7, 2006 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. |

| | | |
|---|---|---|
| | | Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/07/2006) |
| 09/07/2006 | 81 | TRANSCRIPT of Motion Hearing (Day Two) as to Harry Guzman held on June 8, 2006 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/07/2006) |
| 09/13/2006 | | ELECTRONIC NOTICE OF HEARING as to Harry GuzmanA FINAL Pretrial Conference set for 9/18/2006 02:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 09/13/2006) |
| 09/18/2006 | 82 | MOTION in Limine *Defendant's Motion in Limine* as to Harry Guzman. (McGinty, Charles) (Entered: 09/18/2006) |
| 09/18/2006 | 83 | MOTION for Hearing *Defendant's Motion for Hearing Outside the Presence of the Jury in Accordance with Neil v. Biggers* as to Harry Guzman. (McGinty, Charles) (Entered: 09/18/2006) |
| 09/18/2006 | 84 | Proposed Jury Questions by Harry Guzman *Defendant's Motion for Single-Page Juror Questionnaire* (Attachments: # 1)(McGinty, Charles) (Entered: 09/18/2006) |
| 09/18/2006 | 85 | MOTION to Produce *Motion for Production of Proffer Notes and Portions of Presentence Report Relating to Cooperating Witness* as to Harry Guzman. (McGinty, Charles) (Entered: 09/18/2006) |
| 09/18/2006 | 86 | Judge Joseph L. Tauro : ORDER entered. 46 Motion to Suppress Videotape Surveillance is DEFERRED until Count II of the indictment is reached. 45 Motion to Dismiss: Interstate Commerce is DENIED. 85 Motion for Production of Proffer Notes is ALLOWED as stated in open court. The Government may submit a proposed protective order. 83 Motion for Hearing is ALLOWED. Hearing is scheduled for Monday September 25, 2006, after voir dire. 84 Motion for a Single Page Juror Questionnaire is DENIED. Both parties may submit proposed questions for use during voir dire. 82 Motion in Limine: (1) Evidence relating to the Fire Charged in Count II is ALLOWED. (2) Canine Alert is WITHDRAWN. (3) Any Electrical Causes for the Fire is ALLOWED, but is open to reconsideration if the Government can provide additional proof of proper notification. The Government will submit a witness list and estimated times of direct and cross-examination by Thursday September 21, 2006 at 12:00 PM. Trial on Count I will begin on September 25, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 09/18/2006) |
| 09/19/2006 | 87 | MOTION for Protective Order as to Harry Guzmanby USA. (Richardson, Robert) (Entered: 09/19/2006) |
| 09/19/2006 | 88 | PROPOSED ORDER(S) submitted by USA as to Harry Guzman (Richardson, Robert) (Entered: 09/19/2006) |

| | | | |
|---|---|---|---|
| 09/20/2006 | 89 | MOTION for Reconsideration re 86 Scheduling Order, Terminate Motions, 82 MOTION in Limine *Defendant's Motion in Limine* filed by Harry Guzman, as to Harry Guzmanby USA. (Richardson, Robert) Modified on 9/21/2006 (Abaid, Kim). (Entered: 09/20/2006) | |
| 09/21/2006 | 90 | Judge Joseph L. Tauro : PROTECTIVE ORDER entered as to Harry Guzman. (Abaid, Kim) (Entered: 09/21/2006) | |
| 09/21/2006 | 91 | EXHIBIT/WITNESS LIST by USA as to Harry Guzman (Richardson, Robert) (Entered: 09/21/2006) | |
| 09/21/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 89 Motion for Reconsideration as to Harry Guzman (1) (Abaid, Kim) (Entered: 09/21/2006) | |
| 09/22/2006 | 92 | NOTICE OF APPEAL (Interlocutory) by USA as to Harry Guzman re 86 Order on Motion for Reconsideration. Filing fee $ 455. Appeal Record due by 10/12/2006. (Attachments: # 1)(Richardson, Robert) Modified on 9/22/2006 (Abaid, Kim). (Entered: 09/22/2006) | |