SEP 0 7 2006



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

August 28, 2006

<u>**BY FAX AND FOR PICK-UP**</u>

Charles P. McGinty, Esq.
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02210

    Re:  United States v. Harry Guzman
         <u>Criminal No. 04-10186-JLT</u>

Dear Charlie:

    This, together with the enclosed documents marked HG 1551 to HG 1570, is in response to your letter of September 1.

    1.  See HG 1551 to HG 1554.

    2.  See HG 1555 to HG 1556.

    3.  See HG 1557 to HG 1570.  Please note that HG 1559 to HG 1570 have been unsealed only to the extent of the protective order entered in <u>U.S. v. Juan Ramos</u>, Crim. No. 04-10052-GAO, HG 1557 to HG 1558.

    4.  I haven't been able to make a more clear copy from what I have, so I'm trying to get a better copy from the investigators.

    5.  As I indicated on the telephone, we may seek to introduce the container recovered from 197 West Street on June 9.

    6.  We don't have plans right now to use any transcripts, but if that changes I will let you know promptly.

    7.  I don't have copies of the actual convictions, but to the extent there are particular convictions you would seek to use in cross-examination, we can likely reach a stipulation.

8.  We are aware of no discoverable information with respect to law enforcement witnesses we currently plan to call at trial. I don't think information, if any, regarding participants in the investigation who will not testify is discoverable.

9.  The recording is enclosed.

10. Some of the other statements that have been produced refer to information provided "Mexican," such as both the typewritten and handwritten accounts of Officer Bistany. He is referred to in Officer Bistany's report by a different name. Some of the civilian accounts also describe either things that he said or things that he did during the fire. I have inquired and been told that, other than HG 979 to HG 980, there is no other document describing only an interview of this person. There is no tape of an interview of "Mexican"; the author of the report just used Q&A format.

Please call the undersigned Assistant U.S. Attorney at 617-748-3247 if you have any questions.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

Enclosures