# United States Court of Appeals
## For the First Circuit

No. 06-2363

UNITED STATES OF AMERICA,

Appellant,

v.

HARRY GUZMAN,

Defendant, Appellee.

**JUDGMENT**

Entered: September 27, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's rulings are affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: OCT 18 2007

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Ricahrdson, Ms. Chaitowitz, Mr. Donaldson, Mr. McGinty, Mr. Ruhnke, & Ms. Mizner.]