UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | 04-CR-10186-JLT |
| v. | * | |
| | * | |
| | * | |
| HARRY GUZMAN, | * | |
| | * | |
| Defendant. | * | |

ORDER

November 19, 2007

TAURO, J.

After a Pre-Trial conference held on November 7, 2007, this court hereby orders that:

1. Trial on Count One will begin on January 14, 2008. The morning trial session will begin each day at 10:00 A.M. and end at 1:00 P.M., and the afternoon trial session will begin at 2:15 P.M. and end at 4:30 P.M.

2. Any outstanding Jencks material shall be produced.

3. The Government shall submit a witness list and estimated times of direct and cross-examination by 4:00 P.M. on January 2, 2008.

4. All Motions in Limine shall be filed by 4:00 P.M. on January 2, 2008.

5. The Parties shall submit Proposed Jury Instructions by 4:00 P.M. on January 2, 2008.

6. The Parties shall submit a list of agreed-upon exhibits, and a separate list of disputed exhibits, to the Deputy Courtroom Clerk by 12:00 P.M. on January 11,

2008.  All exhibits to be used at trial shall be pre-marked.  The Government shall use <u>numbers</u>, and Defendant shall use <u>letters</u>.

IT IS SO ORDERED.

                                                              <u>/s/ Joseph L. Tauro</u>
                                                United States District Judge