## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   CRIMINAL NO. 04-10186-JLT |
| | ) |
| **HARRY GUZMAN** | ) |

## GOVERNMENT'S WITNESS LIST

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following list of potential witnesses for the trial of the above matter, in the approximate order the government currently anticipates and the approximate length of direct examination the government estimates. The government respectfully reserves the right to supplement this list and/or to call additional witnesses in light of developments prior to or at trial.

       Francis Bradley - Lawrence Police Department - 20 minutes
       Michael Colantuoni - Lawrence Police Department - 15 minutes
       Marlene Bistany - Lawrence Police Department - 20 minutes
       John Marsh - Lawrence fire Department - 20 minutes
       John McInnis - Lawrence fire department - 15 minutes
       Carmen Tavares - 45 minutes
       Gerardo Hiraldo - 30 minutes
       Pedro Ulloa - 30 minutes
       Belkis Hernandez - 30 minutes
       Josefi Cepeda - 30 minutes
       Julian Quezada - 30 minutes
       Wilsson Duran - 45 minutes
       Jeff Lowe - 60 minutes
       Sebastian Bongirono - former Lawrence Fire Department - 60 minutes
       Matthew Gravini - Massachusetts State Police - 30 minutes
       Luisito Rivera - 45 minutes
       Ron Plourde - Lawrence Police Department - 30 minutes
       Pedro Garcia - 45 minutes
       Jose Rivera - 30 minutes
       Amaryllis Torres - 10 minutes
       Jose Cruz - 10 minutes
       Jose Javier - 10 minutes

      Juan Ramos - 75 minutes
      Bradley Upton - Middleton - 20 minutes
      Konstantino Balos - ATF - 60 minutes
      Thomas Wlodyka - ATF - 30 minutes

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

          By:

                                  /s/Robert E. Richardson
                                  ROBERT E. RICHARDSON
                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    This is to certify that I have this day, January 2, 2008, caused a copy of the foregoing document to be served by Electronic Filing on counsel for Harry Guzman.

                                  /s/Robert E. Richardson
                                  ROBERT E. RICHARDSON