UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   CRIMINAL NO. 04-10186-JLT |
| | ) |
| **HARRY GUZMAN** | ) |

## GOVERNMENT'S SUPPLEMENTAL WITNESS LIST

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following supplemental list of potential witnesses for the trial of the above matter, in the approximate order the government currently anticipates and the approximate length of direct and cross-examination the government estimates in minutes.  (The government has identified one additional potential witness since submitting its initial list on January 2, 2008.)  The government respectfully reserves the right to supplement this list and/or to call additional witnesses in light of developments prior to or at trial.

Francis Bradley - Lawrence Police Department - 20 direct, 20 cross
Michael Colantuoni - Lawrence Police Department - 15 direct, 15 cross
Marlene Bistany - Lawrence Police Department - 20 direct, 20 cross
John Marsh - Lawrence Fire Department - 20 direct, 20 cross
John McInnis - Lawrence Fire department - 15 direct, 15 cross
William Lannon - Lawrence Fire Department - 15 direct, 15 cross
Carmen Tavares - 45 direct, 15 cross
Gerardo Hiraldo - 30 direct, 15 cross
Pedro Ulloa - 30 direct, 20 cross
Belkis Hernandez - 30 direct, 20 cross
Josefi Cepeda - 30 direct, 20 cross
Julian Quezada - 30 direct, 20 cross
Wilsson Duran - 45 direct, 30 cross
Jeff Lowe - 60 direct, 60 cross
Sebastian Bongirono - former Lawrence Fire Department - 60 direct, 60 cross
Matthew Gravini - Massachusetts State Police - 30 direct, 20 cross
Luisito Rivera - 45 direct, 45 cross
Ron Plourde - Lawrence Police Department - 30 direct, 15 cross
Pedro Garcia - 45 direct, 45 cross

    Jose Rivera - 30 direct, 30 cross
    Amaryllis Torres - 10 direct, 5 cross
    Jose Cruz - 10 direct, 5 cross
    Jose Javier - 10 direct, 5 cross
    Juan Ramos - 75 direct, 90 cross
    Bradley Upton - Middleton - 20 direct, 20 cross
    Konstantino Balos - ATF - 60 direct, 60 cross
    Thomas Wlodyka - ATF - 30 direct, 30 cross

              Respectfully submitted,

              MICHAEL J. SULLIVAN
              United States Attorney

    By:

              /s/Robert E. Richardson
              ROBERT E. RICHARDSON
              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

 This is to certify that I have this day, January 7, 2008, caused a copy of the foregoing document to be served by Electronic Filing on counsel for Harry Guzman.


              /s/Robert E. Richardson
              ROBERT E. RICHARDSON