UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10186-JLT |
| ) | |
| HARRY GUZMAN ) | |

DEFENDANT'S MOTION FOR ATTACHED JUROR QUESTIONNAIRE

Defendant Harry Guzman respectfully moves, pursuant to Fed. R. Crim. P. 24(a), that this Court allow the use of the attached single-page juror questionnaire. The questionnaire asks only three questions relating to the seriousness of the offense as well as to possible racial bias. (Exhibit A). This Court permitted use of a brief questionnaire in United States v. Seymour, Criminal No. 05-10264-JLT, where a significant percentage of prospective jurors (as much as 15-20%) admitted racial bias on their questionnaire.

As this Court is aware, the questionnaire procedure is simple and works as follows: The jury administrator distributes the questionnaire to members of the jury pool, and the jurors complete the questionnaire privately in the jury assembly room. The juror's number is placed at the top of the questionnaire. The questionnaires are copied, and then reviewed by counsel and the Court. Jurors who have answered the questionnaire in a way which disqualifies them may be immediately dismissed by the Court. The questionnaire actually saves time because jurors who

express racial or ethnic bias can be eliminated immediately, obviating the need to discuss this issue at sidebar. As further grounds for this motion, defendant states as follows:

    1. The case charges the killing by arson of an infant child and her mother.

    2. Defendant is Hispanic.

    3 Jurors are less likely to admit ethnic bias when they know they will be required to discuss their answers with the judge and counsel at sidebar (as is the case when the Court asks the question in the courtroom).

                                    DAVID A. RUHNKE, ESQ.
                                    CHARLES P. McGINTY, ESQ.
                                    Co-counsel for Harry Guzman

                          By:  /s/ Charles P. McGinty

                                  Charles P. McGinty
                                  B.B.O. #333480
                                  Federal Defender Office
                                  408 Atlantic Avenue, 3rd Floor
                                  Boston, MA 02110
                                  Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 8, 2008.

                                    /s/ Charles P. McGinty

                                    Charles P. McGinty