**EXHIBIT A**

```
United States v. Harry Guzman                 Juror Number _____
```

## General Instructions for Completing Questionnaire

Please answer all questions below completely and truthfully. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. Please keep in mind that you are answering these questions under oath and must be truthful.

This case involves a charge that Harry Guzman, a Hispanic male, committed the crime of arson which resulted in the deaths of two persons, a mother and her infant daughter. With this in mind, please answer the following questions:

1. Do you have any feelings or opinions about Hispanic people that would cause you to question your ability to be impartial in evaluating the evidence in this case? _____

_____

_____

2. Do you believe that Hispanic men are more likely than members of other ethnic groups to commit crimes? _____

_____

_____

3. Is there anything about the fact that a mother and infant died in the fire Mr. Guzman is accused of setting that might impair your ability to be impartial in this case?_____

_____

_____