UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 04-10186-JLT |
| | ) |
| HARRY GUZMAN | ) |

MOTION TO EXAMINE JURY QUESTIONNAIRES BEFORE VOIR DIRE

Defendant respectfully moves this Court to grant counsel for all parties access to questionnaires that have been filled out by prospective jurors and returned to the Clerk's Office for the United States District Court. This Court has permitted such an examination in United States v. Trent Miller, No. 06-10291-JLT. Counsel wishes to review the questionnaires in advance of jury selection in this case, which will take place on January 14, 2008.

As this Court is aware, the juror questionnaires contain information that is clearly pertinent to the qualifications of the respondents to sit, and review of the information provided in advance of juror selection would aid all parties in the intelligent exercise of their peremptory challenges. For example, the questionnaires contain information about a given juror's level of education, his or her degree of fluency in English, whether he or she holds public office or serves in the military, or has ever been convicted of a crime. This information is not provided to the parties on the printed jury

*Allowed*
*/s/ Tauro J*
*1/9/08*