UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10186-JLT |
| | ) | |
| HARRY GUZMAN | ) | |

DEFENDANT'S REPLY TO THE GOVERNMENT RE: JUROR QUESTIONNAIRE

    Defendant Harry Guzman, having reviewed the government's Response to Defendant's Motion for Jury Questionnaire and to meet its concerns, submits the following modified questionnaire, which contains the first proposed defense question to which the government had no objection, and the second question as modified by the government.  Defendant agrees to withdraw the third question, which relates to the impact on the jury of the death of a mother and child, and agrees that this question can be addressed by the Court in its voir dire.

                                      DAVID A. RUHNKE, ESQ.
                                      CHARLES P. McGINTY, ESQ.
                                      Co-counsel for Harry Guzman

                              By:  /s/ Charles P. McGinty

                                 Charles P. McGinty
                                 B.B.O. #333480
                                 Federal Defender Office
                                 408 Atlantic Avenue, 3rd Floor
                                 Boston, MA 02110
                                 Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 10, 2008.

                                     /s/ Charles P. McGinty

                                     Charles P. McGinty