United States v. Harry Guzman                  Juror Number _____

### General Instructions for Completing Questionnaire

Please answer the two questions below completely and truthfully. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. Please keep in mind that you are answering these questions under oath and must be truthful.

This case involves a charge that Harry Guzman, a Hispanic male, committed the crime of arson which resulted in the deaths of two persons, a mother and her infant daughter. With this in mind, please answer the following questions:

1. Do you have any feelings or opinions about Hispanic people that would cause you to question your ability to be impartial in evaluating the evidence in this case? _____

_____

_____

2. Do you believe that an Hispanic man is inherently more likely to commit a crime than a member of another ethnic group simply because he is Hispanic? _____

_____

_____