UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 04-CR-10186-JLT |
| v. | * | |
| | * | |
| HARRY GUZMAN, | * | |
| | * | |
| Defendant. | * | |

ORDER

January 10, 2008

TAURO, J.

After a Hearing held on January 10, 2008, this court hereby orders:

1. For the reasons stated at the Hearing, Defendant's <u>Motion in Limine</u> [#108] is ALLOWED as to the Government's second fire expert and DENIED as to the alleged jailhouse confession.

2. For the reasons stated at the Hearing, the Government's <u>Motion in Limine</u> [#101] is ALLOWED.

3. By agreement of the Parties, Defendant's <u>Sealed Motion</u> [#63] is TERMINATED, subject to the right of review by the Parties (via a new motion).

4. A <u>Neil v. Biggers</u> Hearing shall be held during some point of convenience during the course of the Trial.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge