UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.        )<br>)<br>**HARRY GUZMAN** ) | CRIMINAL NO. 04-10186-JLT |

### GOVERNMENT'S OPPOSITION TO CERTAIN OF THE DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The government respectfully submits herewith its opposition to certain of the defendant's proposed voir dire questions, as follows:

The government objects to the defendant's proposed questions numbered 10, 11, and 12, seeking to determine how likely the jurors think it is that an innocent person would confess to a crime he did not commit; whether the jurors have ever heard of a situation in which an innocent person confessed to a crime he did not commit; and whether the jurors can think of any reason why an innocent person would confess to a crime he did not commit. While it may well ultimately be up to the jury to decide whether this particular defendant confessed to a crime he did not commit, the questions proposed here do not appear calculated to elicit information regarding prospective jurors' qualifications to serve but instead seem calculated simply to promote the defendant's theory of the case.

The government objects to the defendant's proposed question numbered 16. The government believes that its proposed question numbered 10 is better crafted to determine whether any

prospective juror would tend to believe or disbelieve a law enforcement witness as compared with some other witness merely because of the law enforcement witness's status as a law enforcement officer.

Finally, the government objects to the defendant's proposed question numbered 17, which seeks to determine whether the prospective jurors believe that a member of law enforcement would ever tell a deliberate lie or shade the truth in order to obtain a conviction. This question, again, does not appear calculated to elicit information regarding the potential jurors' qualifications, but instead appears calculated to expose the jurors to the defendant's theory of the case.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                       By:  /s/Robert E. Richardson
                           ROBERT E. RICHARDSON
                           Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 13, 2008.

                                  /s/Robert E. Richardson
                                ROBERT E. RICHARDSON