UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO. 04-10186-JLT
                            )
HARRY GUZMAN                )


            DEFENDANT'S PROPOSED VOIR DIRE PROCEDURES

    Defendant, Harry Guzman, hereby moves pursuant to the Sixth Amendment and F.R.Crim.P. 24 that Court employ the following procedures in selecting a jury in this case:

    1.   After 12 jurors are seated in the box, and the Court is satisfied that all are qualified, the parties exercise their peremptory challenges as follows:

                        US-1     DEF-2

    2.   Three jurors are then summoned to replace the challenged jurors in the order that the replacement jurors appear on the lists provided counsel, recognizing that the list represents a proper randomization of the jury pool.  The parties may then strike any of the three replacement jurors or any of the remaining 9 jurors in the box as before, *i.e.*, US-1, DEF-2.

    3.   The process continues as above until both sides pass a round of challenges, exhaust their peremptories, or agree that the jury as then constituted is satisfactory.  Neither party may "bankroll" challenges, and failing to exercise a challenge at the

appropriate time constitutes a wavier of that challenge.

    4.   The Court then summons 4 potential alternate jurors as to whom the parties are each entitled to exercise 1 strike. If neither party strikes, the two alternates are the first two called in the order they appear on the jury list.

    5.   To summarize, and assuming both parties exercise all available challenges, they would be exercised as follows:

        Main panel:    US-1 DEF-2
                       US-1 DEF-2
                         US-1 DEF-2
                         US-1 DEF-2
                         US-1 DEF-1
                         US-1 DEF-1

        Alternates:    US-1 DEF-1

                         Respectfully submitted,

                         DAVID A. RUHNKE, ESQ.
                         CHARLES P. McGINTY, ESQ.
                         Co-counsel for Harry Guzman

                         /s/ Charles P. McGinty
                         B.B.O. #333480
                         Federal Defender Office
                         408 Atlantic Avenue, 3rd Floor
                         Boston, MA 02110
                         Tel: 617-223-8061

<u>Filed via ECF</u>: Boston, Massachusetts
               January 15, 2008

<u>CERTIFICATE OF SERVICE</u>

   A copy of this document has been served on the United States, Robert E. Richardson, AUSA, via ECF filing.

                         /s/ Charles P. McGinty
                         Charles P. McGinty