| USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below. |
|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

IN CLERKS OFFICE
2008 JAN 15 P 12: 50
U.S. DISTRICT COURT
DISTRICT OF MASS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 04-CR-100186-JLT |
| DEFENDANT | TYPE OF PROCESS |
| Harry Guzman | Criminal Case |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Juan Cruz, 30 May Street, 2nd Floor, Lawrence, Massachusetts 01841  978-369-2200
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Charles P. McGinty, Esq.
Federal Defender Office
408 Atlantic Avenue
Boston, Massachusetts 02110

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve subpoena at 30 May Street, 2nd Floor, Lawrence, Massachusetts as "last place of abode" should Mr. Juan Cruz not be located. Thank you.

RECEIVED 2008 JAN 10 A 9:2 [stamp]

Signature of Attorney other Originator requesting service on behalf of:    ☐ PLAINTIFF    ☒ DEFENDANT
TELEPHONE NUMBER: 617-223-8061    DATE: 1/9/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | [signature] | 1/10/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date    Time    ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45 | 26.19 | — | 71.19 | — | $0.00 |

REMARKS: 1-11-2008 Endeavored at 30 May St. Interviewed family. Bad address. Current family is wise and have been there for 4 years.
1 DUSM 1 Hour 54 miles

| PRINT 5 COPIES: | 1. CLERK OF THE COURT | PRIOR EDITIONS MAY BE USED |
|---|---|---|
| | 2. USMS RECORD | |
| | 3. NOTICE OF SERVICE | |
| | 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. | Form USM-285 Rev. 12/15/80 |
| | 5. ACKNOWLEDGMENT OF RECEIPT | Automated 01/00 |

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America

v.

HARRY GUZMAN

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 04-10186-JLT

TO: Juan Cruz
30 May Street, 2nd Floor
Lawrence, MA 01841

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| John Joseph Moakley U.S. Courthouse United States District Court 1 Courthouse Way, Boston, MA 02210 | #20, 7th Floor |
| | DATE AND TIME |
| | Mon., January 14, 2008 @ 9 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

If you have any questions, please call Attorney Charles P. McGinty at 617-223-8061.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SARAH A. THORNTON<br>(By) Deputy Clerk | DATE<br>1/9/08 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Charles P. McGinty, Esq., Federal Defender Office
408 Atlantic Avenue, 3rd Floor, Boston, MA 02110
Tel: 617-223-8061