UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,                 Crim. No. 04-10186-JLT

    Plaintiff,

    v.

HARRY GUZMAN,

    Defendant.

## NOTICE OF APPEARANCE

Undersigned counsel enters his appearance for the Keeper of Records, MCI-Cedar Junction, a state official employed by the Department of Correction of the Commonwealth of Massachusetts, for the limited purpose of moving to quash a subpoena for records.

                              Respectfully submitted,

                              NANCY ANKERS WHITE
                              Special Assistant Attorney General

Date: January 15, 2008        __/s/ DAVID J. RENTSCH_____
                              David J. Rentsch, Counsel
                              Legal Division
                              Department of Correction
                              70 Franklin Street, Suite 600
                              Boston, MA  02110-1300
                              (617) 727-3300, ext. 142
                              BBO #544926
                              djrentsch@doc.state.ma.us

## CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that all counsel of record have been served with an electronic copy of the foregoing paper through the Electronic Case Filing (ECF) system administered by the clerk of court.

Date: January 15, 2008        __/s/ DAVID J. RENTSCH_____
                              David J. Rentsch