```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,                Crim. No. 04-10186-JLT

    Plaintiff,

    v.

HARRY GUZMAN,

    Defendant.

<u>MOTION TO QUASH</u>

NOW comes the Keeper of Records ("KOR"), MCI-Cedar Junction, a state official employed by the Department of Correction of the Commonwealth of Massachusetts and moves to quash that portion of the subpoena which calls for the production of intelligence reports relating to Juan Ramos. A copy of the subpoena, received by the KOR today, is attached.

The other information commanded by the subpoena has been provided to defense counsel and the AUSA. To the extent that it calls for "intelligence information" as defined by Mass. Gen. L. c. 6, § 167, the KOR objects on the basis that access to intelligence information is restricted under state regulations, 103 Code Mass. Regs. § 157.07.

WHEREFORE, this Court should quash that portion of the subpoena that calls for the production of intelligence reports relating to Juan Ramos. In the alternative, the Court should conduct an in camera inspection of those records, consisting of twelve (12) pages, and determine whether they must be provided to defense counsel.

2

                    Respectfully submitted,

                    NANCY ANKERS WHITE
                    Special Assistant Attorney General

Date: January 15, 2008      __/s/ DAVID J. RENTSCH_____
                    David J. Rentsch, Counsel
                    Legal Division
                    Department of Correction
                    70 Franklin Street, Suite 600
                    Boston, MA  02110-1300
                    (617) 727-3300, ext. 142
                    BBO #544926
                    djrentsch@doc.state.ma.us

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that all counsel of record have been served with an electronic copy of the foregoing paper through the Electronic Case Filing (ECF) system administered by the clerk of court.

Date: January 15, 2008      __/s/ DAVID J. RENTSCH_____
                    David J. Rentsch