AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America

v.

HARRY GUZMAN

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 04-10186-JLT

TO: Keeper of the Records
Massachusetts Correctional Institution
Cedar Junction
P.O. Box 100
S. Walpole, MA 02071

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| John Joseph Moakley U.S. Courthouse<br>United States District Court<br>1 Courthouse Way, Boston, MA 02210 | #20, 7th Floor |
| | **DATE AND TIME**<br>Wed., January 16, 2008 @ 9 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All records, computer entries, and documents referring or relating in any way to federal detainee Juan Ramos, date of birth September 29, 1980, inmate number A90082, including but not limited to dates in custody, disciplinary reports, complaints, assignments, and intelligence reports relating to Mr. Ramos.

Please contact Winfred Meadows, Investigator, or Charles McGinty, Esq., at 617-223-8061 to arrange  for the delivery of the requested documents in lieu of appearance.



| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SARAH A. THORNTON<br>(By) Deputy Clerk | DATE<br>1/15/08 |
|---|---|
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:<br>Charles P. McGinty, Esq., Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor, Boston, MA 02110<br>Tel: 617-223-8061 | |