UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 04-10186-JLT** |
| | ) | |
| **HARRY GUZMAN** | ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following list of exhibits for the trial of the above matter. The government respectfully reserves the right to supplement this list in light of developments at trial.

1A-1C. Aerial maps of area of Manchester and West Streets.
2. Computer sketch of rear of 48-50 Manchester Street.
3. 911 recordings.
4. CAD report.
5. Diagram depicting letter designations for sides of 48-50 Manchester Street.
6A-6B. Photo array and copy initialed by witness.
7A-7Z. Photographs of 48-50 Manchester Street fire scene.
8. Defendant's 4/8/03 statement.
9. Mega Taxi records for 4/3/03.
10. Plea agreement.
11. Proffer agreement.
12. Middleton record re: meeting with ATF.
13. Miranda form.
14. Stipulation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      This is to certify that I have this day caused a copy of the foregoing document to be served by Electronic Filing on counsel for Harry Guzman.

                                              <u>/s/Robert E. Richardson</u>
                                              ROBERT E. RICHARDSON