AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America

v.

HARRY GUZMAN

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 04-10186-JLT

TO: Javier Rodriguez
92 Glenwood Drive, Unit A (home)
Bangor, ME 04401

Holmwood Enterprises   (work)

96 Harlow St
Bangor, ME 04401

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| John Joseph Moakley U.S. Courthouse<br>United States District Court<br>1 Courthouse Way, Boston, MA 02210 | #20, 7th Floor |
| | DATE AND TIME |
| | Friday., 1/18/08 @ 9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):


If you have any questions, please call Attorney Charles P. McGinty at 617-223-8061.


| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SARAH A. THORNTON<br>(By) Deputy Clerk | DATE<br>January 16, 2008 |
|---|---|
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | |

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 1/16/08 | E-mail in Bangor, ME |
| SERVED | 1/16/08 | 96 Harlow St., Bangor, ME |

SERVED ON (PRINT NAME): Javier Rodriguez

FEES AND MILEAGES TENDERED TO WITNESS
☐ YES   ☐ NO   AMOUNT $ _____

SERVED BY (PRINT NAME): Amy J. McCrea

TITLE: DUSM

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1/16/08
Date

Signature of Server

Bangor, ME
Address of Server

ADDITIONAL INFORMATION