DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF INVESTIGATION

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-03<br>Report ▆▆ |

**TITLE OF INVESTIGATION:**
48-50 MANCHESTER ST - Lawrence, MA

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| ▆▆▆▆▆ | ▆▆ |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Konstantinos E. Balos | SUBMITTED BY *(Title and Office)*<br>Special Agent, Boston I (Arson/Explosives) Field Office | SUBMITTED BY *(Date)*<br>06/26/2003 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Christopher D. Porreca | REVIEWED BY *(Title and Office)*<br>Group Supervisor, Boston I (Arson) Field Office | REVIEWED BY *(Date)*<br>6/27/03 |
| APPROVED BY *(Name)*<br>Raymond G. Rowley | APPROVED BY *(Title and Office)*<br>Acting Special Agent in Charge, Boston Field Division | APPROVED BY *(Date)* |

## DESCRIPTION OF ACTIVITY:

[June 23, 2003] Interview of Luis VARGAS & Photo Array Identification of Juan CRUZ.

## SUMMARY:

On April 03, 2003, at approximately 0258 hours, a 3-alarm arson fire occurred at 48-50 Manchester Street in Lawrence, MA. The five-unit rental apartment building was a total loss. Two fatalities occurred on the third floor, a woman (26 years old) and her infant daughter. This fire is being investigated in conjunction with a series of arson fires that have occurred in the nearby vicinity. An ad hoc task force consisting of the Lawrence Police (LPD) and Fire Departments (LFD), the State Police (MSP), the State Fire Marshal's Office (FMO) and the ATF has been assembled through the Essex County District Attorney's Office.

Luis Vargas works at a business located across 48-50 Manchester street. On June 20, 2003, Luis Vargas was interviewed by ATF agent Konstantinos Balos and LFD Lieutenant Sebastian Bongiorno. Mr. Vargas stated that on the day before the fatal fire, he observed a man and the woman fire victim arguing in the area of 48-50 Manchester Street. Mr. Vargas provided a physical description of both arguers.

On June 23, 2003, ATF agent Balos and LFD lieutenant Bongiorno interviewed Mr. Vargas regarding the identity of the male arguer. During the interview, Mr. Vargas identified CRUZ from a photo array as the person similar to the male arguer.

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF INVESTIGATION

Page 2 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-03<br>Report ▓▓▓ |

| TITLE OF INVESTIGATION: |
|---|
| 48-50 MANCHESTER ST - Lawrence, MA |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| ▓▓▓▓▓ | ▓▓ |

## NARRATIVE:

1) Luis J. VARGAS (DOB/ ▓▓▓▓▓▓ , SOC/ ▓▓▓▓▓▓ , M/H) was shown a photographic array by ATF agent Balos and LDF lieutenant Bongiorno.

2) After reviewing the photographic array, Mr. Vargas identified person #2 (Juan CRUZ, H/M, DOB/ ▓▓▓▓▓▓ as closely resembling the male that he observed arguing with the female fire victim the day before the fire.

3) Mr. Vargas wrote his initials and date next to the identified photo.

4) Mr. Vargas stated that he does not know the name of the identified individual. Mr. Vargas stated that this person hangs out on West Street. Mr. Vargas also stated that this person associates with members of the Latin Gangster Disciples (LGD) street gang. Mr. Vargas added that this person has a tuff reputation and people in the neighborhood are afraid of him.

Attachment: Photo Array (Juan CRUZ)

ATF EF 3120.2 (5-98)

HG 119





01/23/03
LJV





| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>REPORT OF INVESTIGATION | Page 1 of 3 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-03<br>Report ████ |
|---|---|

| TITLE OF INVESTIGATION:<br>48-50 MANCHESTER ST - Lawrence, MA | |
|---|---|

| CASE NUMBER:<br>████████ | REPORT NUMBER:<br>██ |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | | COLLATERAL REPLY |
|---|---|---|---|---|
| | REPORT OF INTELLIGENCE | | | |

| SUBMITTED BY *(Name)*<br>Konstantinos E. Balos | SUBMITTED BY *(Title and Office)*<br>Special Agent, Boston I (Arson/Explosives) Field Office | SUBMITTED BY *(Date)*<br>06/26/2003 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Christopher D. Porreca | REVIEWED BY *(Title and Office)*<br>Group Supervisor, Boston I (Arson) Field Office | REVIEWED BY *(Date)*<br>6/27/03 |
| APPROVED BY *(Name)*<br>Raymond G. Rowley | APPROVED BY *(Title and Office)*<br>Acting Special Agent in Charge, Boston Field Division | APPROVED BY *(Date)* |

## DESCRIPTION OF ACTIVITY:

[June 20, 2003] Interview of Luis VARGAS.

## SUMMARY:

On April 03, 2003, at approximately 0258 hours, a 3-alarm arson fire occurred at 48-50 Manchester Street in Lawrence, MA. The five-unit rental apartment building was a total loss. Two fatalities occurred on the third floor, a woman (26 years old) and her infant daughter. This fire is being investigated in conjunction with a series of arson fires that have occurred in the nearby vicinity. An ad hoc task force consisting of the Lawrence Police (LPD) and Fire Departments (LFD), the State Police (MSP), the State Fire Marshal's Office (FMO) and the ATF has been assembled through the Essex County District Attorney's Office.

Luis Vargas works at a business located across 48-50 Manchester street. Information was developed that an argument that took place in the area of 48-50 Manchester street the day before the fire. On June 20, 2003, ATF agent Konstantinos Balos and LFD lieutenant Sebastian Bongiorno interviewed Mr. Vargas. The interviewed took place at the home residence of Mr. Vargas.

## NARRATIVE:

1. Luis J. VARGAS (DOB/████████, SOC/████████, M/H) stated that he lives at ████ ████████████████, Massachusetts, telephone number ████████ ████ (home). Mr. Vargas stated that he lives with his girlfriend Jeanette whom he referred to

ATF EF 3120.2 (5-98)

UC 114

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF INVESTIGATION

Page 2 of 3

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-03<br>Report |

**TITLE OF INVESTIGATION:**
48-50 MANCHESTER ST - Lawrence, MA

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| | |

as his "wife." Mr. Vargas stated that he is currently employed by Advance Textile Services (herein after "ATS") located at 65 Manchester Street in Lawrence, MA, telephone number 978-681-5542 (work).

2. Mr. Vargas stated that he has been working at ATS for approximately five years. Mr. Vargas described his duties as a "machine operator." Mr. Vargas stated that his supervisor is Kristen Eastman whom he stated as having a professional and non-professional relationship with. Mr. Vargas stated that he works Sunday through Thursday. Mr. Vargas stated that he works the second shift which starts at 3 in the afternoon and ends at 11:30 in the evening. Mr. Vargas added that his girlfriend Jeanette as well as his mother Grisnel DeJesus also works at ATS.

3. Mr. Vargas stated that he recently read in the paper about the arrest of Harry GUZMAN for setting a fire. Mr. Vargas stated that GUZMAN used to work at ATS for approximately 2 weeks. Mr. Vargas stated that GUZMAN was fired for not showing up to work by the owner, Jim Eastman. Mr. Vargas stated that on the day GUZMAN was fired, GUZMAN told him in Spanish "watch he's going to feel me." Mr. Vargas stated that later that day, the windshield of Jim Eastman's vehicle was broken. Mr. Vargas stated that he thinks GUZMAN is a "bad person."

4. Mr. Vargas stated that approximately 1½ weeks ago he was told by ATS employee Madeline Garcia that GUZMAN was "innocent" regarding the Manchester Street fire. Mr. Vargas stated that Madeline Garcia used to live in the same building as GUZMAN on West Street. Mr. Vargas also stated that the girlfriend of GUZMAN, Soveira, recently began working at ATS. Mr. Vargas added that this was the second time Soveira worked for ATS.



5. Mr. Vargas stated that Madeline Garcia told him that she believes someone was paid to start the fatal fire on Manchester Street. Mr. Vargas stated that Madeline Garcia also told him that "he (meaning GUZMAN) probably started the fire." Ms. Vargas described the context of the conversation with Madeline Garcia as "gossip" and did not take her comments seriously. Mr. Vargas acknowledged that Madeline Garcia did not mention any details regarding GUZMAN and the fatal fire.

6. Mr. Vargas stated that at approximately 5 in the afternoon on the day before the fatal fire, he walked to the parking lot to get some tools out of his vehicle. Mr. Vargas stated that he recalls hearing 2 people yelling at each other. Mr. Vargas stated that he then observed a male and female arguing by the driveway in front of the building which was later burned the next day and the building to the right of it.

<u>Note:</u> See attached diagram by Mr. Vargas.

---

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 3 of 3

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-03<br>Report █████ |

**TITLE OF INVESTIGATION:**
48-50 MANCHESTER ST - Lawrence, MA

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| ████████ | ██ |

7. Mr. Vargas stated that the argument took place in English and Spanish. Mr. Vargas stated that he recalls hearing conversation about the daughter that "she was going to stay with her and not going anywhere."

8. Mr. Vargas described the female as Hispanic, approximately 5'5" in height, and between 23-24 years old. Mr. Vargas stated that he does not recall the color of her hair. Mr. Vargas stated that she was wearing blue jeans, a white shirt and described her as "good looking." Mr. Vargas added that approximately 4 months ago, he saw the same female with two (2) children. Mr. Vargas stated that he was later informed by ATS employee Kristen Eastman that the female was the one who died in the fire.

9. Mr. Vargas described the male as Hispanic, between 28-30 years old, and taller than the female. Mr. Vargas stated that the male had short black hair and no facial hair. Mr. Vargas stated that the male was wearing jeans and did not wear a hat. Mr. Vargas stated that he does not know who the male was and that he has not seen him since that argument. Mr. Vargas stated that this person was not GUZMAN. Mr. Vargas added that he was informed by Kristen Eastman that a person wearing a jacket was observed on the night of the fire and that that person was probably responsible for setting the fire. Mr. Vargas stated that Kristen Eastman implied that the person wearing the jacket might have been the same person he observed in the argument but did not know for certain.

10. Regarding other employees with information related to the fire, Mr. Vargas suggested to contact his mother Grisel DeJesus. Mr. Vargas stated that she is approximately 36 years old and lives at █████████████████████████, MA telephone number ███████ █████ (home).

Attachment:

Diagram by Louis Vargas

ATF EF 3120.2 (5-98)



HG 117

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 1 of 3

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-03<br>Report ▬▬ |
|---|---|

TITLE OF INVESTIGATION:
48-50 MANCHESTER ST - Lawrence, MA

| CASE NUMBER: | REPORT NUMBER: |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Konstantinos E. Balos | SUBMITTED BY *(Title and Office)*<br>Special Agent, Boston I (Arson/Explosives) Field Office | SUBMITTED BY *(Date)*<br>08/21/2003 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Christopher D. Porreca | REVIEWED BY *(Title and Office)*<br>Group Supervisor, Boston I (Arson) Field Office | REVIEWED BY *(Date)*<br>8/22/-3 |
| APPROVED BY *(Name)*<br>William J. Hoover | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Boston Field Division | APPROVED BY *(Date)* |

**DESCRIPTION OF ACTIVITY:**

[August 6, 2003] Interview of Juan CRUZ.

**SUMMARY:**

On April 03, 2003, at approximately 0258 hours, a 3-alarm arson fire occurred at 48-50 Manchester Street in Lawrence, MA. The five-unit rental apartment building was a total loss. Two fatalities occurred on the third floor, a woman (26 years old) and her infant daughter. This fire is being investigated in conjunction with a series of arson fires that have occurred in the nearby vicinity. An ad hoc task force consisting of the Lawrence Police (LPD) and Fire Departments (LFD), the Massachusetts State Police (MSP), the State Fire Marshal's Office (FMO) and the Bureau of ATF has been assembled through the Essex County District Attorney's Office.

The investigation has developed information indicating CRUZ's involvement in the fatal fire. On August 6, 2003, CRUZ was interviewed by MSP trooper Matthew Gravini and ATF agent Konstantinos Balos at 65 Lowell Street in Lawrence, Massachusetts. After CRUZ was informed that he was not under arrest and that he could leave at any time, he waived his Miranda Rights.

ATF EF 3120.2 (5-98)

HG 156

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 2 of 3

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-03<br>Report ▮▮ |
|---|---|

| TITLE OF INVESTIGATION:<br>48-50 MANCHESTER ST - Lawrence, MA | |
|---|---|

| CASE NUMBER:<br>▮▮▮▮▮▮▮ | REPORT NUMBER:<br>▮ |
|---|---|

## NARRATIVE:

1. Juan Carlos CRUZ (DOB/▮▮▮▮▮▮ M/H) confirmed that he lives at ▮▮▮▮▮▮▮
   ▮▮▮▮▮▮, Massachusetts. CRUZ stated that he previously lived in Bridgeton, New Jersey
   with his father Carlos CRUZ. CRUZ stated that he last visited Bridgeton approximately 5
   months ago. CRUZ stated that he usually travels to New Jersey via a bus through New York's
   Port Authority terminal. CRUZ stated that he has an aunt in the Bronx section of New York
   City whom he identified as Carmen Cruz. CRUZ stated that he recently broke up with his
   girlfriend whom he identified as Amaryllis Torres. CRUZ stated that Amaryllis Torres
   currently lives in Springfield, Massachusetts.

2. CRUZ stated that he is aware of the fire which resulted in the death of a woman and her
   baby. CRUZ referred to that [fatal] fire as the "main fire" out of several that have occurred in
   Lawrence. CRUZ stated that he heard the fatal fire was set. CRUZ also stated that he thinks
   it started on the third floor.

3. Regarding who CRUZ suspects of setting the fatal fire, he replied Harry Guzman. CRUZ
   stated that Harry Guzman lives at 197 West Street. CRUZ stated that his aunt, whom he
   identified as Carmen Santiago, also lives at 197 West Street. CRUZ stated that Carmen
   Santiago lives with her sons Jose and Pedro Rivera, her daughter Jannesy, and her
   (Carmen's) boyfriend Wilson whom he also referred to as "Jobe." CRUZ stated that Jose
   Rivera is also known as "Tito" and is a friend of his. Additionally, CRUZ stated that Jannesy
   has two children.

4. Regarding CRUZ's acquaintances in the neighborhood of 48-50 Manchester Street, CRUZ
   stated that he knows an individual named "Mario." CRUZ stated that Mario is a Hispanic
   male and approximately 35-40 years old. CRUZ stated that Mario lives in a brick building on
   the corner of Blakelin and Manchester Streets.

5. Regarding his activities on the night of the fatal fire, CRUZ stated that prior to the fatal fire,
   he was at the home of Amaryllis Torres located at ▮▮▮▮▮▮▮▮▮. CRUZ stated that he
   took a taxi from her house to 197 West Street. CRUZ stated that upon arrival at 197 West
   Street he saw police and fire activity. CRUZ explained that he was dropped off in front of 197
   West Street. CRUZ also stated that he could see and smell the smoke.

   Note: 197 West Street is located approximately .06 miles from 48-50 Manchester Street
   (fatal fire).

6. CRUZ stated that he then talked to his aunt Carmen. CRUZ stated that he did not want to
   "check out the fire" because he "did not want to get involved." CRUZ stated that he slept in
   Tito's room that night. CRUZ added that he did not discuss the fire with anyone that night.
   CRUZ stated that he also saw 3rd floor residents Harry and Solvy that night. CRUZ
   confirmed that Solvy is the live-in girlfriend of Harry Guzman at 197 West Street.

ATF EF 3120.2 (5-98)

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF INVESTIGATION

Page 3 of 3

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-03<br>Report ▮▮▮ |

**TITLE OF INVESTIGATION:**
48-50 MANCHESTER ST - Lawrence, MA

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| ▬▬▬▬▬ | ● |

7.  Regarding why the fire was set, CRUZ replied that he thinks the person responsible [for setting the fire] "had a problem with people at the building" or it was set by a "mental." CRUZ stated that he did not know anyone in the building where the fatal fire occurred. When asked what CRUZ thinks the investigation will reveal regarding his involvement with the fatal fire, he replied that it will show he had "nothing to do with it." When asked what should happen to the person responsible for setting the fire, CRUZ replied they should "pay for what they did." CRUZ also stated that it "could have been an accident."

8.  When CRUZ was asked why he was seen in the area of the building on the night of the fatal fire, he replied "probably people don't like me."

Note: CRUZ was informed that taxi records for the night of the fatal fire show he was dropped off at 197 West Street prior to the fire.

9.  CRUZ then stated that his earlier statements to investigators were untrue and that he was dropped before the fire at approximately 2:40 in the morning. CRUZ stated that after being dropped off, he spoke with Harry and Solvy in the front hallway of 197 West Street. CRUZ stated that he asked them if they 'had any weed." CRUZ stated that they told him "no." CRUZ stated that he then went into the house. Additionally, CRUZ stated that he did not know where Harry and Solvy went after he (CRUZ) went into the house. CRUZ stated that his conversation with Solvy and Harry took place before the fire. CRUZ stated that approximately 10 minutes later, he heard the police and fire sirens. CRUZ stated that he recalls looking out the first floor window of 197 West Street and seeing the fire. CRUZ stated that he never left the house to include the porch area.

10. When confronted with the fact that CRUZ earlier told investigators he smoked a blunt with Tito, he stated that it was later in the morning and after the fire.

Note: CRUZ was shown a pair of blue and white Nike brand sneakers.

11. CRUZ identified the sneakers as belonging to him and stated that he wore them on the night of the fatal fire. CRUZ also stated that he had left the shoes at his aunt [Carmen's] house.

12. During the interview, CRUZ stated that a few weeks ago Tito told him he was wearing a microphone underneath his shirt. CRUZ stated that this happened at some point during a conversation about the fire. CRUZ stated because of that, he knew it was a matter of time before being interviewed by police about the fatal fire.

Note: At this point, CRUZ stated that he did not want to continue the interview and that he wanted to call his lawyer. CRUZ subsequently voluntarily exited the building.

4/7-03 @ 1035 am

Welch - Benquin

@ 15 Bailey

Jose D. Cruz

15 Bailey St 2nd.

Laurence, MA

978-687-6796

8/21-69    Mega Taxi - To B'Way (part-time)

On the day in question (Apr 3) I picked up a
nale on ___ Maginnis. We were talking about him
living in ___ Springfield before and maybe
moving to New Jersey. He seems like a regular
guy. I brought him to 197 West St. The
ride only took about 4 min. There was no
traffic. When we got to West St. there was
nothing going on. He paid me and got out.
I don't know where he went. When I left
West St I took a right on Manchester St. I
don't remember exactly where I went after.
Later I was back at the "base" in Franklin St
and I heard a lot of noise + sirens. Then another
cab was stuck on Archer St and the dispatcher
send me there to help them. I couldn't get
to Archer St because all the streets around
were closed because of a fire. I ended up
on Washington St + Manchester St and could see the
fire. I didn't stop because I was working. The
man I picked up is Spanish and between 15-20 with

brown eyes. I'm not sure about his hair he was wearing a "do-rag". He was skinny and a couple of inches taller than me, I'm 5'8". I have picked him 3 times at Magins St, twice I dropped him off at 197 West St and the other time at 30 May St. I think his girlfriend lives on Magins St.

Jose D Cruz
4-17-03
11:10.AM

Thurs. 04-10-03 - 1536 HRS
Lawrence Fire H.Q. Phone

Tm J. Ux

Jose Tavier
Manager
mega Tapi
7A Broadway St
Lawrence Mass
978-687-2666

My records show that on Thursday the third
Jose My driver picked up one person at
18 McEnnis St (The Beacons) at 230 AM
the fair was dropped off 5 or 10 minutes
later on West Street in Lawrence.

## REPORT OF INVESTIGATION

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-04<br>Report 041 |
|---|---|

| TITLE OF INVESTIGATION:<br>48-50 MANCHESTER ST - Lawrence, MA | |
|---|---|

| CASE NUMBER:<br>762015-03-0030 | REPORT NUMBER:<br>41 |
|---|---|

**TYPE OF REPORT:** (Check Applicable Boxes)

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name)<br>Konstantinos E. Balos | SUBMITTED BY (Title and Office)<br>Special Agent, Boston I (Arson/Explosives) Field Office | SUBMITTED BY (Date)<br>03/15/2004 |
|---|---|---|
| REVIEWED BY (Name)<br>Christopher D. Porreca | REVIEWED BY (Title and Office)<br>Group Supervisor, Boston I (Arson) Field Office | REVIEWED BY (Date)<br>3/16/04 |
| APPROVED BY (Name)<br>William J. Hoover | APPROVED BY (Title and Office)<br>Special Agent in Charge, Boston Field Division | APPROVED BY (Date)<br>3/16/04 |

## DESCRIPTION OF ACTIVITY:

[March 9, 2004] Interview of Pedro GARCIA.

## SUMMARY:

On April 03, 2003, at approximately 0258 hours, a 3-alarm arson fire occurred at 48-50 Manchester Street in Lawrence, MA. The five-unit rental apartment building was a total loss. Two fatalities occurred on the third floor, a woman (26 years old) and her infant daughter. This fire is under investigation in conjunction with a series of arson fires that have occurred in the nearby vicinity by an ad hoc task force consisting of the Lawrence Police (LPD) and Fire Departments (LFD), the Massachusetts State Police (MSP), the State Fire Marshal's Office (FMO) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

During a February 20, 2004 interview, Luisito Rivera stated that on the night of the fatal fire and before the fire department's arrival, he observed GUZMAN and Pedro [Garcia] on West Street. On March 2, 2004, Pedro Garcia stated that he accompanied Harry Guzman to the building where the fatal fire took place. On March 9, 2004, ATF agent Konstantinos Balos and LPD detective Richard Brooks interviewed Pedro Garcia at his home residence of 197 West Street. Prior to the interview, Pedro Garcia's mother, Carmen Santiago, was notified that the purpose of the interview was to review information from the March 2nd interview. After Ms. Santiago agreed, she accompanied ATF agent Balos and LPD detective Brooks to Pedro Garcia's bedroom where the interview took place.

**REPORT OF INVESTIGATION**

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-04<br>Report 041 |
|---|---|

| TITLE OF INVESTIGATION:<br>48-50 MANCHESTER ST - Lawrence, MA | |

| CASE NUMBER:<br>762015-03-0030 | REPORT NUMBER:<br>41 |

## NARRATIVE:

1. Pedro Garcia (DOB/08-18-1988, M/H) related that on the night of the fatal fire, he saw Solvy and Harry arguing in front of 197 West Street. Pedro stated that he recalls Solvy telling Harry to get gas for the car. Pedro stated that sometime after Harry got a red gasoline container, Solvy gave him a green lighter. Pedro stated that Harry was also carrying a white t-shirt over his shoulder. Pedro stated that Solvy later went into the building. Pedro stated that Harry then asked him to come with. Pedro stated that he and Harry walked on West Street toward Manchester Street. Pedro stated that at this point Juan Cruz joined them. Pedro explained that Juan is a friend of his brother Tito and that Juan was previously watching television in Tito's room that night.

2. Pedro stated that at the intersection of Manchester and West Streets, Harry made a left in the direction of the cemetery. Pedro stated that at this time, Harry was asked why he was going that way when the gas station was in the other direction. Pedro stated that Harry told them to follow him because he had something to do. Pedro stated that at this point they proceeded on Manchester Street.

3. Pedro stated when they approached the building where the two people later died, Harry said to stay out in front and look out for people and the police. Pedro stated that Harry then proceeded to the rear of the building through the driveway. Pedro added that Juan kept walking on Manchester Street toward May Street. Pedro related that he does not know where Juan went but that he lives on May Street.

4. Pedro stated that he then went to the rear of the building where he saw Harry pouring gasoline onto the t-shirt. Pedro described Harry as standing on the first floor steps of the rear porch. Pedro stated that Harry then crouched down and set the t-shirt on fire. Pedro stated that he got scared and went to the front of the building where he walked on Manchester Street toward West Street. Pedro stated that Harry then ran past him on his way to 197 West Street. Pedro stated that when he got to 197 West Street, Harry told him "you better not fucking say anything."

5. Pedro related that during the previous interview (March 2, 2004), he confused the date of his contact with Jose the owner of the red and white building located next door to the fatal fire. Pedro said that he did not have contact with Jose on the night of the fatal fire. Pedro stated that he did not previously disclose the whereabouts of Juan Cruz because it was not brought up until the end of the interview. Pedro recapped that Juan walked with him and Harry that night until Harry went to the rear of the building. Pedro stated that he recalls that Juan asked him the next day what happened. Pedro stated that he told Juan that Harry set the fire. Pedro stated that Juan did not say anything further to him.

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF INVESTIGATION

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-04<br>Report 037 |
|---|---|

| TITLE OF INVESTIGATION:<br>48-50 MANCHESTER ST - Lawrence, MA | |
|---|---|

| CASE NUMBER:<br>762015-03-0030 | REPORT NUMBER:<br>37 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY | |
|---|---|---|---|---|
| | REPORT OF INTELLIGENCE | | | |

| SUBMITTED BY *(Name)*<br>Konstantinos E. Balos | SUBMITTED BY *(Title and Office)*<br>Special Agent, Boston I (Arson/Explosives) Field Office | SUBMITTED BY *(Date)*<br>03/15/2004 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Christopher D. Porreca | REVIEWED BY *(Title and Office)*<br>Group Supervisor, Boston I (Arson) Field Office | REVIEWED BY *(Date)*<br>3/16/04 |
| APPROVED BY *(Name)*<br>William J. Hoover | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Boston Field Division | APPROVED BY *(Date)*<br>3/16/04 |

## DESCRIPTION OF ACTIVITY:

[March 2, 2004] Interview of Pedro GARCIA.

## SUMMARY:

On April 03, 2003, at approximately 0258 hours, a 3-alarm arson fire occurred at 48-50 Manchester Street in Lawrence, MA. The five-unit rental apartment building was a total loss. Two fatalities occurred on the third floor, a woman (26 years old) and her infant daughter. This fire is under investigation in conjunction with a series of arson fires that have occurred in the nearby vicinity by an ad hoc task force consisting of the Lawrence Police (LPD) and Fire Departments (LFD), the Massachusetts State Police (MSP), the State Fire Marshal's Office (FMO) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

During a February 20, 2004 interview, Luisito Rivera stated that prior to the fire department's arrival on the night of the fatal fire, he observed GUZMAN and Pedro [Garcia] on West Street. On March 1, 2004, LFD captain Bill Lannon and LPD detective Richard Brooks approached Pedro Garcia's mother (Carmen Santiago), and requested an interview with him. Ms. Santiago agreed and scheduled an interview for 3 o'clock the following afternoon at 65 Lowell Street.

On March 2, 2004, at approximately 3 p.m., Ms. Santiago, Pedro Garcia and a male later identified by Pedro Garcia as Carmen Santiago's boyfriend arrived at 65 Lowell Street. Ms. Santiago was informed that the purpose of Pedro Garcia's visit was related to the investigation of the double-fatal fire on Manchester Street. Ms. Santiago and Pedro Garcia were notified that Pedro was not under arrest and can leave at any time. At approximately 3:20 p.m., Pedro Garcia was interviewed by ATF agent Konstantinos Balos and MSP trooper Matthew Gravini. On multiple occasions during the interview, Ms. Santiago entered and exited 65 Lowell Street.

ATF EF 3120.2 (5-98)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-04<br>Report 037 |
|---|---|

| TITLE OF INVESTIGATION:<br>48-50 MANCHESTER ST - Lawrence, MA | |
|---|---|

| CASE NUMBER:<br>762015-03-0030 | REPORT NUMBER:<br>37 |
|---|---|

## NARRATIVE:

1. Pedro Garcia (DOB/08-18-1988, M/H) confirmed that he lives with his mother Carmen Santiago on the first floor of 197 West Street in Lawrence, Massachusetts. Pedro Garcia stated that he also lives with his older brother Jose, his older sister Yannesy and Yannesy's two children. Pedro Garcia confirmed that his brother Jose is also known as Tito. Pedro Garcia stated that he is going to graduate from 8th grade at the Arlington School in Lawrence, Massachusetts. Pedro Garcia described his grades as mostly A's and B's and a couple of C's. Pedro Garcia stated that the only subject he has trouble with is Math.

2. Pedro Garcia (herein after "Pedro"] stated that on the night of the fatal fire, he recalls watching the television program "Cribs" on MTV. Pedro stated that after the program, he went outside onto the front steps of 197 West Street. Pedro stated that he overhead Harry and Solvy having an argument in the driveway area of 197 West Street. Pedro explained that Harry and Solvy live on the second floor of 197 West Street. Pedro stated that Solvy had a station wagon vehicle parked in the side driveway toward the rear of 197 West Street. Pedro added that Harry and Solvy frequently spent time together in the vehicle adding that Harry would occasionally sleep there.

3. Pedro stated that Harry then walked from the driveway and toward the front of 197 West Street. Pedro stated that Harry was wearing a light sweatshirt with blue jeans and brown boots. Pedro stated that Harry had a white T-shirt over his shoulder. Pedro stated that Harry was then followed by Solvy. Pedro stated that Harry and Solvy continued to argue in the front of 197 West Street. Pedro stated that the argument was about Solvy cheating on Harry.

4. Pedro stated that he recalls Solvy give Harry a red gasoline container and tell him "go get gas for the car." Pedro stated that at some point during the conversation, Solvy gave Harry a lighter. Pedro described it as a see-through, green colored plastic lighter with a metal cap. Pedro stated that Solvy then went inside 197 West Street using the rear driveway entrance.

5. Pedro stated that Harry then said to him "do you want to come with me?" Pedro stated that they walked down the sidewalk on the same side as 197 West Street. Pedro stated that as they got to the intersection of West and Manchester Streets, Harry made a left in the direction of the cemetery. Pedro stated that he asked Harry "where are you going?" Pedro explained that he had assumed that Harry was going to the 24-hour Hess gasoline station located in the opposite direction on Broadway but then thought Harry was headed toward a different gas station. Pedro stated that Harry told him "don't worry it's going to be quick." Pedro stated that they then walked on the 48-50 side of Manchester Street. Pedro added that earlier on the night of the fatal fire, he saw a woman whom he described as living in a blue house located on the corner of Manchester and West Streets out on Manchester Street carrying items.

6. Pedro stated that they stopped walking at the driveway that separates the building where the fatal fire occurred and the red and white building next door. Pedro stated that Harry told him look out for people and the police. Pedro stated that Harry then walked up the driveway toward the rear of where the fatal fire

# REPORT OF INVESTIGATION

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-04<br>Report 037 |
|---|---|

| TITLE OF INVESTIGATION:<br>48-50 MANCHESTER ST - Lawrence, MA | |
|---|---|
| CASE NUMBER:<br>762015-03-0030 | REPORT NUMBER:<br>37 |

occurred. Pedro stated that he subsequently walked up the driveway on the way to the red and white building next door. Pedro explained that this building is owned by Jose whom he occasionally helps make meat-pies in the basement.

7. Pedro stated that as he approached the rear of the building, he saw Harry on the steps leading to the first floor of the rear porch where the fatal fire occurred. Pedro stated that Harry had the gasoline container in his right hand and that the cap was off. Pedro stated that he (Pedro) then knocked on the bulkhead door that leads to the basement of the red and white building. Pedro stated that Jose answered and opened the bulkhead door halfway. Pedro stated that Jose told him he was going to take a shower and closed the door. Pedro stated that he then saw smoke and fire near the lower portion of the rear porch area. Pedro stated that at some point he saw Harry on the rear porch where the fatal fire occurred. Pedro stated that he did not see all of Harry's activities in the rear of the building.

8. Pedro stated that at this point he walked up the driveway toward Manchester Street. Pedro stated that once he reached Manchester Street, Harry caught up to him. Pedro explained that Harry was moving at a quicker pace than he was. Pedro stated that Harry then told him "don't say anything." Pedro stated that they then walked down Manchester Street followed by West Street on the way back to 197 West Street. Regarding Juan Cruz, Pedro stated that he did not see Juan while he and Harry were in the back area where the fatal fire occurred. Pedro added that he thinks Juan left before he and Harry left to get gas.

HG 1067

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-04<br>Report 043 |

| TITLE OF INVESTIGATION: |
|---|
| 48-50 MANCHESTER ST - Lawrence, MA |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 762015-03-0030 | 43 |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | | COLLATERAL REPLY |
|---|---|---|---|---|
| | REPORT OF INTELLIGENCE | | | |

| SUBMITTED BY (Name)<br>Konstantinos E. Balos | SUBMITTED BY (Title and Office)<br>Special Agent, Boston I (Arson/Explosives) Field Office | SUBMITTED BY (Date)<br>04/08/2004 |
|---|---|---|
| REVIEWED BY (Name)<br>Christopher D. Porreca | REVIEWED BY (Title and Office)<br>Group Supervisor, Boston I (Arson) Field Office | REVIEWED BY (Date) |
| APPROVED BY (Name)<br>William J. Hoover | APPROVED BY (Title and Office)<br>Special Agent in Charge, Boston Field Division | APPROVED BY (Date) |

## DESCRIPTION OF ACTIVITY:

[April 7, 2004] Interview of Pedro GARCIA.

## SUMMARY:

On April 03, 2003, at approximately 0258 hours, a 3-alarm arson fire occurred at 48-50 Manchester Street in Lawrence, MA. The five-unit rental apartment building was a total loss. Two fatalities occurred on the third floor, a woman (26 years old) and her infant daughter. This fire is under investigation in conjunction with a series of arson fires that have occurred in the nearby vicinity by an ad hoc task force consisting of the Lawrence Police (LPD) and Fire Departments (LFD), the Massachusetts State Police (MSP), the State Fire Marshal's Office (FMO) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

On April 4, 2004, at the request of ATF agent Konstantinos Balos and LPD detective Richard Brooks, Carmen Santiago brought her sons, Pedro Garcia and Jose "Tito" Rivera to 65 Lowell Street for an interview. The purpose of the interview was to review Pedro's account of the events that took place on the night of the fatal fire.

## NARRATIVE:

1. Pedro Garcia (herein after Pedro) stated that on the night of the fatal fire, Harry [Guzman] and Solvy [Alamo] were arguing in the driveway of 197 West Street. Pedro stated that Harry retrieved a gas can from the station wagon and instructed him (Pedro) to come with and not ask any questions. Pedro stated that as they walked down West Street toward Manchester Street, he saw Juan [Cruz] on Manchester Street coming toward West Street. Pedro stated that Juan joined him and Harry and walked down Manchester Street toward the building where the fatal fire occurred. Pedro stated that as they reached the driveway of that building, Harry told him to watch out for people and the police.

ATF EF 3120.2 (5-98)

HG 1068

# REPORT OF INVESTIGATION

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-04<br>Report 043 |
|---|---|

| TITLE OF INVESTIGATION:<br>48-50 MANCHESTER ST - Lawrence, MA | |
|---|---|

| CASE NUMBER:<br>762015-03-0030 | REPORT NUMBER:<br>43 |
|---|---|

2. Pedro stated that he stayed in front of the building while Harry and Juan walked down the driveway toward the rear of the building. Pedro stated that Harry had a white t-shirt around his neck and was carrying the gasoline container. Pedro stated that he sat on a rock wall in front of the red house next door. Pedro stated that he then went to the back of the red building next door and knocked on the rear door of the person known to him as Jose. Pedro confirmed that Jose lives in the red building next door and that he has helped Jose make meat pies in the past. Pedro stated that he did not answer. Pedro stated that at this point, he saw Harry and Juan in a crouched position stretching the t-shirt that Harry had around his neck and place it on the stairs leading to the first floor of the rear porch. Pedro stated that he then saw Harry grab the gas can. Pedro stated that at that point, he (Pedro) walked back to the front of the building. Pedro stated that as he walked toward the front of the building, Harry ran pass him and took a right onto Manchester Street toward West Street. Pedro stated that Juan then ran pass him and took a left on Manchester Street headed toward the cemetery by May Street. Pedro stated that he then went home. Pedro stated that when he got home, he recalls seeing Tito watching TV. Pedro stated that he went inside his mother's bedroom, took his shoes off, and laid in bed with his mother.

3. Pedro stated that he recalls hearing the fire trucks a few minutes later. Pedro stated that at this point, he went outside and stood in front of the blue house located at the corner of West and Manchester Streets. Pedro stated that he saw Harry standing across the street next to the parking lot on Manchester Street. Pedro stated that he recalls Harry telling him that he better not say anything because he would catch him out on the street. Pedro stated that the following morning, Juan was over his house. Pedro stated that Juan told him not to say anything and that if he did he would get him. Pedro stated that he did not mention that Juan was with Harry during the previous interviews because he was afraid of him.

Thurs 04-03-03    0450-0500 Hrs           Tpr J Welch

Rear of 48-50 Manchester St Lawrence

Israel Morales

~~[redacted]~~

~~[redacted]~~ mass

~~[redacted]~~

~~[redacted]~~

~~[redacted]~~

~~[redacted]~~

~~[redacted]~~

My wife heard my son wake up. When she
checked on him she saw the light she looked
out the window and saw fire and woke me
up. We saw fire from the bottom of the
house to the top it was fully involved.
Oh about a week ago maybe 4-5 days ago
some kids about 16 to 19 years old were
arguing about their cars that they were
working on out back

pg 1 of 1

HG 137