CW     I'll let you know.

Small talk

CD Time: 20:55:07

CW     What's up you can get me a burner too?

JC     No, I can't sell you this one, my boy has a forty for two hundred.

CW     A forty?

JC     Yes, he can get it for me.

CW     Damn you can't call him right now.

JC     No, not right now, he's working.

Small talk

CD Time: 21:00:42

CW     Listen there's a dude in Haverhill that does insurance jobs, for house that he has and all that shit.

JC     Yeah.

CW     He does insurance jobs and he pays good money to but the shit is that, you know what I'm saying. I don't know if you do shit. Me personally I don't fuck around with that, because next time I get caught. I'm going up state for fifteen years dog. But there's a dude that he does insurance jobs and he told me to find him a chamaquito that can fucking help him out to burn down a building that he has. So, I'm looking for someone that can do that for me. You know what I'm saying. And I'm not looking for no money, all you have to do is just do it. You know what I'm saying, and everything is legit. I'll show you the landlord, and everything, everything is legit. All you have to do is talk to the dude.

JC     Yeah, you let me know.

CW     No, but what I'm saying. I don't know what type of dude you are. I don't know if you sell drugs or if you're a stickup kid. I'm just asking you, if you have it in your mind. You know what I'm saying.

JC     Yeah, I'll do it Nigar.

CW     Have you done it before?

JC     Yeah.

CW     Where did you do it before?

JC    What to burn a building?

CW    Honestly between us.

JC    Honestly.

CW    Honestly between us.

JC    In south Lawrence.

CW    And where else?

JC    And a building on Springfield St.

CW    And that's it.

JC    Yeah.

CW    And how you do it like?

JC    How I did it like? We did it in the night time.

CW    With gas?

JC    Yeah, with gas and we poured it on the stairs on all the walls on everything. Then we lit it, and we took drank five beers, I mean we took some bottles and filed them with gas and papers and we broke the windows and we threw them inside and it burned.

CW    Alright. No, I just what to make sure that your going to keep it real with me dog.

CJ    ?????, I'll keep it real nigar.

CW    No, because I tell BITIN this is big money I'm dealing with.

CJ    Yeah, dog.

CW    If somebody is going to fuck me, I get back at him.

CJ    No, you know how it is.

CW    Like I said, I'm not being a dick about it. You're BITIN people and he vouched, and he told me that you deal. So I said fuck it that chamaquito I'm going to take him over there so he can make money.

CJ    No, but it's like I said, I've never owed anybody money. I've sold for them for the past five or six years big time. They've given me thirty to forty grams at a time, BITIN and I would sell it and big them back ($6,500.00) six thousand five hundred, ($7,000.00) seven thousand every three day. Your money I don't fuck with it.

CW    No, no, you know what I'm saying.

CJ    If I ever need something I rather ask you for it.

CW    No, you work for me you can have anything that you want. You ever need money or anything you just come to me.

Small talk

CD Time: 21:05:05

CW    You're the one that burned down that house there?

JC    Ha, Ha, dog.

CW    Straight up and down dog.

JC    I didn't have anything to do with that

CW    No, I'm just laughing right now because there's rumors out there.

JC    I had a feeling that you were asking be because of that house.

CW    Yeah, because...

JC    That's why you took me around that house.

CW    Yeah, because I wanted to see but then again I didn't know how to tell you.

JC    Na, yo, didn't got, I was the suspect, but I got stop by the FBI.

CW    That's what it was, the nigars that I knew they told me it was some dude name JUAN that was involved. So I was like damn if that was JUAN I'm going to ask him.

JC    They wanted me to do it but I didn't do it because you know two people died there.

CW    Who died there?

JC    A little kid a seven-month-old baby and the mother.

CW    Yo, honestly straight up and down dog and God forgive me for saying this shit because I'm a man and I believe in all that shit dog. But a nigar got to do what a nigar got to do dog.

JC    Yeah.

CW    And it sucks that a kid died nigar but yo, a nigar got to do what a nigar got to do dog. That's how I think of it.

JC    This nigar that did it, he didn't even get paid for it.

CW    No, this motherfucker, he's got money he'll pay, he'll pay. He'll pay cash.



LAWRENCE FIRE DEPARTMENT
*LAWRENCE, MA*

# NFIRS Incident #03004872

**Not For Public Release**
(Incident is under investigation)

Date/Time Printed: Wed Aug 24 17:03:33 EDT 2005 By: mdallon

| FDID | State | Incident Date | Station | Incident Number | Exposure | Report Status |
|------|-------|---------------|---------|-----------------|----------|---------------|
| 09149 | MA | 09/16/2003 | | 3004872 | 0 | APPROVED |

## Address

| | | | | |
|---|---|---|---|---|
| Location Type | STREET ADDRESS | | Census Tract | 2516 |
| St. Prefix | St. Number | St. Name | St. Type | St. Suffix |
| | 18 | SPRINGFIELD | STREET | |

| Apt. Number | Cross Street or Directions |
|-------------|----------------------------|
| | |

| | City | State | Zip |
|---|------|-------|-----|
| | LAWRENCE | MA | 01843 |

## Incident Details

| C: Incident Type | E1: Dates & Times | E2: Shifts & Alarms | | |
|------------------|-------------------|---------------------|---|---|
| 111 BUILDING FIRE | Date/Time | Shift/Platoon | Alarms | District |
| **D: Aid Given/Received** | (mm/dd/yyyy hh:mm:ss) | 3 | 1 | 9 |
| | Alarm | 09/16/2003 16:10:00 | Special Study ID# | Special Study Value |
| **Mutual Aid (FDID) Agency - State** | Arrival | 09/16/2003 16:12:00 | | |
| ( ) - | Controlled | 09/16/2003 17:05:00 | Incident Under Investigation | Y |
| | Last Unit Cleared | 09/16/2003 17:05:00 | | |

| F: Actions Taken | G1: Resources | | | G2: Estimated Dollar Losses & Values | |
|------------------|---------------|-----------|----------|--------------------------------------|---|
| Primary Action | | Apparatus | Personnel | LOSSES: | |
| 11 EXTINGUISH | Suppression | 5 | 18 | Property $ | 20000 |
| Additional Action -1 | EMS | 0 | 0 | Contents $ | |
| 12 SALVAGE & OVERHAUL | Other | 1 | 1 | PRE-INCIDENT VALUE: | |
| | | | | Property $ | |
| | | | | Contents $ | |

| H1: Casualties | | | H3: Hazardous Materials Release |
|----------------|--------|----------|--------------------------------|
| | Deaths | Injuries | |
| Fire Service | | | |

HG 555

| Civilian | | | |
|---|---|---|---|

**H2: Detector**

1  DETECTOR ALERTED OCCUPANTS

**I: Mixed Use Property**

| | |
|---|---|

**J: Property Use**

429  MULTIFAMILY DWELLINGS

---

**K1: Person/Entity Involved**

No Persons Involved/ Involved Person data not entered

---

**K2: Owner**

| Business Name | | | Phone Number | |
|---|---|---|---|---|
| Prefix | First Name | MI | Last Name | Suffix |
| | | | | |
| St. Prefix | St. Num | St.Name | St. Type | St. Suffix |
| | | | | |
| | Apt. Number | P.O.Box | | |
| | | | | |
| | City | | State | Zip |
| | | | MA | |

---

**L: Remarks**

The origin of this fire was in a third floor right side front bedroom of an occupied six tenement wood frame dwelling. The cause is under investigation. all  tenants out of the building on FD arrival. Ladder 5 was called as an extra ladder at 16:13 hrs. The fire extended from the bedroom to an adjacent parlor area. FD prevented further extension. There was some water damage to the second floor right side apartment.The Power and gas was shut off at the street. The alarm system is OOS. The Red Cross responded to the scene for building assessment. This building is uninhabitable until repairs are made. This report will be updated upon receipt of the investigator's report.

---

**M: Authorization**

| Approved By | Approver Name | Position | Assignment | Date |
|---|---|---|---|---|
| 1123 | MOFFATT, J. | | | 09/16/2003 20:31:03 |
| Officer in-Charge | Officer Name | Position | Assignment | Date |
| 1123 | MOFFATT, J. | DEPUTY CHIEF | 21 | 09/16/2003 20:17:40 |
| Member ID | Member Name | Position | Assignment | Date |

HG 556

| 1123 | MOFFATT, J. | DEPUTY CHIEF | 21 | 09/16/2003 16:09:58 |
|------|-------------|--------------|-----|---------------------|

# Fire Form

## Property Information

| B: Property Details | |
|---|---|
| **B1: Estimated Number of living units in building of origin** | |
| 6 | **C: On-Site Materials or Products** |
| **B2: Number of buildings involved** | None |
| 1 | |
| **B3: Acres burned** | |
| None | |

| D: Ignition | E1: Cause of Ignition | E3: Human Factors Contributing to Ignition |
|---|---|---|
| **D1: Area of fire origin** | 5  CAUSE UNDER INVESTIGATION | None |
| 21  BEDROOM - < 5 PERSONS; INCLUDED ARE JAIL OR PRISON | **E2: Factors Contributing To Ignition** | |
| **D2: Heat Source** | Factor (1) | |
| UU  UNDETERMINED | UU  UNDETERMINED | |
| **D3: Item first ignited** | | |
| UU  UNDETERMINED | | |
| **D4: Type of material first ignited** | | |
| UU  UNDETERMINED | | |

| F1: Equipment Involved in Ignition | G: Fire Suppression Factors |
|---|---|
| None | None |

| H1: Mobile Property Involved |
|---|
| |

# Structure Fire Form

## Structure Information

| I1: Structure Type | I3: Building Height | |
|---|---|---|
| 1  ENCLOSED BUILDING | Number of stories at/above grade | 3 |
| **I2: Building Status** | Number of stories below grade | 1 |
| 2  OCCUPIED AND OPERATING | **I4: Main floor size** | |
| | 3500 Total square feet | |

| J1: Fire Origin Story | J3: Number of stories damaged by flame | | K: Material Contributing most to flame spread |
|---|---|---|---|
| 3 | Minor Damage | 1 | **K1: Item contributung most to flame spread** |

HG 557

| J2: Fire Spread | Significant Damage | | 32 BEDDING; BLANKET, SHEET, COMFORTER |
|---|---|---|---|
| 3 CONFINED TO FLOOR OF ORIGIN | Heavy Damage | 0 | K2: Material contributing most to flame spread |
| | Extreme Damage | 0 | 99 MULTIPLE TYPES OF MATERIAL |

| L1: Presence of Detectors | L4: Detector Operation |
|---|---|
| 1 PRESENT | 2 DETECTOR OPERATED |
| L2: Detector Type | L5: Detector Effectiveness |
| 1 SMOKE | 1 ALERTED OCCUPANTS, OCCUPANTS RESPONDED |
| L3: Detector Power Supply | L6: Detector Failure Reason |
| 4 HARDWIRE WITH BATTERY | |

| M1: Presence of Automatic Extinguishment System |
|---|
| N NONE PRESENT |

HG 558



LAWRENCE FIRE DEPARTMENT
*LAWRENCE, MA*
# NFIRS Incident #03005408

**Not For Public Release**
(Incident is under investigation)

Date/Time Printed: **Wed Aug 24 17:05:06 EDT 2005** By: **mdallon**

| FDID | State | Incident Date | Station | Incident Number | Exposure | Report Status |
|------|-------|---------------|---------|-----------------|----------|---------------|
| 09149 | MA | 10/13/2003 | | 3005408 | 0 | APPROVED |

**Address**

| Location Type | STREET ADDRESS | | Census Tract | |
|---------------|----------------|--|--------------|--|
| St. Prefix | St. Number | St. Name | St. Type | St. Suffix |
| | 112 | SPRINGFIELD | STREET | |
| Apt. Number | Cross Street or Directions | | | |
| | | | | |
| | City | | State | Zip |
| | LAWRENCE | | MA | 01843 |

**Incident Details**

| C: Incident Type | E1: Dates & Times | | E2: Shifts & Alarms | | |
|------------------|-------------------|--|---------------------|--|--|
| 111  BUILDING FIRE | Date/Time | | Shift/Platoon | Alarms | District |
| D: Aid Given/Received | (mm/dd/yyyy hh:mm:ss) | | 4 | 3 | 9 |
| | Alarm | 10/13/2003 13:20:00 | Special Study ID# | | Special Study Value |
| Mutual Aid (FDID) Agency - State | Arrival | 10/13/2003 13:21:00 | | | |
| ( )  - | Controlled | 10/13/2003 16:48:00 | Incident Under Investigation | | Y |
| | Last Unit Cleared | 10/13/2003 19:00:00 | | | |

| F: Actions Taken | G1: Resources | | | G2: Estimated Dollar Losses & Values | |
|------------------|---------------|--|--|--------------------------------------|--|
| Primary Action | | Apparatus | Personnel | **LOSSES:** | |
| 11  EXTINGUISH | Suppression | 8 | 29 | Property $ | 100000 |
| Additional Action -1 | EMS | 0 | 0 | Contents $ | 50000 |
| 12  SALVAGE & OVERHAUL | Other | 1 | 1 | PRE-INCIDENT VALUE: | |
| | | | | Property $ | |
| | | | | Contents $ | |

| H1: Casualties | | | H3: Hazardous Materials Release | |
|----------------|--|--|--------------------------------|--|
| | Deaths | Injuries | | |
| Fire Service | | | | |

HG 559

| Civilian | | | |
|---|---|---|---|

**H2: Detector**

U  UNKNOWN

**I: Mixed Use Property**

| | |
|---|---|

**J: Property Use**

429  MULTIFAMILY DWELLINGS

---

## K1: Person/Entity Involved

No Persons Involved/ Involved Person data not entered

---

## K2: Owner

| Business Name | | | Phone Number | |
|---|---|---|---|---|
| Prefix | First Name | MI | Last Name | Suffix |
| | | | | |
| St. Prefix | St. Num | St.Name | St. Type | St. Suffix |
| | | | | |
| | Apt. Number | P.O.Box | | |
| | | | | |
| | City | | State | Zip |
| | | | MA | |

---

## L: Remarks

Telephone call for building fire.Fire on first floor front to rear upon arrival and extending out first floor windows on Bravo side communicating to automobile parked next to window.Fire extended to second floor and third .Second alarm @1332 for water,third alarm @1418 for manpower.Investigation unit (Lt.Moesta) to scene.Exposure 1 (108 Springfield Street) sustained heavy damage to siding on Delta side.Five vehicles parked in yard between fire building and exposure 1 suffered varying degrees of heat damage and blistered paint as follows;

Black Crown Victoria    Mass.LV42660
Black Lincoln Mark 5    no plates
Green Ford Windstar    N.H.Temporary 486112
two (2) Ford Crown Victorias    no plates - Vehicles are unregistered former Mass. State Police cruisers

---

## M: Authorization

| Approved By | Approver Name | Position | Assignment | Date |
|---|---|---|---|---|
| | | | | 11/06/2003 |

HG 560

| 1102 | MARSH, J. | | | 17:27:58 |
|---|---|---|---|---|
| Officer in-Charge | Officer Name | Position | Assignment | Date |
| 1102 | MARSH, J. | DEPUTY CHIEF | | 10/13/2003 17:59:29 |
| Member ID | Member Name | Position | Assignment | Date |
| 1102 | MARSH, J. | DEPUTY CHIEF | | 10/13/2003 13:48:53 |

# Fire Form

## Property Information

| B: Property Details |
|---|
| B1: Estimated Number of living units in building of origin |
| 3 |
| B2: Number of buildings involved |
| 2 |
| B3: Acres burned |
| None |

| C: On-Site Materials or Products |
|---|
| None |

| D: Ignition |
|---|
| D1: Area of fire origin |
| UU  UNDETERMINED |
| D2: Heat Source |
| UU  UNDETERMINED |
| D3: Item first ignited |
| UU  UNDETERMINED |
| D4: Type of material first ignited |
| UU  UNDETERMINED |

| E1: Cause of Ignition |
|---|
| 5  CAUSE UNDER INVESTIGATION |
| E2: Factors Contributing To Ignition |
| None |

| E3: Human Factors Contributing to Ignition |
|---|
| None |

| F1: Equipment Involved in Ignition |
|---|
| UUU  UNDETERMINED |

| Brand | |
|---|---|
| Model | |
| Serial # | |
| Year | |
| F2: Equipment Power Source | |
| UNDETERMINED | |

| F3: Equipment Portability |
|---|
| Stationary |
| G: Fire Suppression Factors |
| None |

| H1: Mobile Property Involved |
|---|
| Not involved in ignition, but burned |

# Structure Fire Form

## Structure Information

| I1: Structure Type | I3: Building Height |
|---|---|
| | |

| | | |
|---|---|---|
| 1 ENCLOSED BUILDING | Number of stories at/above grade | 3 |
| I2: Building Status | Number of stories below grade | 0 |
| 2 OCCUPIED AND OPERATING | I4: Main floor size | |
| | 35 (length) BY 22 (width) | |

| J1: Fire Origin Story | J3: Number of stories damaged by flame | | K: Material Contributing most to flame spread | |
|---|---|---|---|---|
| 1 | Minor Damage | | K1: Item contributung most to flame spread | |
| J2: Fire Spread | Significant Damage | 2 | UU  UNDETERMINED | |
| 4 CONFINED TO BUILDING OF ORIGIN | Heavy Damage | 1 | K2: Material contributing most to flame spread | |
| | Extreme Damage | 0 | UU  UNDETERMINED | |

| L1: Presence of Detectors | L4: Detector Operation |
|---|---|
| U  UNDETERMINED | |
| L2: Detector Type | L5: Detector Effectiveness |
| | |
| L3: Detector Power Supply | L6: Detector Failure Reason |
| | |

| M1: Presence of Automatic Extinguishment System |
|---|
| N  NONE PRESENT |

HG 562

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF INVESTIGATION

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-03<br>Report 010 | |
|---|---|---|
| **TITLE OF INVESTIGATION:**<br>48-50 MANCHESTER ST - Lawrence, MA | | |
| **CASE NUMBER:**<br>762015-03-0030 | **REPORT NUMBER:**<br>10 | |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Konstantinos E. Balos | SUBMITTED BY *(Title and Office)*<br>Special Agent, Boston I (Arson/Explosives) Field Office | SUBMITTED BY *(Date)*<br>05/20/2003 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Christopher D. Porreca | REVIEWED BY *(Title and Office)*<br>Group Supervisor, Boston I (Arson) Field Office | REVIEWED BY *(Date)*<br>5/20/03 |
| APPROVED BY *(Name)*<br>J. Dewey Webb | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Boston Field Division | APPROVED BY *(Date)* |

## DESCRIPTION OF ACTIVITY:

May 15, 2003] Interview of Javier RODRIGUEZ

## SUMMARY:

On April 03, 2003, at approximately 0258 hours, a 3-alarm arson fire occurred at 48-50 Manchester Street in Lawrence, MA. The building was a total loss. Two fatalities occurred on the third floor. An ad hoc task force consisting of the ATF, the Lawrence Police (LPD) and Fire Departments (LFD), the State Fire Marshal's Office (DFS) and the State Police (MSP) has been assembled through the Essex County District Attorney's Office.

The investigation has determined that Javier Rodriguez has information regarding Juan CRUZ's involvement in the fatal fire. On May 14, 2003, Pablo LEON was arrested for threatening Javier Rodriguez.

On May 15, 2003, ~~LEON~~ RODRIGUEZ was interviewed by ATF agent Konstantinos Balos and DFS Trooper James Welch. The interview took place at 13 Branch Street in Methuen, MA.

## NARRATIVE:

1) Javier Rodriguez (DOB/4-1-1986, SOC/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, M/H) stated that he lives with his mother Christina Dominguez at 168 West Street, Apartment #2 in Lawrence, MA, telephone number 978-975-3835 (home). Javier Rodriguez stated that he previously lived at 329 Haverhill Street #1. Javier Rodriguez stated that he has attended Lawrence High School and Peabody Veterans Memorial High School. Javier Rodriguez added that he has not completed high school. Javier Rodriguez stated that his brother Edwin Rodriguez (18 years old) lives

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
REPORT OF INVESTIGATION

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-03<br>Report 010 |

TITLE OF INVESTIGATION:
48-50 MANCHESTER ST - Lawrence, MA

| CASE NUMBER:<br>762015-03-0030 | REPORT NUMBER:<br>10 |
|---|---|

and works in Bangor, ME as part of the Job Corps program. Javier Rodriguez stated that he intends to follow the path of his brother through the Job Corps program. Javier Rodriguez stated that he also has 2 sisters Iris Castro (23 years old) and Juanda Diaz (22 years old).

2) Javier Rodriguez stated that on the night of May 14, 2003, at approximately 10:30 p.m., he left his sister's house located at 170 West Street. Javier Rodriguez stated that on the way home, a female neighbor named Natalia LNU asked him if he would accompany her to the Store-24 in order to purchase some aspirin. Javier Rodriguez added that Natalia recently gave birth. Javier Rodriguez stated that while waiting for Natalia, he was approached by Pablito LEON on a bicycle. Javier Rodriguez stated that he kept away from LEON. Javier Rodriguez stated that this was due to his knowledge of LEON's violent history.

3) Javier Rodriguez stated that LEON told him " why is it when I come next to you, you walk away." Javier Rodriguez stated that he told LEON " because I don' t know you." Javier Rodriguez stated that LEON told him " you know me. . ." Javier Rodriguez stated that he replied " don' t start something." Javier Rodriguez stated that LEON then said " I' ll start something if I want and stab you." Javier Rodriguez stated that at this point LEON pulled out a hypodermic needle and removed the cap with his mouth.

4) Javier Rodriguez stated that after Natalia came out of her house, they walked to the Store-24 on Broadway. Javier Rodriguez stated that while exiting the store, LEON circled him on a bicycle and told him ". watch your back, I' m going to stab you." Javier Rodriguez described the bicycle as a blue mountain bike. Javier Rodriguez stated that he ignored LEON because he was concerned that LEON might have AIDS. Javier Rodriguez stated LEON then told him " stop ignoring me" and pushed him to the ground. Javier Rodriguez stated that during this time, LEON had the needle in his mouth. Javier Rodriguez stated that Natalia then intervened by getting in between them. Javier Rodriguez stated that LEON told him " you' re lucky she' s here or I would have stabbed you." Javier Rodriguez stated that he then walked Natalia home.

5) Javier Rodriguez stated that when he arrived at home he told Miguel Medina of the incident. Javier Rodriguez stated that he and Miguel Medina drove to the Lawrence Police station. Javier Rodriguez stated that on the way to the police station, LEON saw them and started throwing rocks at their vehicle. Javier Rodriguez stated that LEON was on his bicycle with another person. Javier Rodriguez stated that he did not know the identity of the other person but described him as a Hispanic male, approximately 50-55 years old, facial hair, thin build, and approximately 5' 10" in height. Javier Rodriguez also stated that this person was wearing a brown coat and a brown rag on his head. Javier Rodriguez added that this person was riding a brown bicycle.

6) Javier Rodriguez stated that at the police station, he provided an account of the incident to include a physical description of LEON. Javier Rodriguez stated that after leaving the police station, he saw LEON at a liquor store on Haverhill Street. Javier Rodriguez stated that LEON was carrying an aluminum baseball bat. Javier Rodriguez stated that after LEON saw him, LEON ran under the counter inside the liquor store. Javier Rodriguez stated that he

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
### REPORT OF INVESTIGATION

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-03<br>Report 010 |

TITLE OF INVESTIGATION:
48-50 MANCHESTER ST - Lawrence, MA

| CASE NUMBER:<br>762015-03-0030 | REPORT NUMBER:<br>10 |
|---|---|

then picked up the bat, ran into the liquor store and hit LEON on the arm. Javier Rodriguez stated that he was retrained by Miguel Medina. Javier Rodriguez stated that the LPD arrived shortly thereafter and placed LEON under arrest. Javier Rodriguez added that prior to the aforementioned incident, he has not had any problems with LEON.

7) Regarding Juan Cruz, Javier Rodriguez stated that a Juan LNU hangs out at a blue or green house on West street near Manchester street. Javier Rodriguez stated that Juan LNU is approximately 18 years old. Javier Rodriguez added that Juan LNU hangs out with another person whom he described as a Hispanic male, light skinned, short in height, approximately 20 years old, and no facial hair. Javier Rodriguez stated that he saw Juan LNU yesterday (May 14, 2003) at approximately 3:30 – 4:00 in the afternoon. Javier Rodriguez stated that Juan LNU was waking with a Hispanic female. Javier Rodriguez stated that he did not know the identity of the female but described her as having curly dirty blonde hair, shorter in height than Juan LNU, approximately 5' 7", and heavy set weighing approximately 180 pounds. Javier Rodriguez stated that they were holding hands.

8) Javier Rodriguez stated that a couple of weeks after the fatal fire, he recalls hanging out in the park on West street. Javier Rodriguez stated that he sat near Juan LNU and Papoucho LNU. Javier Rodriguez stated that Papoucho is a nickname and does not know Papoucho's real name. Javier Rodriguez added that he thinks Papoucho is a Spanish term used to describe a cuddly little dog. Javier Rodriguez described Papoucho LNU as a Hispanic male, approximately 17 years old, roughly 5' 10" in height and having a thin build. Javier Rodriguez added that Papoucho is light-skinned, has curly Afro hair, usually wears a hat, and has a tattoo on the back of his neck. Javier Rodriguez stated that Louie LNU was also present. Javier Rodriguez described Louie LNU as a Hispanic male in a wheelchair.

9) Javier Rodriguez stated that he recalls trooper Welch at the park passing out the ArsonReward flyer to himself as well as to Juan LNU. Javier Rodriguez stated that approximately 5 minutes after trooper Welch left the area, he overheard Juan tell Papoucho " now that the people know it's me, they are going to rat me out." Javier Rodriguez stated that Papoucho told Juan LNU " I don't think so." Javier Rodriguez added that he was sitting approximately 3 feet away from Juan LNU and Papoucho LNU. Javier Rodriguez stated that Juan LNU then told Papoucho in Spanish, " I just told you that I started the fire, how do I know that you ' niggers' won' t rat me out." Javier Rodriguez stated that Papoucho replied " don' t worry I' m not a rat." Javier Rodriguez also stated that Papoucho told Juan LNU " the people you were with will not snitch because they were with you." Javier Rodriguez stated that after hearing this conversation, he felt sick because of the fact that 2 people died in that fire.

10) Javier Rodriguez added that Papoucho hangs out at the park and usually rids a blue bicycle. Javier Rodriguez stated that Papoucho has a younger brother approximately 13-14 years old. Javier Rodriguez also stated that Papoucho has a girlfriend named Jennifer LNU who attends Lawrence High School. Javier Rodriguez stated that Papoucho's mother operates a 1992 black 2-door Honda Accord vehicle. Javier Rodriguez stated that this vehicle has a spoiler kit. Javier Rodriguez also stated that the vehicle has rims as opposed to hub caps.

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division<br>FY-03<br>Report 010 |
|---|---|

| TITLE OF INVESTIGATION:<br>48-50 MANCHESTER ST - Lawrence, MA | |

| CASE NUMBER:<br>762015-03-0030 | REPORT NUMBER:<br>10 |

11)Javier Rodriguez stated that he recalls a fight between LEON and Juan LNU take place approximately one week before Trooper Welch passed out the flyers. Javier Rodriguez stated that he recalls LEON telling Juan LNU " you kids think you' re tough because you inject that stuff."

1

I
1 - 17

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

     VS.

JOHN DOE.

Case No.

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Wednesday
February 18, 2004

APPEARANCE:    ROBERT E. RICHARDSON
               Assistant U.S. Attorney

ORIGINAL

WITNESS:    JAVIER RODRIGUEZ

*APEX Reporting*
(617) 426-3077

HG 1294

# I N D E X

WITNESS                                                    PAGE

Javier Rodriguez

    Examination by Mr. Richardson                    3

EXHIBITS   DESCRIPTION                                     PAGE

RODRIGUEZ - 2/28/04                                3

P R O C E E D I N G S

(10:36 a.m.)

JAVIER RODRIGUEZ, Sworn

EXAMINATION BY MR. RICHARDSON:

1
2
3
4
5       Q    In a loud and clear voice, could you, please,
6  state your name, spelling both your first name and your last
7  name?
8       A    Javier Rodriguez, J-A-V-I-E-R  R-O-D-R-I-G-U-E-Z.
9       Q    What is your date of birth?
10      A    ████████████████████
11      Q    What is your Social Security number?
12      A    ███████████████
13           MR. RICHARDSON:  Mr. Rodriguez, my name is Robert
14  Richardson.  I am an Assistant United States Attorney, and I
15  will be conducting your examination today.  In addition,
16  some members of the Grand Jury may, also, ask you questions.
17           Before beginning your testimony, I want to advise
18  you of certain rights and procedures that apply to your
19  testimony.
20           BY MR. RICHARDSON:
21      Q    The Grand Jury is conducting an investigation of
22  possible violations of federal criminal law; including
23  possible violations of the federal arson statute.
24           Do you understand that?
25      A    Yes.

*APEX Reporting*
(617) 426-3077

**HG 1296**

RODRIGUEZ - 2/28/04                                    4

1       Q    Under the Fifth Amendment of the United States

2   Constitution, you may refuse to answer any question if a

3   truthful answer would tend to incriminate you.

4            Do you understand that?

5       A    Yes.

6       Q    As you can see, a court reporter is recording

7   everything that we say in the Grand Jury.  Anything that you

8   do say can be used against either you or others, in this or

9   other legal proceedings.

10           Do you understand that?

11      A    Yes.

12      Q    If you have retained counsel or retained an

13  attorney, the Grand Jury will permit you a reasonable

14  opportunity to step outside the Grand Jury room to consult

15  with the lawyer if you want to do that.

16           Do you have a lawyer with you today?

17      A    No.

18      Q    If at anytime during your testimony you decide

19  that you would like to retain a lawyer in connection with

20  your Grand Jury testimony, you can indicate that to the

21  foreperson, and your testimony will be suspended to give you

22  a chance to retain a lawyer.

23           Do you understand that?

24      A    Yes.

25      Q    Before proceeding, I, also, want to advise you

HG 1297

RODRIGUEZ - 2/28/04                    5

1  that perjury is an offense that can be committed by a

2  witness before the Grand Jury.

3          Perjury involves making a material false statement

4  while under oath knowing that the statement is false at the

5  time it is made.

6          A person who is convicted of perjury can be

7  imprisoned for up to five years, fined up $250,000.00 or

8  both.

9          Do you understand that?

10     A    Yes.

11     Q    If at anytime during your testimony you have a

12  problem either understanding a question or hearing it, let

13  me know, and I will either rephrase it or repeat it.

14          Do you understand that?

15     A    Yes.

16     Q    Are you ready, at this time, to proceed with your

17  testimony?

18     A    Yes.

19     Q    Could you tell the members of the Grand Jury where

20  you live?

21     A    168 West Street.

22     Q    Is that in Lawrence, Massachusetts?

23     A    Yes.

24     Q    And do you know a person named Juan Cruz or Juan?

25     A    Yes.

*APEX Reporting*
(617) 426-3077

**HG 1298**

RODRIGUEZ - 2/28/04                                    6

1      Q      And how is it that you know Juan Cruz?

2      A      He walks around my street, and I just came across

3    his name.

4      Q      And do you live somewhere near -- well, strike

5    that.

6             Do, do you know, is there a particular house on

7    that street where, at least, as of April, 2003, you know

8    that this Juan would visit?

9      A      Yes.

10     Q      What house was that?

11     A      It's a green house down the street from my house.

12     Q      And if I suggest the address 197 West Street, does

13   that sound right?

14     A      Yeah, I think so.

15     Q      Is that house located near the intersection of

16   West Street and Manchester?

17     A      Yes.

18     Q      Do you know who it was, or who it -- strike that.

19            Did you ever observe who Juan Cruz visited at that

20   house?

21     A      I think it was someone that lived on the, on the

22   first floor.  I think his name was Pablo Leon.

23     Q      Pablo Leon you thought lived at that address?

24     A      Yeah.

25     Q      Do you, have you ever heard of somebody named

                         *APEX Reporting*
                         (617) 426-3077


                                                        **HG 1299**

1    "Tito"?

2        A    Yes, I have.

3        Q    Do you know whether he lives in that house?

4        A    Yeah, he does.  Yes.

5        Q    And did you ever see "Tito" and Juan Cruz hanging

6    out together?

7        A    Yes.

8        Q    So, is it possible that that's who it was that

9    Juan Cruz visited?

10       A    Yes, Juan, "Tito" and Pablo Leon used to always

11   chill with each other.

12       Q    So, Pablo Leon would hangout with the two of them

13   as well?

14            (No verbal response.)

15            BY MR. RICHARDSON:

16       Q    You just have to answer out loud?

17       A    Oh, yes.

18       Q    One thing I'd ask you to do, I think you're doing,

19   you're doing fine, but just make sure, when you answer

20   questions, you speak so that the people in the back row can

21   hear you because even though you've got a microphone in

22   front of you, you've probably noticed that it doesn't

23   amplify your voice.  That's just to help record what's going

24   on.

25            Okay.  Now, are you aware that, on April 3rd,

HG 1300

RODRIGUEZ - 2/28/04                                          8

1    2003, early in the morning, there was a big fire in a house

2    around the corner on Manchester Street?

3         A    Yes.

4         Q    And can you tell the members of the jury whether a

5    couple of weeks after that fire, you were hanging out in a

6    park on West Street?

7         A    Yes.

8         Q    Where is that park located?

9         A    Not even a half a block from the house.  The same

10   street.

11        Q    How close is that to Manchester Street?  Just to

12   give the members of the Grand Jury an idea?

13        A    About a block and a half.

14        Q    And when you were in that park, were you sitting

15   near anybody?

16        A    There was a whole bunch of people.  There is me

17   and a couple of friends sitting down in the park, and just

18   everybody talking with each other.

19        Q    Do you recall Juan Cruz being there?

20        A    Yes.

21        Q    And was there a person, another person that he was

22   with--

23        A    Yes.

24        Q    --who had a certain nickname?

25             What was that?

HG 1301

RODRIGUEZ - 2/28/04

9

1    A    "Papoucho".

2    Q    Do you know how to spell that?

3    A    No.

4    Q    Do you know what, if anything, that, that's a

5 Spanish term for?  That, that name?

6    A    It has to do, something with a dog or something.

7 A nickname for dogs.

8    Q    Do you know "Papoucho's" real name?

9    A    No.

10    Q    Was there somebody named Louie who was, also,

11 there?

12    A    Yes.

13    Q    And does, does he, is he a Hispanic male?

14    A    Yes.

15    Q    And is "Papoucho", also, an Hispanic male?

16    A    Yes.

17    Q    Do you remember any, anybody in law enforcement,

18 either a State Trooper or anybody, being present in the park

19 that day?

20    A    Yes, there was two of them passing out fliers.

21    Q    And what did the fliers have to do with?

22    A    State, they were saying stuff about the fire.  You

23 know, there is a reward for any information, and any

24 information to convict the defendant or something like that.

25    Q    And did that have to do with the fire that

*APEX Reporting*
(617) 426-3077

**HG 1302**

RODRIGUEZ - 2/28/04                          10

1   occurred on April 3rd on Manchester Street?

2        A    Yes.

3        Q    By the way, the, that day, what were you and the

4   others doing in the park?

5        A    Just hanging around, talking.

6        Q    So, it wasn't as if there was a, an event going on

7   or--

8        A    No.

9        Q    --anything?

10            What--

11       A    It was just a nice day outside.

12       Q    This was just during normal daylight hours?

13       A    Yeah.

14       Q    Okay.  After the Troopers left the area, did you

15  hear Juan Cruz tell "Papoucho" anything?

16       A    Yes.

17       Q    And what did you hear him say?

18       A    I heard him say, "Now, that there is a reward out

19  for the information, now, some people, people that know that

20  I," Juan, "started the fire are going to rat me out."

21       Q    And what did "Papoucho" say in response to that?

22       A    He said, "I don't think anybody will rat you out.

23  I won't rat you out."  That's what he said.

24       Q    And how far away were you from Juan Cruz and

25  "Papoucho" as this conversation was going on?

APEX Reporting
(617) 426-3077

HG 1303

RODRIGUEZ - 2/28/04                                    11

1    A    About three, four feet away.

2    Q    And what do you remember Juan Cruz saying to

3  "Papoucho" after he indicated that he wouldn't rat Juan out?

4    A    Say that, again, please?

5    Q    Yeah.  Did, did Juan say anything in response to

6  "Papoucho" when "Papoucho" indicated that he wouldn't rat

7  Juan out?

8    A    He said, "Anybody would do anything for money," or

9  something like that, he said.

10    Q    Okay.  And have you spoken to investigators about

11  this on an earlier occasion?

12    A    Yes.

13    Q    Let me just put something in front of you and ask

14  you to read just that paragraph there to yourself, not out

15  loud.  The one that has the nine next to it.

16    A    Okay.

17         (Witness reviews document.)

18         BY MR. RICHARDSON:

19    Q    Have you had a chance to read that?

20    A    Yes.

21    Q    Does that refresh your memory as to, anymore

22  specifically what it was that Juan said to "Papoucho"?

23    A    Yeah.

24    Q    And what was it that Juan said?

25    A    That, "I just, basically, told you that I started

*APEX Reporting*
(617) 426-3077

HG 1304

RODRIGUEZ - 2/28/04                    12

1  the fire.  How do I know that you won't rat me out?"

2              "Papoucho" said, "I'm not a, I'm not a rat.  I'm

3  not a snitch."

4     Q     And did "Papoucho", also, tell him that the people

5  that Juan was with that night wouldn't rat him out--

6     A     Yes.

7     Q     --be -- because of the fact that they were with

8  him?

9     A     Yeah.

10             (Pause.)

11             BY MR. RICHARDSON:

12     Q     You, you, also, mentioned the name Pablo Leon.

13             Do you recall witnessing any sort of a fight or

14  confrontation between Pablo Leon and Juan Cruz about a week

15  before this event that you just testified about?

16     A     Yes.

17     Q     And what do you recall observing?

18     A     They were arguing, like, in the middle of the

19  street, saying, "Give me this," "Give me that," and Pablo

20  said to, like, out loud -- I guess he wanted everybody to,

21  to hear.  He said, "These little kids think they're men just

22  because they inject the stuff."

23     Q     Talking about drugs?

24     A     Yes.

25     Q     Do you recall hearing Pablo say anything to, to

HG 1305

1    Juan, at any point, about thinking he was tough because he

2    had set a fire that had killed two people?

3        A    Yeah.

4        Q    Did you hear that also?

5        A    He said something kind of like that, saying that,

6    basically, he, he tried to, like, tried to say it but not

7    say the whole story.  Just so, like, some people could hear.

8        Q    Where did, where did this confrontation occur?

9        A    Right in front of my house.

10       Q    Out on the, the sidewalk or the street?

11       A    Right in the middle of the street.

12       Q    On West Street?

13       A    Yes.

14       Q    Other than on, on these two occasions, did you

15   ever hear anything else about who had started the fire on

16   Manchester Street?

17       A    That day?

18       Q    No, at any, at anytime, did you ever--

19       A    At that time, I didn't know who, who set the fire.

20       Q    Okay, but the, you heard Juan indicate, in the

21   park, that he had set it?

22       A    Yes.

23       Q    And you heard Pablo Leon suggest, in Juan's

24   presence, that Juan was involved in it?

25       A    Yeah.

1    Q    On, on that day in front of your house?

2    A    Yes.

3    Q    Were there any other times when you heard anybody

4    say anything about who had started that fire, other, other

5    than possibly conversations with law enforcement people?

6    A    No.

7        MR. RICHARDSON:  Okay.  At this time,

8    Mr. Rodriguez, I'd ask you to step outside the Grand Jury

9    room just for a moment.

10       (At 10:50 a.m., witness temporarily excused.)

11       (At 10:51 a.m., witness resumes the stand.)

12       MR. RICHARDSON:  Mr. Rodriguez, the Grand Jury

13   just had a couple more questions for you.  One is getting

14   back to Juan Cruz.

15       BY MR. RICHARDSON:

16   Q    What sort of relationship do you have with him?

17   A    Just someone that just, I know that walks on my

18   street.

19   Q    But--

20   A    I know his older brother.  Yeah.  Because he sits

21   down in front of my house and we talk.  He's just, I

22   consider him just someone I know about, not a friend.

23   Q    So, you don't have a friendship relationship--

24   A    No.

25   Q    --with him?

HG 1307

RODRIGUEZ - 2/28/04                                    15

1     A     I don't--

2     Q     You--

3     A     I don't like, I don't associate with people that

4  do drugs and stuff like that because it just makes me sick.

5  It's nasty.

6     Q     Okay.  It's more his older brother that you know?

7     A     Yeah.  He's more laid back, and he just doesn't

8  get into trouble.

9     Q     Another question is, and this gets back to your

10  testimony, I think, about the, the arson flier or the, the

11  flier that was being handed out by the State Troopers that

12  day in the park, indicating, among other things, that there

13  was a reward for information about who had set the fire.

14        Sitting here today, do you have any understanding

15  that you're eligible for that reward?

16     A     I think, am I?

17     Q     Okay.  Until you were asked the question, had you

18  ever thought about that?

19     A     Yeah, I thought about it.  Yes.

20     Q     Okay.  As, as you understand it, you might, if

21  information you have leads to a prosecution of somebody, you

22  might be in line to get some, some sort of money?

23     A     Yes.

24        (Pause.)

25        MR. RICHARDSON:  Okay.  Anybody else have any

HG 1308

RODRIGUEZ - 2/28/04                    16

1   questions?

2            (No verbal response.)

3            MR. RICHARDSON:  Seeing none, I would ask the

4   foreperson to excuse the witness.

5            GRAND JUROR:  You're excused.

6            (Whereupon, on February 18th, 2004, at 10:53 a.m.,

7   the witness was excused.)

*APEX Reporting*
(617) 426-3077

HG 1309

17

## CERTIFICATE OF REPORTER

This is to certify that the attached proceeding

before: ___A FEDERAL GRAND JURY_____

in the Matter of:

UNITED STATES OF AMERICA

VS.

JOHN DOE

Place: Boston, Massachusetts

Date:  February 18, 2004

were held as herein appears, and that this is the original

transcript thereof.

_Marilyn D. Franklin_
OFFICIAL REPORTER (Signature)
Marilyn D. Franklin

***APEX Reporting***
(617) 426-3077

HG 1310