UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10186-JLT |
| ) | |
| HARRY GUZMAN    ) | |

DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION

Defendant Harry Guzman, hereby submits the attached proposed supplemental instruction.

Defendant reserves the right to supplement instructions as necessary.

    DAVID A. RUHNKE, ESQ.
    CHARLES P. McGINTY, ESQ.
    Co-counsel for Harry Guzman

By:  /s/ Charles P. McGinty

    Charles P. McGinty
    B.B.O. #333480
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA 02110
    Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2008.

    /s/ Charles P. McGinty

    Charles P. McGinty

Defendant's Supplemental Proposed Instruction

Death or Personal Injury

The fourth element the government must prove beyond a reasonable doubt is that defendant's conduct caused the death of Matilda Medina and/or Angelic Duran.

The government must prove beyond a reasonable doubt that defendant's conduct was a substantial and foreseeable factor in causing either death and that decedent would not have died except for defendant's conduct. ''Substantial'' means that defendant's conduct had such an effect in producing the death of one or both persons as to lead a reasonable person to regard his conduct as a cause of the death.

If you do not find that the government has proven that defendant's conduct was a substantial factor in causing either death, you cannot find defendant guilty of the offense of arson resulting in death.  You may, however, consider whether the government has proven each of the other elements of the offense, and, if so, you should consider whether the government has proven the lesser offense of arson.  If the elements of arson are proven, but not that defendant's conduct caused the death of either decedent, you may find defendant guilty of arson, but not of the greater offense of arson resulting in death.