UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CASE NO. CR 04-10186-JLT

HARRY GUZMAN.

**VERDICT FORM**

WE, THE JURY, FIND:    THE DEFENDANT,    HARRY GUZMAN,

GUILTY ✓    NOT GUILTY ____    OF :    ARSON RESULTING IN DEATH.

1/24/08
DATE

*Barbara A. Seraton*
FOREPERSON'S SIGNATURE