Harry J. Guzman ID# 28886
N.C.C.F  200 West St.
Dedham, Mass 02027

Honorable Joseph L. Tauro
U.S. District Judge
John J. Moakley Courthouse                    January 29, 2008
1 Courthouse Way
Boston, Mass 02210

Honorable Judge Tauro

On Thursday January 24, 2008 after all the evidence was presented at my trial, and upon hearing the verdict I reacted with a total lack of judgement and common sense. It was never my intention to offend anyone in the courtroom. I am deeply sorry in the way I reacted in your presence, your staff, courtroom, the jury, prosecutor, U.S. Marshals, the Victims and my family. At that moment my actions in no way reflect who I am as a father a son or as a person. Again I sincerely apologize for my reaction in the courtroom.

Respectfully

Harry J. Guzman