UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10186-JLT |
| ) | |
| HARRY GUZMAN ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant Harry Guzman respectfully moves to continue the sentencing in this matter, now set for April 10, 2008, to May 13, 2008 at 2:15 p.m. Defendant seeks the additional time to prepare the matter for disposition.

The government, by Assistant United States Attorney Robert E. Richardson, has no objection to this motion.

DAVID A. RUHNKE, ESQ.
CHARLES P. McGINTY, ESQ.
Co-counsel for Harry Guzman

By: /s/ Charles P. McGinty

Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 25, 2008.

/s/ Charles P. McGinty
Charles P. McGinty