Lawrence, Mass.
March 3, 2008

2

My Honorable Judge:

    I am writing this letter on behalf of Harry Guzman, who is waiting to be sentencing. As a community activist, I have known Harry and his family. Harry was raised in this community and was a well liked kid by the neighbors. As a person that knows this family, I am asking for your mercy at the crucial time of the sentencing.

    I do understand the conviction but I also belief in second chance. Given a minimum sentence will give him an opportunity to put together his life back... I pledge your mercy, in giving this sentence to a young man that is waiting for an opportunity..

    Your understanding and compassion in this young man, will be greatly appreciated by our community. God Bless you.

Sincerely,

Isabel Meléndez

2

Lawrence, Mass,<br>February 29, 2008

My Honor:

   My name is Blanca Silverio, a friend of the Guzman' family. I am writing on behalf of Mr. Harry Guzman, who was convicted for a fire that two people were killed.

   Harry is already paying for what he did according to the members of the Jury. But now comes to your hands in giving the sentence. Please have some mercy when that time comes. Harry is not a bad kid. He deserved a second change in life. We are praying for him. His life is in your hands. Harry is a young person that can build his life back if the opportunity is given.

   Your understanding in this situation will be appreciated.

Thanks,

*[signature]*

Blanca Silverio
Lawrence, Mass.

2

3/29/08

Dear Judge,

We are William Guzman and Ana Santiago parents of Harry Guzman. We are writing on behalf of our son. We are petitioning for mercy.

Harry is fortunate to have many family members, friends and acquaintances that still believe that with the right opportunities he can become a role model. Not only for his daughter but also his nieces and nephews, and that is inspiration for him to stay on track to a positive lifestyle. The reason why we say this is because of what he was in the past and what he can become in the future. When he was in school he was a good student with perfect attendance, student of the month, honors, good behavior and many other awards.

Our son has been a hard worker since he was 14 years old he started working at Pizza Hut, Malden Mills, Roofing co., Child Care Circuit as a security and his last job was Ideal Box. Co. He got along with everybody and was always friendly with his coworker and bosses. He had many plans for himself like pursuing his G.E.D. and will continue his education to give his daughter a better life.

He is a wonderful father who cares immensely about his daughter. She asks for him every day and cries when she mentions how much she misses her dad. He has lost a great deal of years in her life and this has affected her massively.

Also, he gets along with his siblings and other members of the family. He always made us laugh and smile. For Christmas he loved to dress up as Santa Clause for the kids. He started this tradition in our family and ever since his absence his Santa suit still awaits him. We as parents ask for mercy on his behalf spare his life for a second chance so he can be with his daughter, family and be a good citizen in the community. A big part of us is missing and Harry is such a positive and strong person, please we ask for mercy.

Sincerely,

*Ana Santiago*
Ana Santiago

*William Guzman*
William Guzman