2

# Chaplain's Office

## Norfolk County Sheriff's Office
### Norfolk County House of Correction

Honorable Judge Joseph L. Tauro
U. S. District Court
Boston, MA

March 24, 2008

Your Honor,

It is the two chaplains at Norfolk County Sheriff's Office who are writing to you today, Reverend James Keurulainen, Protestant Chaplain and Reverend Robert M. Jones, Catholic Chaplain.

We are writing in regard to inmate, Harry Guzman who appeared before your court and was convicted as an accomplice in a fire that resulted in the death of two people.

Our purpose here is not to contest the conviction, but to plead for mercy in the sentencing of Mr. Guzman.

We have learned over the years that sometimes, life gives us a second chance. Do you see any possibility in being the agent in giving that second chance to Mr. Guzman?

As chaplains at the Norfolk County jail, we have observed Mr. Guzman as a regular attendee at religious services. We find him to be quite sincere in his demeanor. He is often the mentor for new inmates coming into jail for the first time. We observe him to be a solid influence for the good of all in his unit. We believe that he is deserving of a second chance.

Respectfully submitted on this 24th day of March, 2008

Rev. Robert M. Jones
Catholic Chaplain
Norfolk County Sheriff's Office

Rev. James Keurulainen
Protestant Chaplain
Norfolk County Sheriff's Office