# West Street Area Fires Between March 31, 2003 and June 9, 2003



## Legend

 March 31, 2003 at 12:48 AM
4-6 Willoughby Street
.01 Miles from GUZMAN Residence
*(53 ft)*

 March 31, 2003 at 2:00 AM (Approx.)
40 Manchester Street
.09 Miles from GUZMAN Residence
*(475 ft)*

 April 3, 2003 at 2:58 AM
48-50 Manchester Street
.06 Miles from GUZMAN Residence
*(317 ft)*

 April 5, 2003 at 5:15 AM
197 West Street
(GUZMAN Residence)

 April 18, 2003 (Time Unknown)
169 West Street
.04 Miles from GUZMAN Residence
*(211 ft)*

 June 1, 2003 at 5:00 AM
197 West Street (Adjacent Parking Lot)
.01 Miles from GUZMAN Residence
*(53 ft)*

 June 3, 2003 (Time Unknown)
38 Manchester Street
.09 Miles from GUZMAN Residence
*(475 ft)*

 June 4, 2003 at 12:14 AM
43-45 Manchester Street
.08 Miles from GUZMAN Residence
*(422 ft)*

 June 9, 2003 at 3:43 AM
34 Washington Street
.14 Miles from GUZMAN Residence
*(739 ft)*