West Street Area Fires Between March 31, 2003 and June 9, 2003

| DATE | TIME | LOCATION | DISTANCE FROM 197 WEST ST | STRUCTURE TYPE | AREA OF ORIGIN | LAB RESULTS | OPERATING STATUS |
|---|---|---|---|---|---|---|---|
| 3/31/2003 | 12:48 AM | 4-6 Willoughby Street | .01 miles | Multi-Family | Interior Front Hallway | Positive (Gasoline) | Occupied |
| 3/31/2003 | 2:00 AM | 40 Manchester Street | .09 miles | Multi-Family | Exterior Rear Porch | Positive (Gasoline) | Occupied |
| 4/3/2003 | 2:58 AM | 48-50 Manchester Street | .06 miles | Multi-Family | Exterior Rear Porch | Negative | Occupied |
| 4/5/2003 | 5:15 AM | 197 West Street | N/A | Multi-Family | Interior Front Hallway | Positive (Medium Petroleum Distallate) | Occupied |
| 4/18/2003 | UKN | 169 West Street | .04 miles | Multi-Family | Exterior Rear Porch | N/A | Occupied |
| 6/1/2003 | 5:00 AM | 197 West Street | .01 miles | Parking Lot | Vehilce | N/A | N/A |
| 6/3/2003 | UKN | 38 Manchester Street | .09 miles | Detached Garage | Garage | Negative | N/A |
| 6/4/2003 | 12:14 AM | 43-45 Manchester Street | .08 miles | Multi-Family | Exterior Door | Positive (Gasoline) | Occupied |
| 6/9/2003 | 3:43 AM | 34 Washington Street | .14 miles | Multi-Family | Exterior Rear Porch | Positive (Gasoline) | Occupied |