03-05-08

Your Honor:

       I am writing in regard to Harry Guzman who appeared before your court and was convicted as an accomplice in a fire that resulted in the death of two people. It is not my purpose to question this conviction. It is, rather to plead for mercy in the sentencing of Mr. Guzman.

Mr. Guzman is a father of a eight year old daughter, although he is only 27 years old he has been a working person from a young age and worked in factory work and as a roofer for several years, he has six brothers and sisters and his mother and father have been married for 30 years.

Your Honor please gives this young man a second chance we ask for leniency and clemency in your sentencing.

Sincerely,

Luis Gonzaléz

in the name of god

Lawrence,Mass,
March 2,2008

Honorable Judge:

Mr. Harry Guzman is an inmate that is waiting for sentencing due to a fire where two persons were killed. Harry was known as a quiet loving kid in the block. I am asking that now that you will have a big decision in your hands, please have some mercy for Harry. He has a life a head of him if that opportunity is there. I belief in second chance for people.

With the service time by now, Harry has learned his lesson. A minimum sentence will bring Harry back in life. His family is in pain, please consider giving an opportunity to this young man. God Bless you for the task you have in your hands.

Your decision on Harry's future means a lot fir this desperate family.

Sincerely

Pura St.Hilaire
Lawrence,Mass.

Dear Honorable Judge,                                         March 4, 2008

I'm writing on behalf of Harry Guzman. I have known Harry & his family a very long time. I have seen Harry go from a child to a young man, and now a father. Harry was always a happy and energetic young man. Growing up he was always willing to make everyone laugh. He was an exceptional young man with a lot of hopes and dreams.

I believe in second chance and believe that once he is granted the opportunity to have it, he will not let it slip him by. I understand the gravity of the crime and I ask for you're the mercy of the court. He has his whole life ahead of him and he still has the time to make a difference in both his life and his daughter's life. I strongly believe that upon release he will be successful in all that he will do.

Thank you for taking time to carefully read my letter and I have faith that mercy will be upon Harry.

God Bless!

Sincerely,

Marilyn Perez

Lawrence,Mass,
March 2,2008

Honorable Judge:

I am writing on behalf of Mr. Harry Guzman,who was convicted as an accomplice in a
fire that two person have died.

I am asking for clemency for Mr. Guzman, A young father with a a good family need a
second opportunity. A citizen with no previous criminal record and with this time
consume in ,I am sure his life will change.

Your consideration will be greatly appreciated .

Sincerely,
Maria Hernandez

Lawrence, Mass
Marzo 5, 2008

Honorable Judge.

 This letter is on behalf of Harry Guzman who will be in your hands shortly. I am wrtting to ask for your mercy & clemency .I am a very close friend of his father and the family. Harry is a good kid and a family man. Please give him a second chance giving a minimum sentence.

I know that with your consideration , his life will turn around, hoping that some day he will reunited with his family. He is already suffering the consequences in this case.

Once again I pledge for your mercy on Harry's case.


Thank You,

Julio Lopez

Lawrence,Mass,
March 2,2008

My Honorable Judge:

This letter is on behalf of Mr. Harry Guzman,who was convicted as an accomplice in a fire that two people were killed.

I am not against his conviction but I am begging for your mercy when the time for the sentencing comes. Harry was a good kid always with his family a young father with a good family was with the wrong persons in the wrong place. Even if he did it, with the four yrs already incarcerated, his life has changed. Please consider the sentencing that some day his life can turn around. A minimum sentence will be giving a second change For this young men who is starting his life.

Thanks for your consideration

Thanks,

Leyda Muñiz

March 4, 2008

Your Honor,

I am a Production Manager that Mr. Harry Guzman use to work for. I know he will be coming before you for sentencing very soon. When Mr. Guzman was under my supervision, he was a very good worker, he would follow instructions with out any complains and would get along with his co-workers.

Mr. Guzman worked for me for about two months and was a very well behaved person, who never gave us a hard time. We never had any complains from his co-workers about his behavior or his work habits.

I hope that when Mr. Guzman stands in front of you to receive his sentence, that you can see inside him and notice the good side of him.


I wish the best to everyone.


Thank you for your time.

Ramon Vega

Honorable Joseph Tauro

Re: Harry Guzman


We the undersigned hereby want to express to you that we all in solidarity sympathize with the suffering and pain of Harry Guzman and his family due to his sentencing.

His parents Ana Santiago and William Guzman are noble people who are hard working citizens who through their work and voluntary community help contribute to the cities of Lawrence and Methuen and Harry was raised in that environment and values.

Guzman is a young father with a good family he's known as a quiet loving person. He has a daughter who misses him dearly it's been 5 years that he has missed out in her life. Your decision on Harry means a lot for his future to be again with his daughter, family and friends and also to be productive citizen in the society.

We believe in second chance in life. His sentencing is in your hands and we ask for mercy when the time comes in giving this sentence to a young man that is waiting for an opportunity.

# PERSONAL REFERENCES

| NAME | OCCUPATION | ADDRESS |
|------|-----------|---------|
| Delby Cruz | Retired H.S. assistant prin | 270 E. Haverhill St. # 21 Lawrence, MA 01841 |
| Pedro Santiago | Shipping Rec | 169 Lawrence MA 01841 |
| Jose Pomir | Shipping Rec | 63 Rail Road ft Lawrence MA |
| Miguel Betancz | Shipping Rec | 54 Essex St Law MA # 9 |
| Cesar Nieves | Supervisor Ship/Rec | 331 Prospect St Lawrence MA 01841 |
| | Warehouse Mgr | 69R Derryfield Rd Derry NH 03058 |
| E. Matt | Graphic design | 13A Eutaw St Lawrence, MA. |
| M. Maldonado | Administration | 93 Bodwell St (Law. NH.) |
| H. Guzma | Supervisor Ship/Rec | 54 Essex St Lawrence Mass |
| Jose A Vega | AMO | 400 Andover St. Law MA |
| Evaristo nune | Walfaw | 62 Bromfield St mass |
| Esperanza nune | Countant | 62 Bromfield St mass. |
| aguil alvarado | | orchard mas. |
| Juan Caraballo | Empacador | 102 Tremont Lawrence MASS |
| Alexis medina | Empacador | 125 Lawell St Law MA |
| Cristian Plazza | Operador | 207 Boxford St Law MA |
| Angel L. Aponte | Maintence | 40 Lawrence St #425 LW MA |
| Vicente Santiago | Line men | 331 Lawrence ma 018x1 Law MA |
| Joel Concepcion | Counting | 117 Garde St Lawrence MA |
| Roberto Cruz | Co/Pkg | 23 Milford St Law. MA. |
| Jacinta Aguayo | Co/Pkg | 323 Lawrence St. 1 Fl, Law MA |
| Luis Torres | Co/Pkg | 24 Crosby St Law MA |
| Carmen Cintron | Co/Pkg | 208 Abbott St Lawrence |
| Susana Romes | Co/Pkg | 73 Newbury St Law. MA |
| Lillian Rivera | Line leader | 8 Canton St apt 1 Lawrence Ma |
| Carmen Rios | Parcker | 8 Canton St 2nd Lawrence MA 01841 |
| Luis Acevedo | Mechanic | 6 Canton 1st floor Lawrence MA |
| Jorge J. Morals | Line Men | 32 Crosby St. 5 Lawrence MA. |
| Juan Perr | Press Brake | 7 exchange st Lawrence MA. |

# PERSONAL REFERENCES

| NAME | OCUPATION | ADDRESS |
|------|-----------|---------|
| Wigl A. medina | Janitor | 125 Lowell St Law. MA 1871 |
| Efrain Vega | Mechanic | 54 Essex St. Law ma |
| Miguel Torres | Asambley | 109 Shawsheen RD Lawrma |
| Mario Abreu | Collating | 688 Essex St. Lawreu MA |
| Josefina Dios | Empacadora | 200 Merrimac St Law MA |
| Ana mendez | Empacadora | 200 Merrimack Law MA |
| Clicia Dantras | Enpacadora | 13 Kenddal St Law ma MA |
| Elizabeth Garcia | empalodora | 207 South union Apt. 7 Law MA |
| Marianela Garcia | ensaldadora | 207 South union apt. 7 Law MA |
| Equel f. cibedo | eupaque | 204 Abbott St - Law, MA |
| Chris Munir | Collating | 56 Springfield Law MA |
| Ana Rodriguez | Collating | 355 Park St Law. MA |
| Julio Rodriguez | Retired | 355 Park St Law. MA |
| Jose Quesada | Cattsley | 61 Mystic St Apt 17 |
| H Clifrodriguez | Callstuy | 138 S. Unions St Law MA |
| Madeline Qetz | Line Leader | 362 Andover St apt 1 |
| Zoraida Gonzalez | Line Leader | 28 B Rail Roads Methuen |
| Jaime Rivera | Shipping | 109 Shawsheen Rd. |
| Jose conrin | a Turnhgood. | 122 Essex St. LAW |
| Nestor Kulci | Line lider | 32 Crosby St Law Mass. |
| Jose Bath | DFish Good | 309 Broadway Law MA. |
| Ernesto Benia | Inspector Packer | 98 Salem St Lawrence MA |
| Jorel Alvar | sicurity | 11 Lawrence St # 606 Lawru |
| Janeta | student | 11 Lawrence St #606 |
| Jessenia | Secretary | 441 So. Broadway St |
| Tamara H. Vega | Production Manager | 117 Anderson DR. Beverview MA |
| John Milach | Morgan Dutt | 2 Maxun Square 4005 Ava. Ma |
| Ramona Jimen | Poussy | 158 Un plu St Law, MA |
| Pablo Dios | Supervisor | 125 Jackson St Law MA |



**Athletic Award**

This certifies that

_Harry C_____

is commended for outstanding achievement
and excellent sportsmanship while participating

in _Brian School Field Day_

at _Kane Field_

**Conferred in recognition**

this _30_ day of _May_ 19 _71_.

**Signed** _January C. Murphy_

# Certificate
## of
# Participation

Harry Guzman

has participated with distinction in

Breen School Science Fair

In recognition of your contributions

this award is presented

this 14th. day of April 1992.

Signed *Rosemary G. Murphy*

T-336 © TREND Enterprises, Inc., St. Paul, MN 55164



# Certificate

## of

## Achievement

For Having Been Chosen to
Participate in the Bone School
Science Fair

April 13 1993



# Youth Recognition Week

You Are Important To Us

This Certifies that

*Harry Lucas*

Is Someone Special at the

John Breen School

April 1991

*Raymond A. Murphy*
Principal

*Teacher*

# GOOD

# BEHAVIOR

## This Certifies That

*Harry Gurrmen*

is awarded this Certificate for

*Good Behavior*

at

*"The Nutcracker"*

Presented this *8th* day of *Jan.* 19___

*Mrs. Baxter*



# GOOD WORK
## AWARD



# Science Fair Award

*(A+)*

"Weather"    Finalist

**Name:** Harry Guzman

**Room:** 14 - Mrs Gallo

April 13, 1993



# Athletic Award

This certifies that

_Harry Shipman_

is commended for outstanding achievement and excellent sportsmanship while participating

in _Field Day Events_

at _John Breen School_

Conferred in recognition

this _31st._ day of _May_ 19_90._

Signed _Norman C. Murphy_

_Principal_

T-338 © TREND Enterprises, Inc.   St. Paul, MN 55164



~ Student of the Month ~

~ Award ~

This certifies that

Harry Guzman

has been named

~ Student of the Month ~

Grade 5 Room 20

John Breen School

This month of
Sept. 19 91

Principal
Teacher



Case 3:07-cv-01908 Document 139 Filed 05/12/2008 Page 21 of 44

# Certificate of Award

This Certifies that

*Nancy Stегман*

of

## Oliver School

has been awarded this certificate for

*Excellent Improvement*

Robert Rathbun *Principal*

Date *2-1-95*

*Joan Blough*
*Assistant Principal*

NIXON BULLDOG INC., 44 ORCHARD, MASSACHUSETTS 01757

Job Corps

# Certificate of Achievement

Awarded to

**HARRY GUZMAN**

## For Successful Completion of

ORIENTATION

## at Grafton Job Corps Center

_Signature_

SEPTEMBER 26, 1997
Date



CERTIFICATE OF ATTENDANCE

This Certifies That

Harry Guzman

is awarded this certificate for

Perfect Attendance

at

John Breen School

Presented this 7th. day of Feb. 1989

Michael P. Murphy

CERTIFICATE OF ATTENDANCE

This Certifies That

Harry Gazelle

is awarded this certificate for

Perfect Attendance

at

John Drew School

Presented this _____ day of April 19 __

_____

Secretary G. _____



# This Certifies That

_Harry Gugman_

is awarded this Certificate for

## Perfect Attendance~Second Quarter

at

## John Breen School

Presented this ___5th___ day of ___Feb.___ 19_90_

CERTIFICATE OF ATTENDANCE

*This Certifies That*

Harry Guzman

*is awarded this certificate for*

Perfect Attendance

*at*

John Breen School

*Presented this* 17th *day of* November 19 88

Mrs. Fegan

2083—Hammond & Stephens Co., Fremont, Nebr. © 1984

# CERTIFICATE OF ATTENDANCE

This Certifies That

*Harry Chapman*

is awarded this certificate for

*Perfect Attendance   9/86 - 2/87*

at

*John Breweleet*

Presented this _27th_ day of _Feb._ 19 _87_

*Elizabeth T Murphy*

*Principal*

2083—Hammond & Stephens Co., Fremont, Nebr.  © 1964



*This Certifies That*

*Harry Guzman*

*is awarded this certificate for*

*Perfect attendance*

*at*

*John Breen School*

*Presented this 24th day of June, 19 92*

*Elizabeth T. Murphy*

2083—Hammond & Stephens Co., Fremont, Nebr.   © 1984



This Certifies That

*Harry Guzman*

is awarded this Certificate for

*Perfect Attendance for the Year*

at

*John Breen School*

Presented this _15 th._ day of _June,_ 19**89**



~ Student of the Month ~

Award

This certifies that

_Harry Guzman_

has been named

~ Student of the Month ~

Grade _1_ Room _4_

John Breen School

This month of _October_ 19_87_

Principal _Mrs. Rosemary C. Murphy_
Teacher _Mrs. Cole_



# This Certifies That

_Harry Sugarman_

is awarded this Certificate for

_Perfect Attendance ~ Half Year_

at

_John Breen School_

Presented this _5th_ day of _Feb._ 19_20_

_Secretary G. Murphy_

_Ellen Winyard_

NO. VA244 @COPYRIGHT, 1987, HAYES SCHOOL PUBLISHING CO., INC., WILKINSBURG, PA.



MONDAY    TUESDAY    WEDNESDAY    THURSDAY    FRIDAY

11-9-93    1    2 ★    3    4

7    8    9    10    11

Perfect
Attendance
~~Harry~~

21    22 Term 1 25

KANE
School

28    29    30    Ellen M. Baranowski



# Award for Honors

John P. Kane School

Presented

to

Date

Teacher



# Award for Honors

### John P. Kane School

**Presented**

**to**

_____

_____
**Date**

_____
**Teacher**

© VA213 ©COPYRIGHT, 1977, HAYES SCHOOL PUBLISHING CO., INC., WILKINSBURG, PA.

CERTIFICATE OF

# Perfect Attendance

## THIS HONOR IS BESTOWED UPON

_Harry Shipman_

in recognition of the perfect attendance record

for the period ___Sept.___ ___1989___ to ___June___ 19 _90_

at ___Breen___ School this ___18___ day of ___June___ 19 _90_



_Mrs. Wingfield_
INSTRUCTOR

_Mrs. Murphy_
PRINCIPAL













