```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

    UNITED STATES OF AMERICA     )
                                 )
                v.               )    CRIMINAL NO. 04-10186-JLT
                                 )
    HARRY GUZMAN                 )
                                 )
```

NOTICE OF APPEAL

Defendant Harry Guzman appeals to the United States Court of Appeals for the First Circuit from the judgment, rulings and sentence imposed by the District Court on May 13, 2008.

```
                              HARRY GUZMAN
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                B.B.O. #333480
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA 02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2008.

```
                              /s/ Charles P. McGinty

                              Charles P. McGinty
```