# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-cr-10186-1

USDC Docket Number : 06-2363

United States Of America

v.

Harry Guzman

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: #142 Judgment in a Criminal Case

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 2, 2008.

Sarah A. Thornton, Clerk of Court

By: Francis Castilla, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/3/08.

Deputy Clerk, US Court of Appeals

- 3/06